United States District Court
For District of Columbia

FILED
JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria VA 22306
703 507 9489
Pro Se Complainant

V.

HUD. U.S. Department Housing
451 7th Street SE
Washington DC. 21410

And

Alfonso Jackson Individual
451 7th Street SE
Washington DC. 21410

And

Nicole Brown
600 E. Broad Street
Richmond VA 22219

And

Debra McGhee
10 South Howard Street
Baltimore MD 21201

And

John Newry
451 7th Street SE
Washington DC 21410

And

John Cancellari
3600 W. Broad Street
Richmond VA 23230

And

Civil action No. _____

CASE NUMBER 1:06CV00172
JUDGE: Emmet G. Sullivan
DECK TYPE: Civil Rights (non-employme
DATE STAMP: 01/31/2006

RECEIVED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Wanda S. (NEVES)
100 Penn Square East
Philadelphia PA 19107.
  Defendants.

C1

## Complaint

The Complainant Alleges All the Above defendant In the Above Caption matter on or before 1/7/204. Violates The plaintiff Civil and Constitutional 1st 5th 6th 14th. and the older America Act of 1988.
By Conspiring with others Denied The Complainant Due process After he. Was Illegally Eviction under Section 8 program the Complaint Alleges that Violates The Fair Housing Act. As Amended and Violation of the complainant Civil Rights Illegally Blocking An official U.S Government Investigation Final Report (FIR). Their action is Egregious and Illegal
  Mustafa Hassan

## Standard of Review

Cited Federal Consumer Act.
15 U.S.C. § 1601 et seq.
Chapter 13 § 55.217 et seq.
Violation of the Commonwealth of Virginia Laws. See VA 59.1.207.4 (A)(b),(C).(1,)(2,)(3,)(4)
State of VA Chapter 17.1. Facility Act. Chapter 17.1. 59.1. 1979 C.506, 59.1. 207 & 59.1-207.5, 59.1.207.6. These violation was Committed under Color of State Laws see Austin v. Paramount Parks Inc. 195 F. 3d 715. (4th Cir 1999). see 42 U.S.C. §1983. et seq.

## Conclusion

All the Defendants Individually, Collectively, Officially, Knowingly Violated the LAW citing 15 U.S.C. 1601 ET seq 13 § 55 217 ET seq 1965 Oct. 24 CR Parte 146 E. 011065 Executive Order issue Nov. 20, 1962 27 F.R.C. 11575 24 parte Violation §§ Section 811 Title VIII Civil 901 Section 320103(e) see 561 (HUD) Act 1987 42 U.S.C. 3616 Nate parte 24 CFR part 42 U.S.A 125 6101 citing State LAW statute Pursuant to 5.1. PARA (6). 1972 c. 571 § 36, 86, 36.86. 36-875557.

Mustofa Hassan

# AFFIDAVIT

I MUSTAFA HASSAN The pro Se. PLAINTIFF The Above matter AFFIRM And under 28 U.S.C 1746 That ALL The Above, Defendant(s) and Co-Conspirators Mention here IN I di Vi'aday officialy and willyfully Knowingly Violated evicted Fair Housing Laws. BY Illegally Blocking. An ONGoing UNit sold. An