United District Court
For The District Of Columbia

FILED
JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mustafa Hassan Pro Se,

v.

United States Department of Urban Development Et Al,
Alfonso Jackson,

06 0172

Plaintiff

Motion For Pro Bono
For Court Appointed Counsel

Upon receiving the Indegent Legal the Request of the Plaintiff under Rule 21. The Plaintiff who is illiterate of the Rules of Civil Procedure and is a Novice of the Law and has no Legal Education. The Plaintiff who is a United States Citizen in Good Standing at home and Broad has a Legal right to this this Assistance under the Law of Civil Proceedure the Pray that this motion is granted so said court

Granted:

Mustafa Hass 8245 Russel Rd
Alexandria VA
United States District Court
Plaintiff Pro Se

RECEIVED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3