Clerk's Office
United States District Court
For The District Of Columbia
Monday, February 06, 2006

Civil Action: 060172 EGS.
Plaintiff Mustafa HASSAN.

RE: Request Affirmation PRO BONO.
Motion

Dear Honorable Judge Sir,    Ex parte

On 01/27/06 the Honorable Roberts Granting the Plaintiff motion to proceeded, without Repayment to the court, However the Plaintiff did also file A motion For PRO BONO Assistant. The Plaintiff is Respectfully Requesting that this Honorable Court

TO AFFIRM the Plaintiff Motion. Which is pending on file in this Honorable Court. See #06·0172 EGS.

The plaintiff is A Novice to the Rule of Federal Civil Proceedural (FCP) And is 74 years old. HAS Education. Therefore under Rules of Court and United States Constitution, the Indigent Applicant is entiles to Equal access.

All the Defendants in this has Large Sums of Legal monies to hire the Best attoneys.

The plaintiff Also requesting Biding ARBitration. Which the Plaintiff is entiles to under federal and state statues. See state Virginia $36·96·13. Conciliation (a) (b) (c) (d). See Fair Housing act. AS Amended.

Section 801, 42 U.S.C 3601 Note
And see 802 (42 U.S.C. 3602).

Any one of the Above request mention the Above Caption would be acceptable By the Plaintiff.

This request to this Honorable court would save the court the Plaintiff and the Defendants. A large amount of time and would prevented the Court from Been tie up, with unnecessary Litigations.

The Plaintiff Trust that this Honorable will Grant either of the Above request. May be Grant in the intrest of Justice.

Yours,

Mustafa Hassan