IN The United States DISTRICT COURT
FOR The District of Columbia

MUSTAFA HASSAN
8245 Russell Road
P.O. Box 6861 Alexandria
Virginia 22306
703 504 9487

Vs.

AIMCO CORP INC.
766 North Howard Street
Alexandria
Virginia 22304

And

Fox Chase of Alexandria
766 North Howard Street
Alexandria VA 22304

And
Elibeth Hayes, Individually
3600 West Brood Street,
Richmond VA 23230.

And

Civil Action №

06 0172

FILED JAN 31 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

RECEIVED JAN 23 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

4

Antonio Bedford.
3600 West Broad ~~Street~~
Richmond VA 23230.
   And.
Scott M. Badami ~~Individually~~
700 13th ~~Street~~ N.W,
Washington DC. 20005-3960.
   And.
Robert Walker. ~~Individually~~
451 7th ~~Street~~ S.W,
Washington DC. 20410.
   Defendant(s),


\* <u>Amended Complaint.</u>

This court has Jurisdiction under Title 28 citing 1333 § 552 28 U.S.C § 1254 (2) and 28 U.S.C § 2403 (A) as amended.

Comes Now The indegent Plaintiff in caption matter Requesting that this Honorable Court. See Equal access § 14:6 § 14:7 a Please Amended this Complaint this Complaint Alleges Fraud, theft, Obstruction of Due Process, Conspiracy, Violation of the Plaintiff Civil and Constitutional Rights 1965 and of page American 1988 And Violation of RICO Act 1961 ET Seq 1962 As Amended the plaintiff is Entitled to Due Process. See Exhibit (A) attac The Platiff is Entitles Compasation their Eviction was Illegal without 30 days Notice.

Mustafa Hassan PRO Se.

# Conclusion

The PLAINTIFF is Entitled to relief Compensatory Damages. All the Above Defendants, Individually officially maliciously continued to BLOCK All the FIR Final Evidence which would Allow the Complainant To prevail in matter before Federal Housing and Urban Development (HUD) For 2 years. See EX(A) attached. NO Notice was given As required by (HUD) Rules. This Evidence Must be given to this without Any Further SHANNANGAN. By All the Defendants Individually.

Mustafa Hassan