Clerks Office 03/04/2006

Mustafa HASSAN
8245 Russell Road
P.O. BOX 6861
Alexandria VA 22306

TO: The Clark
United State Court House
333 Constitution AVO NW.
Washington DC 20001.

Civil Action# 060172 EGS

Dear Madam.

Can You Explain To me IN A response Why did I Have refile A Complaint That Accepted by the Court Sign by Judge Robert? My Complaint should be made to Go Farward Not backwards. I should have Access to the Courts As A United State Citizen.

Mustafa Hassan

United States District Court.
FOR the District of Columbia.

Cover-Sheet. Contents.

I - Complaint. Civil Action 06 0172 EGS.
ii - motion FOR PRO BONO.
iii - motion For Evidence Been Concealed by Defendants.
iv = Orders FOR Forma Pauperis.
v - AFFIDAVIT.
vi - motion For Binding Arbitration.
vii - Exhibit (A) (b).

Please attach this to the Record, FOR Future reference.

Mustafa Hassan
PRO Se
Killigan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Columbia

MUSTAFA HASSANI
8245 Russell Road.
P.O. BOX 6861 (703) 507 9487
Alexandria Virginia 22306.
PLAINTIFF PRO Se.

CIVIL Action No
#: 060172 EGS

Vs.

Exparte.

AlFONSO JACKSON (HUD).
451 7th Street SE.
Washington DC 20410.

And.

Wanda S. Nieves.
100 Penn Square East.
Philedelphia PA 19107-3380.

And.

AIMCO INC LLC. - Add
766 NORTH Howard Street.
Alexandria Virginia 22304.

And.

FOX Chase of Alexandria.
766 NORTH Howard Street.
Alexandria Virginia 22304 And.

And.

John Cancellari

3600 West Brood street.

Richmond Virginia 23230

And.

Elibeth T. HAYes. Name Incorrect on docket

3600 West BRoad street.

Richmond Virginia 23230

And.

Debra McGhee.

E

10 South Howard street.

Baltimore MD 21201

And.

Nicole S. Brown

600 EAST Broad street, 3Floor.

Richmond Virginia 23219.

Defendant(s).

COMPLAINT.

Comes Now MUSTAFA S. HASSAN. Who is The PLAINTIFF IN The. Above CAPTION matter.

This complaint is on behalf The PLAntiff and The United States Government

This Court has Jurisdiction under a Pursuant to Title 28 citing 1333 § 552 28 U.S.C. § 1254 (2) And 28 U.S.C. § 2403

(A) This Court has Jurisdiction under Fairhousing Act. 42 U.S.C. 3605 805 U.S.C. 42 3032. Question FOR The Court CAN The Defendants Close AN INvestigatil equiry Evident. Subject

This Complaint Alleges (1). Fraud / Corruption Cluestion. Deception

(2) Conspiracy To Defraud the United State Against The United States Section 8 PROGRAM 202, 811, 22104. (3). Conspiracy (a) Theft. The PLAitiffs is Request PRO HAC Vice

(4). BOGUS Billing to The The United state Sections 8 Program For Services. They Did Not Performed.

(5) Religious, and Racial Distrimination. NATionality Discrimation

(6) Conspiracy To Denied The Aggrive Conplainant of his Constitution Rights under The 1, 5, 14th, 15th the 1965 civil Rights Act.

BOGUS, FRAUDELENT, Investigation and Decision.

(7) - The older American Act. 1965, 1988.

(8) - VIOLATION Matereal Breach of (FRCH) Section § 14.6 and Section § 14.7

(9) ERRS.

See ERRS: Hunter V. Commonwealth - 23 VA. App. 306, 477 S.E. 2d 1. (1996).

(10) EFFECT of Rule 1.1. Supreme Court WAS NOT intented TO Limits.

DORN. V. DORN 222 VA. 288 279 S.E 2d. 393 (1981).

(11) Under Statuty Authority ERRORS. Render for the Courts

(12.) See DAVIS V. Mullins 251 VA. 141, 466 S.E. 2d 90 (1996). Keough V. Pelleriери. NO 0914-95-(4cir) CT, of Appeals OCT. 31, (1995).

(13.) All The Above respondentant obstructed The Complainant rights to have A fair and Impartial Investigation under the united states HUD. Program under The Section 8 Program. Design to help Senior and Disable

Their conduct was egregious and under The the Laws of the united states statues.

The Aggries is Respectfully Demanding Compansatary & Punitive Damages. Individually officially and Collectively.

(14) The 74 year united states Citizen for the Last 53 years. And His Apart Back was given AN

(15) Apartment under section 8. Program paid For by The united States Government under (HUD) section 202, 811, 221D4 I was Living From April 1990 to 2005 January when I was Illegally Evicted For Filing A Complaint With (HUD) Against 2 of the Defendant AimcoInc LLC. and Foxchase of Alexandria Virginia.

(16) The Contract my Former Landlords HAS With the united States Government Call For Citizens Carpets are. To Be clean (1) once Every Year. And that The Apartments is to Be Painted (1) once EVERY 3 Years.

AT NO Times during My Staying AT 310 NORTH Howard Street, Alexandria Never was my Apartment Maintain As reQuired by the Contract between AIMCO/or FOX Chase of Alexandria The Monies Paid by the united Govenment was Extord By All the Defendants Individually, Illegaley, Miliciousely, officialy, ViOLated The "Rico" Act. 1961. 1962. And Violated Fair Housing Guidelines (HUD).

[17] ON September 15, 2003 The Virginia Real Estate Board Held A hearing in my Complaint.

After the hearing (VEB) Rule that Their NO Cause For the Complaint

(18) ON JANAUARY 7, 2004 A HUD Manager J. Thomas DAY Find Out that Hearing was A FAKE and order. A Re-INVestigation. To date NO Respones They CAN Not Prove Any Evidence

(19) ON January 28, 2004 The (VREB) Stated in Letter E-mail to. That They are waiting FROM. Aimco Inc Kle and FOX chase co. FOR Evidence Who Perfomed the Contract to. Clean the Carpet and Painted. the Apt. APT to date They Can Not Find Any Proof who did the service

(20) The Plaintiff individualy and the united government are Entitle TO Damages Compansula Punitive, including All monies paid to Aimco Inc LLC and Foxchase of Alexandria must Be return to the united States government, because they did not do the Job the Defendants.

(21). that All the Defendants Indivialy officially collectively be charge with Conspiracy To. Defraud the Plaintiff. include And the united state Illegaly.

HUD AND HUD officials Allow commonwealth's (22) (REB) To Breach and Violated Federal Guide Lines illegally By illegally closing A case That All The Aggrieve Evidence was illegally Left with Religious Bias All the Parties involved in this Case are Christian And Jews.

(23) Evidence Intentionally Leave out and Are still out 2 years are Still out Illegally and Maliciously to Prevent The Aggrive From Prevailing. Their BOGUS FAlse CLAim on my behalf Must Read the U.S. Govt.

(24) J. Thomas DAY Letter of 1/7/204. This Letter was illegally/Maliciously Intentionly ~~As A~~ Hidden FRom The Aggrive who had ~~was~~ had to use the FOIA To recived A COPY.

Their action hiding this Letter was Illegall and egregiou s Demand For Due Proce. their action were UNConstitutional.

(25)
AIMCO Inc LLC FOX Chase of Alexandria Rip off of 202, $11.221 D4 Section Scam, Is Arbitrary and Capricious Their Conspiracy Extort these Funds must Stand.

(26)
HUD Officials and VA. Fair Housing, Officials Knowingly, intentionally, and deliberately IGNORED the Letter Issues by J. Thomas DAY JR Letter of 1/7/2004 For Re-Investigation And For Proof of Fake evidence Introduce By VA Real Estate Board Investigator

27: The official of VA Real Estate Board of 9/15/2003 was Illegal and Religious Discrimination under U.S. Constitution As Amended.

28: The Aggrive is entitle to Compensatory Punitive Damages under 1983 As Amended

29: HUD officials Illegally Subverted States and Federal LAWS see attach Exhibit (A) state Violation see Exhibit (b) Federal LAW Violation.

30: Their action Constituted A Hidden Bias Agains the Aggrive because of His religion "ISLAM". HUD Officials and State Officials.

Orchestrated Fraud Conspiracy to To Commited Fraud Adacious Fraud

31:) Sham, FakeGraft Against U.S. Funds. phony Scheme by NOT complying to Services that the U.S. Paid But was Not Given to Senior and the disable.

32:) Cullusion by HUD officials and VA Real Estate Board and its investigators Aimco Inc LLC and Foxchase of Alexand Not to carry out Sign Contract to Senior and Disables and the grive was Deny Due Process of Law and Justice

33:) HUD officials state investigators Tampered state and federal Statutes Illegal to Diverted the contracts.

(34.) 28 (47) U.S.C. 206 Recovery Of Damages Under Section 207 (47) U.S.C. Section 208

The PLAINTIFF Veheclers Were Total Distroy. His Furnings were destroyed Illegally.

(35.) The defendants and Co-Conspirators. Closed rank Against The plaintiff to Illegally. BLOCK, stonewall, CirCumvented, And Conspired to cover-up A Crime.

(36.) The Plainfield is request this Court To. Order And Issur ORder For reopening. Of the ongoing Federal Investigation.

(A) and Issue And order to The. Defendants To Show Cause Why. The Plaintiffs request For. Relief should Not Be Granted.

Original

Standard of Law

Cited Federal Consumer Act. 15 U.S.C. § 1601 ET Seq. Chapter 13 § 55.217 ET Seq. Violation of The Commonwealth of Virginia LAWS. see VA 59.1.207.4 (A) (b),(C): (1),(2),(3),(4). State of VA Chapter 17.1. Facility act. Chapter 17.1. 59.1. 1979 C. 506, 59.1. 207 & 59.1-207.5, 59.1. 207.6. These Violation was Comitted under Color of State LAWS see Austin V. Paramouth Parks Inc. 195 F. 3rd 715. (4th Cir 1999). See 42 U.S.C. § 1983. ET Seq.

All the Above Defendants Violated The Mustafa Hassan

Demand by Jury on All Charges

Complaint / Plaintiff

# Conclusion

All The Defendants Indivially, Collectively Officially, KnowingLy Violated The LAW citing 15 U.S.C. 1601 ET seq 13 §§ 55 217 ET seq 1965 act. 24 CR parte 146E. 011065 Executive ORder issue NOV. 20, 1962 27 FRC. 11157 5 24 parte Violation §§§ Section 811 Tittle VIII Civil 901 Section 320103(e) see 56 1(HUD) Act 1987 42 U.S.C. 3616 Nate porto 24 CFR part 42 U.S.A 125 6101.

Citing State LAW & statutes

Pursuant TO 5.1. PARA (6).
1972 c.571 §§ 36, 86, 36.86. 36-87; 557.

Mustofa Hassan

PRO Se
Plaintiff

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR The District of COLUMBIA

HASSAN prose
Plaintiff

V.

ALFONSO Jackson
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: # : 06 0172 EGS.

I, MUSTAFA HASSAN declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration N/A

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

HASSAN

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ____________

ALHASSAN

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

Self.

I declare under penalty of perjury that the above information is true and correct.

03/04/2006 — Date

Mustafa Hassan — Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge ____ Date ____ | United States Judge ____ Date ____ |



United States Treasury 000

Check No.

01 03 06 73 PHILADELPHIA, PA 2051 89090747

2051 89090747 28045200 S1 1 P

Pay to the order of

MOSTAFA S HASSAN 47 SOC SEC

PO BOX 6861 FOR DEC

ALEXANDRIA VA 22306-0861

$****982*00

VOID AFTER ONE YEAR

⑈2051⑈ ⑆000000518⑆ 8909074 79⑈ 070106

# Conclusion

The Pro Se liligant is entitled To the following.

1- Equal access to Due process.

2- Return to his Section 8 Apartment To which he was illegally evicted From.

3- Punitive and Compensatory Domages $5,000,000.00 and

4- $4,000,000,000 to the Pro Se litigant

A Binding Arbitration.

5- Pro Bono Assistance

6- A New Automobile to Replace the All the Defendants Destroyed illegally. [illegible]

# AFFIDAVIT

I musta HASSAN of Full age AFFirmed And state that the Defendants Indiviaully officially Wilfully INtentionlly miliciously. Set up An Illegal Scheme to De-Fraud The United States Goverment out of Funds. Which rightfully belong to the Section Program 202, 811, 221D4. This Plaintiff is Friend of the U.S. Government And A Friend of this Court. and Wishes.

This court to review the Following matter and All Documents For Froud, Conspiracy To Committ Froud, Deception To Cover-up A Crime Illegally. See the Following Date which will Uncovered A Systamatic Bogus Claim By the Defendants IN Closing A Federaley ordard Investigation. Federaley Ordered Letter of 1/7/2004 To John Cancellier Commonwealth of Virginia Fair Housing Director who Have been Concealing The Theft

Exhibit (6)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-0500

OFFICE OF GENERAL COUNSEL
DEPARTMENTAL ENFORCEMENT CENTER

AUG 20 2004

Mr. Mustafa Hassan
8245 Russell Road, Apt. 202
Alexandria, VA 22309

PROOF

Dear Mr. Hassan:

Thank you for submitting the correspondence relating to your fair housing complaint a other issues regarding your residence at Fox Chase Apartments in Alexandria.

Because your complaint alleges serious charges involving numerous housing-related i I have been in contact with the Office of Housing in HUD Headquarters. The Office of Hous has requested that the documentation be forwarded to their office for handling. Your correspondence has been sent to Mr. Kenneth Hannon who is the Director of the Business Relationships and Special Initiatives Division.

Sincerely,

Margarita Maisonet

Margarita Maisonet
Director

Exhibit (A)

"Liz Hayes" <Liz.Hayes@dpor.virginia.gov>

01/28/2004 04:12 PM

To: <ann_taylor@hud.gov>
cc:
Subject: FW: Hassan Status Update

FYI!!

-----Original Message-----

**From:** Antonio Bedford

**Sent:** Wednesday, January 28, 2004 3:55 PM

**To:** 'r.thomas_day@hud.gov'

**Cc:** John Cancelleri; Liz Hayes

**Subject:** Hassan Status Update

Mr. Day,

I have addressed the 10 issues that were presented concerning the Mustafa Hassan case. The FIR has been amended to refl as such. I am currently waiting for a response from the respondents regarding who completed the carpet cleanings for Mr. Hassan on 9/18/01 and the painting on 9/13/01. Thanks.

Antonio Bedford

Fair Housing Investigator

PLAITIFF PRO Se MOTION FOR PRO BONO Assistant. the plaintiff IS A NOVICE of the Rules of civil. Proceedurs.

# ORDER.

Upon Consideration of plaintiff motion IN The above Caption For. Assistant the PRO Se is entiles to. Legal Assistant the Pro Se Litigant. PRAY that this Honorable will. Grant this motion.

It is on this ___ day of 03- 2006. that This motion is Grante. So Said Court.

Motion Granted.

United States District Court Judge

Copies TO.

Mustafa Hassan

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2005**

- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| MOSTAFA S HASSAN | 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 |

| Box 3. Benefits Paid in 2005 | Box 4. Benefits Repaid to SSA in 2005 | Box 5. Net Benefits for 2005 *(Box 3 minus Box 4)* |
|---|---|---|
| $12,338.40 | NONE | $12,338.40 |

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | $11,400.00 |
| Medicare premiums deducted from your benefit | $938.40 |
| Total Additions | $12,338.40 |
| Benefits for 2005 | $12,338.40 |

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

MOSTAFA S HASSAN
PO BOX 6861
ALEXANDRIA VA 22306-0861

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

CU1654224-11B61654720

CU1654224-11B61654720

Form **SSA-1099-SM** (1-2006) DO NOT RETURN THIS FORM TO SSA OR IRS

PLAINtiff PRO Se motion to Have This Matter be Refered to Binding Arbritation.

ORDER.

Upon Consideration of PLAINtiff ProSe motion FOR Binding Arbritration As required by LAW.

It on This DAY ___ Of 3 __ 2006.

that PLAintiff PRO Se motion FOR Binding Arbration be Granted. Hereby Granted.

SO: Order.

______________________________
United States DISTRict Court Judge

CopiesTO:

Mustafa S Hassan
Pro Se plaintiff



United States Treasury

Check No.

01 03 06 73 PHILADELPHIA, PA 2051 89090747

2051 89090747 28045200 S1 1 P

Pay to the order of

MOSTAFA S HASSAN 47 SOC SEC
PO BOX 6861 FOR DEC
ALEXANDRIA VA 22306-0861

$****982*00

REGIONAL DISBURSING OFFICER

VOID AFTER ONE YEAR

89090747

009080

⑈205151⑈ ⑆000000518⑆ 890907479⑈ 070106

PLAINTIFF PRO Se MOTION FOR All The Defendants INdivially to DiVulge All EVidence of Contractors. who Painted and Clean the Plaintiff. Apartment FROM 1990 till 2005. under The united State Sect 8 PROgram 202, $H, 22104. AND For All Evidences been Conceal To Cover-up A Fraudulent Scheme be Present to The Court.

ORDer.

Upon reviewing and Considering the Pro Se INdegent Motion For All evidence Related iN This Matter For the To reviewed it. And that All The Evident J. Thomas DAY. ReQuested on 1/7/2004 HUD official. And the INVestigation be re open. FRee of Illegally Stone walling

And Illegal Shannangans which Cover-up A Scheme to Conceal A Fraudulent Scheme of Contrators.

who are Defrauding the united State Government and the Indigent Plaintiff.

It is on this DAY — 2006.

Order that the Plaintiff motion Is Granted.

So: Said Court Granted.
So: Order.

Copies:

______________________________
united States District Court Judge.

Mustafa S Hassan.
Indigent Pro Se Plaintiff

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2005**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

Box 1. Name
MOSTAFA S HASSAN

Box 2. Beneficiary's Social Security Number
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

Box 3. Benefits Paid in 2005
$12,338.40

Box 4. Benefits Repaid to SSA in 2005
NONE

Box 5. Net Benefits for 2005 *(Box 3 minus Box 4)*
$12,338.40

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | $11,400.00 |
| Medicare premiums deducted from your benefit | $938.40 |
| Total Additions | $12,338.40 |
| Benefits for 2005 | $12,338.40 |

**DESCRIPTION OF AMOUNT IN BOX 4**
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
MOSTAFA S HASSAN
PO BOX 6861
ALEXANDRIA VA 22306-0861

Box 8. Claim Number *(Use this number if you need to contact SSA.)*
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A

CU1654224-11B61654728

CU1654224-11B61654728

Form **SSA-1099-SM** (1-2006)

**DO NOT RETURN THIS FORM TO SSA OR IRS**

Original

PLAINTIFF PRO Se motion TO Proceed Under Rule 39. IN FORMA Pauperis.

ORder.

upon Consideration of Plaintiff motion To proceed without Payme Of All fees the Plaintiff is without Assets or Funds and is AN Indigent Litigant in this Above caption m It is on this _ day of July ___ 2003 ordered that motion For relie To Proceed without fees or Funds is Hereby Granted.

___________________
united state District court Ju

So Ordered.

Copies To:

Mustafa Hassan
MUSTAFA HASSAN SYE