**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Antono Bedford
3600 West Broad Street
Richmond, VA 23230

Civil Action, File Number __06-0172 EGS__

__Mustafa Hassan__
V.
__HUD, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__3/13/06__
Date of Signature

__[signature]__
Signature (USMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED 2006 MAR 13 P1:46 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

__3600 West Broad Street__
Street Number and Street Name or P.O. Box No.

__Richmond, VA 23230__
City, State and Zip Code

__[signature] By__
Signature

__Fair Housing Investigator__
Relationship to Entity/Authority to Receive

RECEIVED MAR 20 2006

Service of Process

__3/21/06__
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court



# COMMONWEALTH of VIRGINIA

Office of the Attorney General

Robert F. McDonnell
Attorney General

900 East Main Street
Richmond, Virginia 23219
804-786-2071
FAX 804-786-1991
Virginia Relay Services
800-828-1120
7-1-1

March 22, 2006

U. S. District Court for the District of Columbia
ATTN: Betty Bryant, U.S. Marshal's Service
333 Constitution Avenue, N.W.
Washington, D.C. 20001

   RE: **Mustafa Hassan v. HUD, et al.**
      **File No.: 06-0172 EGS**

Dear Ms. Bryant:

  Please find enclosed two *Notice and Acknowledgment of Receipt of Summons and Complaint by Mail* forms completed by Lizbeth T. Hayes, the Director of the Virginia Fair Housing Office, and Antonio Bedford, an investigator with the Virginia Fair Housing Office. Both are named parties in the above-styled matter. We respectfully request that Copy 1 of this form be filed with the Clerk of Court at your earliest convenience.

  Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me. With kindest regards, I am

          Very Truly Yours,

          R. Thomas Payne II
          Assistant Attorney General

RTP/kr

Enclosures

cc: Lizbeth T. Hayes (w/ enclosure)
   Antonio Bedford (w/ enclosure)
   Frank W. Pedrotty, Sr. Assistant Attorney General  (w/o encl.)