UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
|        Plaintiff, | ) |
| v. | ) Civ. No. 1:06-cv-0172 EGS |
| AIMCO CORP., INC., (No address) | ) |
| SCOTT M. BADAMI, 700 13th Street, N.W., # 600 Washington, DC 20005 | ) |
|        and | ) |
| FOXCHASE OF ALEXANDRIA, T. LIZBETH HAYES, ANTONIO BEDFORD, AND ROBERT WALKER | ) |
|        Defendants. | ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, undersigned counsel for AIMCO Foxchase, L.P., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AIMCO Foxchase, L.P., which have any outstanding securities in the hands of the public:

Apartment Management and Investment Company.

Plaintiff named "AIMCO Corp., Inc.," as a defendant, but the undersigned is informed by his client that "AIMCO Corp., Inc." does not exist.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys of Record for AIMCO Foxchase, L.P.

Date: April 3, 2006

## Certificate of Service

I hereby certify that, on April 3, 2006, I caused a copy of the foregoing Certificate to be served by first-class mail, postage-prepaid, upon:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

*Pro Se Plaintiff*

R. Thomas Payne II, Esq.
Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219

*Attorney for Defendants Hayes and Bedford*

Michele Caramenico, Esq.
U.S. Dept. of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
11th Floor
Philadelphia, PA 19107

*Attorney for Robert Walker*

_____
Daniel I. Prywes