# EXHIBIT "B"

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MUSTAFA HASSAN,                              )
                                            )
                Plaintiff,                   )
                                            )
        v.                                   )        Civ. No. 1:06-cv-0172 EGS
                                            )
AIMCO CORP., INC., *et al.*,                )
                                            )
                Defendants.                  )

## DECLARATION OF SCOTT M. BADAMI

Pursuant to 28 U.S.C. § 1746, I, SCOTT M. BADAMI, ESQ., do hereby state and declare as follows:

1.      I am of legal age and competent to provide this Declaration. If called upon to do so, I could personally testify as to the matters contained in this Declaration. I reside in Arlington, Virginia.

2.      At all relevant times, I have been an attorney with the law firm of Bryan Cave LLP, in its Washington, D.C. office, and a member of the District of Columbia Bar.

3.      I and others from my law office were engaged by AIMCO and/or its affiliate companies and entities to defend against the allegations of plaintiff Mustafa Hassan that he had been subject to violations of the Fair Housing Act while living at Foxchase of Alexandria. Apart from defending against the charges, I have had no dealings with Mr. Hassan or with any other matters involving Mr. Hassan. During the course of my work as counsel in defending against the allegations, my colleagues and I interacted with the staff of the Virginia Fair Housing Board and also with staff of the U.S. Department of Housing and Urban Development ("HUD") who were reviewing Mr. Hassan's allegations. The Virginia Fair Housing Board staff were located in the State of Virginia. Some of the HUD staff were located in federal government facilities within the District of Columbia.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2006

_____
Scott M. Badami