UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIMCO CORP., INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civ. No. 1:06-cv-0172 EGS |

**ORDER**

Upon consideration of the motion of defendant Scott M. Badami, Esq., and AIMCO Foxchase, L.P., for dismissal pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3) and (6), and in the alternative for a more definite statement pursuant to Fed. R. Civ. P. 12(e), and the opposition thereto and any reply, and the entire record of these proceedings;

IT IS HEREBY ORDERED:

1. The motion is GRANTED.

2. The claims against defendants Badami and "AIMCO Corp., Inc." are dismissed without prejudice, on account of Plaintiff's failure to (a) sue an existing AIMCO entity, (b) for lack of personal jurisdiction over AIMCO Foxchase, L.P.; (c) for lack of jurisdiction over the subject matter, (d) for improper venue, (e) for failure to allege a claim against Badami upon which relief can be granted, and (f) for failure to allege a claim against "AIMCO Corp." or AIMCO Foxchase, L.P. upon which relief can be granted.

3. [Alternative: Within ten (10) days of the date of this Order, Plaintiff shall submit an amended Complaint stating with particularity:

    (a) the legal and factual basis for the jurisdiction of this Court;

(b) the legal and factual basis for venue in this District; and

(c) the factual basis of each of its claims against "AIMCO Corp., Inc." or any AIMCO company, and the constitutional, statutory, or common law basis for each such claim.

Plaintiff is hereby given notice that his claims may be dismissed if he fails to comply with this Order by filing an amended Complaint within the ten (10) day period which complies with the foregoing requirements.]

 

Dated: _____

                                                The Honorable Emmet G. Sullivan
United States District Judge

Copies to:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

*Pro Se Plaintiff*

Daniel I. Prywes, Esq.
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960

*Attorney for Scott Badami and AIMCO Foxchase, L.P.*

R. Thomas Payne II, Esq.
Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219

*Attorney for Defendants Hayes and Bedford*

2

Michele Caramenico, Esq.
U.S. Dept. of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
11th Floor
Philadelphia, PA 19107

*Attorney for Robert Walker*