# Exhibit "B"

Declaration of Antonio Bedford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>)<br>AIMCO CORPORATION, INC., )<br>)<br>FOXCHASE OF ALEXANDRIA, )<br>)<br>LIZBETH T. HAYES, )<br>)<br>ANTONIO BEDFORD, )<br>)<br>SCOTT M. BADAMI, )<br>)<br>and ROBERT WALKER, )<br>)<br>Defendants. )<br>) | Civil Case No.: 06-0172 EGS |

## DECLARATION OF ANTONIO BEDFORD

I, Antonio Bedford, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

1. I am over the age of 18 and am competent to provide this Declaration. If called as a witness in this matter, I could personally testify as to the statements set forth in this Declaration.

2. I am currently and at all times relevant in Mr. Hassan's Amended Complaint, I was an Investigator for the Virginia Fair Housing Office ("VFHO"). The VFHO

is an office within the Commonwealth of Virginia's Department of Professional and Occupation Regulation and is located at 3600 West Broad Street, Richmond, Virginia. Richmond is my home base and I investigate fair housing complaints within the Commonwealth of Virginia.

3. Under the Virginia Fair Housing Law, Va. Code § 36-96.1 et seq. and related Virginia regulations, 18 VAC § 135-50-10 et seq., the VFHO's primary function is to investigate fair housing complaints arising in Virginia and present the results of the factual investigations to either the Virginia Real Estate Board or Virginia Fair Housing Board for a determination of whether reasonable causes exists to believe discrimination occurred. These boards meet at our location in Richmond, Virginia, to make their decisions, and all board members are citizens of Virginia.

4. In April, 2003, the VFHO received a fair housing complaint from the plaintiff, Mustafa Hassan. The complaint stated that Mr. Hassan lived at an apartment owned by Foxchase of Alexandria. The complaint lists Mr. Hassan's address as 310 North Howard Street, Apt. 103, Alexandria, Virginia.

5. I was assigned to this complaint by Liz Hayes, who at that time was the Investigative Supervisor for the VFHO. All of my investigative activities for this case took place exclusively within Virginia.

6. At the conclusion of the investigation, the case was presented to the Virginia Fair Housing Board at its meeting in Richmond, Virginia in October 2003. After reviewing and discussing the evidence, the Board voted to find that there was no reasonable cause to believe the respondents, Foxchase of Alexandria and its

employees, discriminated against Mr. Hassan. Mr. Hassan's case was closed shortly thereafter.

7. All communications I had with Foxchase of Alexandria's attorney, Scott Badami, who was located in the District of Columbia, were received or initiated by me in Richmond, Virginia. None of the acts I took in investigating Mr. Hassan's fair housing complaint took place within the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 5, 2006.

_____
Antonio Bedford
Investigator, Virginia Fair Housing Office