UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No.: <u>06-0172 EGS</u> |
| | ) |
| U.S. DEPT. OF HOUSING AND | ) |
| URBAN DEVELOPMENT, | ) |
| | ) |
| AIMCO CORPORATION, INC., | ) |
| | ) |
| FOXCHASE OF ALEXANDRIA, | ) |
| | ) |
| LIZBETH T. HAYES, | ) |
| 3600 West Broad Street, 5th Floor | ) |
| Richmond, Virginia 23230-4917 | ) |
| | ) |
| ANTONIO BEDFORD, | ) |
| 3600 West Broad Street, 5th Floor | ) |
| Richmond, Virginia 23230-4917 | ) |
| | ) |
| SCOTT M. BADAMI, | ) |
| | ) |
| and ROBERT WALKER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After consideration of defendants Lizbeth T. Hayes and Antonio Bedford's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), and (6), or in the alternative, Motion for a More Definitive Statement pursuant to Fed. R. Civ. P. 12(e), and any opposing arguments and replies thereto, and the entire record of these proceedings:

IT IS HEREBY ORDERED:

1. The motion by defendants Hayes and Bedford is granted;

2. The plaintiff's claims against defendants Hayes and Bedford are dismissed without prejudice, because plaintiff Hassan has:

    a. failed to establish that this Court has subject matter jurisdiction;

    b. failed to establish that this Court has personal jurisdiction over defendants Hayes and Bedford;

    c. filed the Amended Complaint in an improper venue; and

    d. failed to state a claim against defendants Hayes and Bedford upon which relief can be granted.

3. [Alternative: Within (10) days of the date of this Order, plaintiff Mustafa Hassan shall submit an amended Complaint stating with particularity:

    a. the legal and factual basis for the jurisdiction of this court;

    b. the legal and factual basis for venue in this District;

    c. the factual basis of each of his claims against Lizbeth T. Hayes and the constitutional, statutory, or common law basis for each such claim; and

    d. the factual basis of each of his claims against Antonio Bedford and the constitutional, statutory, or common law basis for each such claim.

Plaintiff is hereby given notice that his claims may be dismissed if he fails to comply with this Order by filing an amended Complaint within the ten (10) day period which complies with the foregoing requirements.]

_____
The Honorable Emmet G. Sullivan
United States District Judge

Dated: _____

Copies to:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306
*Plaintiff pro se*

R. Thomas Payne II, Esq.
Office of Attorney General
900 E. Main Street, 5th Floor
Richmond, VA 23219
*Counsel for defendants Hayes and Bedford*

Daniel I. Prywes, Esq.
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 2005-3960
*Counsel for defendants Scott Badami and AIMCO Foxchase, L.P.*

Michele Caramenico, Esq.
U.S. Dep't of Housing and Urban Development
The Wanamaker Bldg.
100 Penn Square East, 11th Floor
Philadelphia, PA 19107
*Counsel for Robert Walker*