RECEIVED
APR - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerks Office
United States District Court
For The District of Columbia
Washington DC. Monday 3, 2006.

Mustapha HASSAN
8245 Russell Road.
P.O. BOX 6861.
Alexandria VA 22306.
571/345 8194

Civ Action # 06 0172 EGS.

Ex Parte.

HASSAN Vs. AlFANSO Jackson et al.

TO: HONARable EGS.

Dear Judge, Sir.

The Litigant is Respectfully Requesting That my complaint For The Court must move Forward. Forward without undue Procrastination any Hesitation.

I AM Indigent. Justice delayed IS Justice Denied.

I Am entitle to Due Process under

Page 2 of 2 03/04/2006,
the United States Constitution and the Civil
Right Act of 1965 and Closed America
Act of 1988.

My reason for writing this letter is to inform
this Court that I Am entitles to the
Relief I Am bear requesting.

PRO BONO Assistant.

See Rule 27. motion.

(1) Application For Relief. 2. Content of motion

(3) Response (B) Request For Affirmative
of Relief. See Rule 27(A)(3)(A) and (a)(4),
See Also Local Rule 46(A). and (d). Section
(A) (1). The Criminal Justice Act, 18 U.S.C. § 3006
(A).(a)(1). This Court is require by
LAW and by statue to move

Expedeously to grant the relief, motion For PRO BONO ASSISTANCE. All the Defendants IN This Letitigation are Lawyers or Millenium Justice and The Law Demands this motion For Relief, and request For this matter must move with out undue Delay.

Thank you Sir, and, Have A Nice day.

Mustapha HASSAN.
Indigent Litigant.

cc: Legal File.

Footnote: The Plaintiff is uneducated As to the Rule of civil and cannot Appear PRO HAC Vice Before this Court with Out proper representation.