UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:06-cv-0172 EGS |
| AIMCO CORP., INC., *et al.* | ) |
| Defendants. | ) |

**RESPONSE OF AIMCO FOXCHASE, L.P. TO PLAINTIFF'S MOTION FILED ON APRIL 4, 2006**

AIMCO Foxchase, L.P.[1] submits this response to Plaintiff's handwritten motion, filed on April 4, 2006, "for the Court to move forward without undue procrastination and hesitation."

On April 3, 2006, AIMCO Foxchase, L.P. filed a motion to dismiss, and in the alternative, for a more definite statement. AIMCO Foxchase submits that its motion to dismiss should be decided before the Court "moves forward" with other aspects of this case. To the extent that Plaintiff's April 4, 2006 "motion" was intended to serve as his opposition to the motion to dismiss, it was insufficient to rebut any of the grounds for said motion to dismiss.

AIMCO Foxchase, L.P. certainly wishes to avoid "undue procrastination and hesitation." However, no cause has been shown to depart from the usual schedule contained in the Federal Rules of Civil Procedure and this Court's Local Civil Rules.

Plaintiff's request for *pro bono* assistance does not seek relief from AIMCO Foxchase, and therefore we do not comment upon it.

---

[1] Plaintiff sued "AIMCO Corp., Inc." as a defendant, but as set forth in our April 3, 2006 motion to dismiss, there is no corporation by that name. AIMCO Foxchase, L.P. is the corporation which owns the Foxchase of Virginia property where Plaintiff formerly lived.

                                    Respectfully submitted,

                                    /s/

                                  Daniel I. Prywes (D.C. Bar No. 342394)
                                  Bryan Cave LLP
                                  700 Thirteenth Street, N.W., Suite 600
                                  Washington, D.C. 20005-3960
                                  (202) 508-6094 telephone
                                  (202) 508-6200 facsimile

                                  Attorneys of Record for AIMCO Foxchase, L.P.

Date: April 12, 2006

## Certificate of Service

I hereby certify that, on April 12, 2006, I caused a copy of the foregoing Response to be served by first-class mail, postage-prepaid, upon:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

*Pro Se Plaintiff*

Michele Caramenico, Esq.
U.S. Dept. of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
11th Floor
Philadelphia, PA 19107

*Attorney for Robert Walker*

_____
Daniel I. Prywes