UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF HOUSING AND )<br>URBAN DEVELOPMENT, et al., )<br>)<br>    Defendants. )<br>) | Civil Action No.: **1:06-cv-0172EGS** |

### DEFENDANTS LIZBETH T. HAYES AND ANTONIO BEDFORD'S RESPONSE TO PLAINTIFF MUSTAFA HASSAN'S MOTION FOR MISCELLANEOUS RELIEF

In response to Plaintiff Mustafa Hassan's Motion for Miscellaneous Relief filed on April 4, 2006, Defendants Lizbeth T. Hayes and Antonio Bedford, by counsel, state they would welcome this Court's immediate attention to this lawsuit, as they believe this Court will recognize that this lawsuit against them is, for the reasons outlined in their Motion to Dismiss filed on April 5, 2006, unwarranted and frivolous. However, to the extent the Plaintiff is requesting that this Court grant him the relief he seeks without providing the defendants an opportunity to be heard, Hayes and Bedford naturally object.

Hayes and Bedford, as well as other Defendants, have responded to the Plaintiff's Amended Complaint by filing motions to dismiss his lawsuit pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), and (6). In the alternative, Hayes and Bedford have asked this Court to order the Plaintiff to file a more definitive statement as to his allegations against them, as allowed by Fed. R. Civ. P. 12(e). While the purpose of the Federal Rules of Civil Procedure is "to secure the

just, speedy, and inexpensive determination of every action," this Court to date has not had the opportunity to consider and rule on these motions. *See,* Fed. R. Civ. P. 1. Hayes and Bedford respectfully request that this Court adhere to the normal schedule provided by the Federal Rules of Civil Procedure.

It appears the Plaintiff also seeks pro bono counsel to be provided to him by this Court. Because this does not appear to be a demand for relief from Defendants Hayes and Bedford, we will not address this request.

WHEREFORE, defendants Hayes and Bedford respectfully request this Court to dismiss Plaintiff Mustafa Hassan's Motion for Miscellaneous Relief to the extent it asks this Court to vary from the normal schedule provided by the Federal Rules of Civil Procedure and grant them any such relief as justice demands.

                                        Respectfully Submitted,

                                        LIZBETH T. HAYES, VIRGINIA FAIR
                                        HOUSING OFFICE DIRECTOR and
                                        ANTONIO BEDFORD, INVESTIGATOR,

                                        By: _____
                                                 Counsel

Robert F. McDonnell
Attorney General of Virginia

Frank W. Pedrotty
Senior Assistant Attorney General
Virginia State Bar No. 21582

R. Thomas Payne II
Assistant Attorney General
Virginia State Bar No. 47272

COMMONWEALTH OF VIRGINIA
OFFICE OF THE ATTORNEY GENERAL

900 East Main Street
Richmond, Virginia 23219
(804) 692-0485 (Phone)
(804) 225-3064 (Fax)
rpayne@oag.state.va.us

## CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of *Defendants Lizbeth T. Hayes and Antonio Bedford's Response to Plaintiff Hassan's Motion for Miscellaneous Relief* by first class mail on April 14, 2006, to the following:

Mustafa Hassan, Plaintiff *pro se*
Post Office Box 686
Alexandria, Virginia 22306

Michelle Casamenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for AIMCO Foxchase, L.P.*
Will be served via e-mail by the Court's electronic case filing service.

R. Thomas Payne II
Assistant Attorney General

3