UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06-cv-0172 EGS |
| ) | |
| AIMCO CORP., INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL MEMORANDUM OF AIMCO FOXCHASE, L.P. IN SUPPORT OF MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

AIMCO Foxchase, L.P. submits this supplemental memorandum to correct a statement made in the memorandum in support of our April 3, 2006 motion to dismiss, or in the alternative, for a more definite statement.

We stated at page 1 and 3 of the memorandum that defendant "Foxchase of Virginia" has not been served with process or received the Summons and Complaint. However, undersigned counsel learned earlier this week that the Summons and Complaint were received by mail at the "Foxchase of Virginia" office on or about March 14, 2006.

However, as explained in our earlier memorandum, defendant "Foxchase of Virginia" is a residential complex owned by AIMCO Foxchase, L.P. Defendant "Foxchase of Virginia" and AIMCO Foxchase, L.P. are therefore one and the same. Accordingly, the April 3, 2006 motion to dismiss filed by AIMCO Foxchase, L.P. should be considered as filed on behalf of defendant "Foxchase of Alexandria."

Defendant "Foxchase of Virginia" joins in the April 3, 2006 motion to dismiss, and seeks dismissal for lack of jurisdiction over the subject matter, lack of venue, failure to state a claim upon which relief can be granted, and an inadequate initial pleading.

Respectfully submitted,

_____
Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami, Esq., AIMCO Foxchase, L.P. (same as Foxchase of Virginia)

Date: April 14, 2006

## Certificate of Service

I hereby certify that, on April 14, 2006, I caused a copy of the foregoing Supplemental Memorandum to be served by first-class mail, postage-prepaid, upon:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

*Pro Se Plaintiff*

Michele Caramenico, Esq.
U.S. Dept. of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
11th Floor
Philadelphia, PA 19107

*Attorney for Robert Walker*

Daniel I. Prywes