# United District Court
## For The District of Columbia

Mustafa Hassan Pro Se,
v.
United States Department of Urban Development ET.AL.
Alfonso Jackson,

## Motion For Pro Bono

Upon receiving the Indegent Legal the Request of the Plaintiff under Rule 21. The Plaintiff who is illiterate of the Rules of Civil Procedure and is A Novice of the Law and has no Legal Education. The Plaintiff who is A United States Citizens in Good Standing at home and Broad has A legal right to this This Assistance under the Law of Civil Proceedure the PRAY that this motion is granted SO SAID Court

Granted:                     United States District Court
                             Plaintiff Pro Se.