United States District Court
For The District of Columbia

HASSAN
v.
U.S. Dept of Housing Et Al
Jim COInelk.
Scott. M. Badawi
T. Elizabeth Hayes
Antone Bedford
Foxchase Alexan
    Defendants

Civil No. 1:06017EGS

## Motion to Stay

Motion to Stay All Proceeding until court grant Read to the Pro se Plaintiff under Rule 60 (Rule (H)(A)(H)(A) Local Rule 46. (A). Rule 18.(A).

Comes Now Mustafa Hasan Demanding representation