United States District Court
For the District of Columbia

Mustapha Hassan
   v.
U.S. Department of Housing & Urban Dev. ET. AL
   Defendant(s)          Civil No: 06-0172 EGS

Appeal Conferences under
Rule 33. A) b) (C) (d)

RECEIVED
APR 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now Plaintiff Mustafa Hassan Requesting A mediation under the Circuit Conferences Committee to Same this Honorable Court time and Avoid A Long Litigation. This Court has Jurisdiction.

cc:
Yes

Mustafa Hassan
Indigent
PRO SE