United States District Court
For The District Columbia

Mustafa Hassan
Pro Se indigent
Plaintiff

V.

Aimco Inc LLC et al
Defendant.

Civ. No. 1:06cv0172 EGS.

RECEIVED
APR 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex parte

ORDER FOR SANCTION

Upon consideration of Plaintiff.
Pro Se request for sanction and
Imposition of penalties for violations
of Local Rule 26.1.(A)(b)(2)(3)(c)(d)
Rule 30(A).
It is hereby Ordered.

1. Motion is Granted Sosaia
The Court.
2. Claim under FOIA Act 5 US
552 and Section 21.346 of

Section 2.1.342 2(G)(1) Section 21:341 set seq

Access to Justice And Rule 17.

Article III section 28 U.S. § 1251 And U.S. Const Amdt. 11. Is here By Granted. SO SAID court. Without Prejuice.

(3) The defendant AIMCO Inc Violated All the Above Laws by Denying The Plaintiff Access Relevant Information this matter before This Honorable Court.

(4). The Plaintiff is Respectfully Demanding Penalties be Impose Without hesitation.

See Exhibit (A) and Exhibit (B).

(5) This Court must decide whether AIMCO Inc. LLC has the legal right to flagrantly violated the above FOIA Act. See Rule 30. (A)"

(6) Not only did AIMCO Inc. LLC. violated States Statues they violated Federal Statutes and Rules. This Honorable Court must grant monetary relief to the Plantif for these violations.

(7) Defendant is hereby given notice they have violated the Law.

_____
United State District Court Judge

## Certification

I Mustafa Hassan certify on 4/24/2006
I mail a True copy through U.S. mail to
Following:

Daniel I. Prywes Esquire
700 13th Street NW.
Washington DC. 20005.
  And.
Commonwealth of Virginia
Office of Attorney General.
900 East Main Street.
Richmond VA 23219.
  And.
Michele Cosamcoa (HUD).
100 Penn Square East 11th Floor.
Philadelphia PA 19107.
  And.  Aimco Inc LLC.
Scott N. Bonclaw ESQ.
700 Hustin street NW
Washington DC. 20005
  Defendants.

Mustafa Hassan
  Indigent
Pro Se.



Ex(h)(A)

Daniel I. Prywes
Direct: 202.508.6094
Fax: 202.220.7394
daniel.prywes@bryancave.com

April 4, 2006

Mr. Mustapha Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA  22306

Re:    Letter of March 22, 2006 to AIMCO Inc. LLC and Foxchase of Alexandria

Dear Mr. Hassan:

On behalf of the AIMCO entity owning the Foxchase of Alexandria apartment complex, I am writing in response to your letter dated March 22, 2006 (but mailed on April 3, 2006). In that letter, you threaten suit if you do not receive a response within twenty days to your demand for information under FOIA (the Freedom of Information Act).

Please be advised that FOIA does not apply to the records of private firms such as the AIMCO company owning the Foxchase of Alexandria apartment complex. *See* Va. Code § 2.2.3700 *et seq.* (FOIA applies to "public records in the custody of a public body"). Therefore, you will not be receiving any response to your FOIA request.

Because FOIA does not apply, there is no basis to your threatened lawsuit or request for sanctions.

Please contact me on any further matters concerning your demands relating to FOIA.

Sincerely,

Daniel I. Prywes

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational
London

EX 6

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
DEBORAH M BRIDGETTE

C. Date of Delivery

1. Article Addressed to:

Aimco Inc. Foxchase
766 No Howard St
Alexandria VA
22304

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540