United States District Court
For The District of Columbia

Mustafa Hassan
Pro Se Plaintiff
V.

United States Dept. of House HUD
Aimco Inc LLC.
Elibeth T. Hayes, 5Floor
Antonio Bedford.
3600 W. Broadstreet,
Richmond VA 23230
Scott M. Badami,
And
Robert Walker.
Defendant(s).

Civil No. 06-0712 EGS

RECEIVED
APR 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex parte

MOTION TO OPPOSE.

See "RICO" Act §1961 §1962.

PLAINTIFF MOTION IN OPPOSITION. TO DISMISS this matter IN All Defendant ARe violation Law engages IN A Fraudulent Scheme To Defraud the United States Government.

Comes Now Mustafa HASSAN Who Alleges

All the Defendants individually Collectively Officially and Knowingly Violated Federal and States Housing Laws. See the Following

Federal Laws

Leesing Agreement between Aimco Inc & Hu Audit(HUD) Section 4550 REV1. PARA (1)(2)(3)(A)
(b) 5. Sect. 202 and ET Seq. §1961 §1962
And
42 U.S.C. 3607 (2)(A)(b)(C) See 808(A)
(b)(1)(2)(A)(b)(C) Sub Tittee VI(2)
Tittee VIII civil act. 1965, 1968
Section 800 42 U.S.C. 3601 and 3602
(A)(b)(C)(R)(F)(G)(4)(l) See 804, 805
806, 818 (G)(l)(m)(N)(l) Sect 804
Conculation violations (m)(N).
Sect. 100, 120. It must be a Trial

Scheme to steal united Funds. They Collectively claim the case was closed And refuses to state who Authorized The Closing.

Also requires For ImcoInc LLC. Must give the Plaintiff The Informate (A) Letter of 6/24/03, (b) Letter 12/17/02 (c) Letter of 6/12/02 Letter of 8/2/02 (d) 5/21/03 (E) Letter 6/03/03 (e) 10/16/02 To date The Above were Not comply with. Yet the Frauduhenter Closes the case. Illegally To Circumvented and Cover-up A Crime Demand. For This case To go Forward. So A Jury will decided this matter

As For State LAWS see the Following " Commonwealth of VA. Statues and LAWs,

18 VAC 135-50-180, 18 VAC 135-50-210
18 VAC 135-50-220, 18 VAC 135-50-400
18 VAC 135-50-420, Also Violation of Virginia suprem court Rule aw Statues see capter 5.1 § 36.96.1 ET. seq. 06 title 36.

For All the Above Proof of Violation aw Evidene the Defendants motion must be Dismiss And this order A Trial by Jury on All the Above Claim of Violation by the defendants.

Mustufa Hasan
Indegent PRO Se

Copies
Legal,

To Determines that the Plaintiff Alegation were True beon A resonable Doubt. They conspire A Fradulent scheme To Submitted FAKE, BOGUS Circumvented evidence to The (VREB) So AimCO Inc could PreVAIL Illegally.

When (HUD) R. Thomas DAY SR Find out that the Above Statement True. He Issue An order on 1/7/2004 FOR RE-iNVestigation And the Plaintiff Find out by accident All the Above Defendants Individually officially stated that I Am ALLOW to see the

The F.I.R. Because it was Not For me. I Proceeded Request the copy Through (FOIA) Act. The Report By Thomas demands the Follow From All the defendants collectively must give To the plaintiff Following Enformation

- A the Names Address Telephone Number Of the Contrator who clean the Plaintiff Corpet on 9/18/01 the aus Address Telephone Number who Painted the plaintiff Apartment on 9/18/01 They told HUD ON 1/28/04 that they are waiting until Now they are still waiting

After Plaintiff discovered their Illegal

of Aimco HeadQuarters address and Location Three (FOIA) act, U.S.C. 552.

Aimco Inc, LLC has 48 entities in 50 state and (3) three in Puerto Rico and Aimco Inc attorney informed plaintiff that the FOIA request for these information will <u>not</u> be given to him. Their action is egregious and should not be accepted by this court. This matter must go forward. And violation "Rico" Act.

Mustofa Hossan
Pro Se Indigent
Plaintiff

# Certification of Service

On April 21 2006 I mail true copy By united postal Service to the Following:

Commonwealth of Virginia
Office of Attorney General
900 E. Main Street,
Richmond VA 23219.

And

Daniel I. Pryves Bry Cave LLP
700 13th Street NW
Washington D.C. 20005

And

Michaelle Casanovico Esq
100 Penn Squar East 15th Floor
Philadelphia PA 19107

Mustafa Kemu
PRO Se

United States District Court
For The District of Columbia

Mustafa HASSAN,
PRO Se PLAintiff
V.
Aimco Inc. LLC ET.AL.
766 North Howard St.,
4582 South MLS Jerv street
Suite 1100
Denver CO. 80237
Defendant.

Civ.NO. 1:06-cv-0172EGS

E Parte.

Rule 15:18.(A).
PLAintiff Opposition,

RE: Attorney Scott M. BADAMI certification of April 3, 2006, Demand For Sanction be Impose on Him For Deception and illegaley Lieng. Shannangan IN An effort to Confueses this Honoroble Court.

Comes NOW the indegent Plaintiff Respectfully Demand that Attorney Scott M. BAdami Certifica

This Plaintiff HAS made every Legal Effort to get information throught writing request throught (FOIA) Act, to get the official Adcres of Aimco Inc LLC And was Turn Away By Attroney B Adami And His Accociates Saying the information requested was NOT publice record (Sic) under (FOIA) Act. 5 U.S.C. 552 the request was illegaley Knowing Block by Aimco Inc. LLC Attroneys. They must sanction Impose. See violations For Not complyning FOR FOIA.
Code Section 21-346.1.

Section 2.1.342 2(G)(W). Section 21.340 Sec Seg Code commonwealth of Virginia Access To Justice and Rule 17

1. Article III See Also 28 U.S.C. § 1251 And U.S. Const. Amdt 11. and Rule 26. 1. Date request was made 6/24/03, 12/17/02, 6/12/02, 8/2/02, 5/21/03, 6/03/03, and 10/16/02 to date NO Respose and Recently 4/17/06. Yet on his certificate is He calls Imico Foxchase Inc. and Aimco Inc. these are really Illegal Deception And Illegal Shannangan Demand For Sanction

And for the Plaintiff's case
be represented by PRO BONO
Attorney as required by LAW.
And All evidence be presented to
A Jury. The Plaintiff is oppose to
All the defendants effort to
Conceal monies been stolen
from the United States by All the
Defendants Incurvally and are
now engages in an illegal
Cover-up/Stonewalling/
Circumventing A Crime under
"Rico" Act, 1961, 1962. As Amended

Mustafa bu Hace
PRO Se Plaintiff

# Certification

I hereby certify on April 21, 2006 I save by First Class / thru United States Postal Service a copy to:

R. Thomas Payne, II ESQ
Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond VA. 23219.

And

Michele Cavanico ESQ
United States Department Housing
100 Penn Square East 11th Floor
Philadelphia PA 19107

Mdetefas Hasen
Individual/Plaintiff

ORIGINAL United States District Court
For District of Columbia

Civ No. 1:06-cv-0172 EGS

MUSTAFA HASSAN
Indigent Pro Se.
Plaintiff.

V.

AIMCO Inc LLC ET AL
Defendant.

Ex Parte

Appose

**PLAINTIFF OPPOSITION Defendant Order For Dismissal of this matter. See See Rule 44. Rule 8 (1) (A) (C) (2) Rule 18 FRAP 8.27. Rule 46 (A). And Opposition memoranda.**

Comes Now MUSTAFA HASSAN in Oppersition to this illegal Requested order by the Defendant who engages in Extorting leveled state Section 8 Program Funds illegally in Violation of "RICO" Act. Citing 1961, 1962

Act As Amededed this matter. Must be heard in open court so All evidence of Fraud, Conspiracy Theft of U.S. Housing Program 202, 811, 221 D4 Funds By The Defendant Missicious attemp to hide their wrong doings.

The plaintiff is entitled to Sue Prove under the Above Rules cited in Cluding Equal Access to Due-Process 28 U.S.C. § 14·6, § 14·7.

This attemp to have this Honorable Court to go Along with Fraud Against the United States Government and The Plaintiff We, Victims

Fraud itself the Defendants motion For Dismiss must Not be Granted they Has stole us. Government Funds and illegally Evicted the plaintiff without Following (HUD) guidelines As required by Law see. Section 7. 4350 Rev. 1. PARA 11) (2) (3) (A) (b) 4. (A) (b) (5) section 2002 poc.e.s.A. this Defender IS IN Violation of the LAW. see 42 U.S.C. 3607 (2)(A)(b)(C) For all the Above Violation by this Defen Aimco Corp. and some time Aiy Inc. All these Names must sovt Out by this its something Fish these Names. Demand For this mat Go. Forward.

Musto
Plaintiff

## Certificate of Service

I Mustofa HASSAN certify that on 19th 2006 I mail A True copy by United States Postal Seven to the following.

R. Thomas Payne II ESQ,
Office of the Attorney General,
900 E. Main Street,
Richmond VA 23219.

And

Michael Cavanica ESQ.
U.S. Dept of Housing urban (HUD)
100 Penn Square East 11th Floor
Philadephia PA. 19107.

cc:
File.

Mustofa Hassan
Indigent
ProSe
Plainer