# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### WASHINGTON D.C.

MustafaS Hassan

Vs. PRO SE Plaintiff        Civil action

United State Department of

Housing and Urban Development ET. AL.

Defendants

CIV. No 1:06 cv 00172 EGS

## ORDER

Upon recived The Plaintiff request for
Relief in this matter The INdigent Complaint
Factual request After The Court review
The plaintiff PRAY That his reques
Will be Granted.
  So. Said the Court:

_____
United States Distreut court Judge


Mustofa Hassan