UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN,              )  | |
|              ) | |
| Plaintiff,              ) | |
|              ) | |
| v.              ) | Civ. No. 1:06-cv-0172 EGS |
|              ) | |
| AIMCO CORP., INC., *et al.*,              ) | |
|              ) | |
| Defendants.              ) | |

**OPPOSITION OF DEFENDANT AIMCO FOXCHASE, L.P. TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant AIMCO Foxchase, L.P. ("AIMCO") submits this Opposition to plaintiff Mustafa Hassan's proposed "Order for Sanctions" (served by mail on April 24, 2004), which was apparently intended to be a motion for sanctions.

### Argument

### The Motion Should Be Denied

Plaintiff's filing appears to complain that defendant AIMCO did not respond to plaintiff's requests for information under the federal Freedom of Information Act ("FOIA") and freedom-of-information requirements under Virginia law.

In response to prior correspondence from plaintiff (Ex. A) which appeared to demand information pursuant to Virginia's equivalent of FOIA, AIMCO's counsel explained that AIMCO is a "private firm" and as such is not required to respond to FOIA requests under Virginia law. (Ex. B.) The Virginia state FOIA provisions apply only to "public records in the custody of a public body." Va. Code § 2.2.3700(B).

The same is true of the federal FOIA. It applies to information held by an "agency" of the federal government. 5 U.S.C. § 552(a) ("Each agency shall make available to

the public information as follows")(emphasis added.)  Since AIMCO is not an agency of the federal government, AIMCO is not subject to the FOIA.

### Conclusion

In short, AIMCO has not violated any provision of FOIA or its Virginia equivalent.  The motion for sanctions is groundless, and should be denied.

Respectfully submitted,

*/s/ Daniel I. Prywes*

Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami, Esq., and for AIMCO Foxchase, L.P.

Date:  April 28, 2006

## Certificate of Service

I hereby certify that, on April 28, 2006, I caused a copy of the foregoing Opposition to be served by first-class mail, postage-prepaid, upon:

> Mr. Mustafa Hassan
> 8245 Russell Road
> P.O. Box 6861
> Alexandria, VA  22306
>
> *Pro Se Plaintiff*
>
> Michele Caramenico, Esq.
> U.S. Dept. of Housing and Urban Development
> The Wanamaker Building, 100 Penn Square East
> 11th Floor
> Philadelphia, PA 19107

*Attorney for Robert Walker*

_____
Daniel I. Prywes

# EXHIBIT A

03/22/2006

Mustapha HASSAN
8245 Russell Road
P.O. BOX 6861
Alexandria VA. 22306

TO:    Certif Mail No. 7005-3110 0004 1582 0331

AIMCO Inc LLC.
   And FOXChase of Alexandria
766 NORTH Howard Street        Exparte.
Alexandria VIRginia 22314
   Individially.
Dear SIRS;

Please be Advise that I have requested By Certify mail. (1) (2) (3) No response to date Some 20 day ago and Some time Way back for my Request FOR FOIA Information. to Date you have been Refusing To Comply if DO Not hear From you In the Next 20 days I Shall Move IN federal Court For sanction For $50,000.00 For Each DAY you have

Been refusing I will also ask for Attorney Scott N. Babami to Be Sanction Also.

If you Any Doubt Keep on Turning your Noses of this Legal Request which yours are Legally must, Comply too.

Please Do So Today or within to, Next 20 days From this date.

See FOIA Request Certify NO 7003-3110 0000 8343 7239

Copies,
Your Legal File.

Yours
Mustafa Hassu

U.S. POSTAGE PAID
ALEXANDRIA, VA
22306
APR 03, 06
AMOUNT
$2.79
00029904-04

22304

7005 3110 0004 1582 0331

TO AIMCO INC; Foxchase of Alexandria
766 NORTH Howard Street
Alexandria VA-22304

M. Hassani
8245 Russler Rd
P.O. BOX 6861
Alexandria VA 22306

LN.
H-04

22304+3445-66 C045

# EXHIBIT B



Daniel I. Prywes
Direct: 202.508.6094
Fax: 202.220.7394
daniel.prywes@bryancave.com

April 4, 2006

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Mr. Mustapha Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA  22306

Re:    <u>Letter of March 22, 2006 to AIMCO Inc. LLC and Foxchase of Alexandria</u>

Dear Mr. Hassan:

On behalf of the AIMCO entity owning the Foxchase of Alexandria apartment complex, I am writing in response to your letter dated March 22, 2006 (but mailed on April 3, 2006). In that letter, you threaten suit if you do not receive a response within twenty days to your demand for information under FOIA (the Freedom of Information Act).

Please be advised that FOIA does not apply to the records of private firms such as the AIMCO company owning the Foxchase of Alexandria apartment complex. *See* Va. Code § 2.2.3700 *et seq.* (FOIA applies to "public records in the custody of a public body"). Therefore, you will not be receiving any response to your FOIA request.

Because FOIA does not apply, there is no basis to your threatened lawsuit or request for sanctions.

Please contact me on any further matters concerning your demands relating to FOIA.

Sincerely,

Daniel I. Prywes

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

*And Bryan Cave,
A Multinational Partnership,*
London