# EXHIBIT A

03/22/2006

Mustopha HASSAN
8245 Russell Road
P.O. BOX 6861
Alexandria VA. 22306

TO:        Certif mail NO. 7005-3110 0004 1582 0331

AIMCO Inc LLC.
    And FOXChase of Alexandria
766 NORTH Howard Street        Exparte.
Alexandria VIRginia 22314
        Indivially.

Dear SIRS:
Please be Advise that I have requested
By certify mail. (1) (2) (3) No response to date
Some 20 day ago and Sometime
way back for my Request FOR FOIA
Information. to Date you have been Refusing
To comply if DO Not hear From you
In the Next 20 days I Shall
Move IN Federal Court For sanction
For $50,000.00 For Each DAY you have

Been refusing I will Also Ask For Attoney Scott W. Babanitts Be Sanction Also.

If You Any Doubt Keep on Turning Your Noses of this Legal Request Which Yous are Legally must, Comply too.

Please Do So Today or Within to, Next 20 days From this date.

See FOIA Request Certify NO 7003-3110 0000 8343 7239

Copies,

Your Legal File.

Yours

Mustafa Hassu.



Envelope:

From: M. Hassan, 8 245 Rustler Rd, P.O. BOX 6861, Alexandria VA 22306

To: Aimco Inc, Foxchase of Alexandria, 766 North Howard Street, Alexandria VA 22304

U.S. POSTAGE PAID, ALEXANDRIA, VA 22306, APR 03 '06, AMOUNT $2.79
USPS 7005 3110 0004 1582 0331