# EXHIBIT B



Daniel I. Prywes
Direct: 202.508.6094
Fax: 202.220.7394
daniel.prywes@bryancave.com

April 4, 2006

Mr. Mustapha Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

Re: <u>Letter of March 22, 2006 to AIMCO Inc. LLC and Foxchase of Alexandria</u>

Dear Mr. Hassan:

On behalf of the AIMCO entity owning the Foxchase of Alexandria apartment complex, I am writing in response to your letter dated March 22, 2006 (but mailed on April 3, 2006). In that letter, you threaten suit if you do not receive a response within twenty days to your demand for information under FOIA (the Freedom of Information Act).

Please be advised that FOIA does not apply to the records of private firms such as the AIMCO company owning the Foxchase of Alexandria apartment complex. *See* Va. Code § 2.2.3700 *et seq.* (FOIA applies to "public records in the custody of a public body"). Therefore, you will not be receiving any response to your FOIA request.

Because FOIA does not apply, there is no basis to your threatened lawsuit or request for sanctions.

Please contact me on any further matters concerning your demands relating to FOIA.

Sincerely,

Daniel I. Prywes

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London