Clerk of the court

Mustafa HASSAN
PRO SE Litigant
V.                                    4/24/2006
HUD ETAL:  Civil No: 6-cv-0172 EGS

Kopy of Request FOIA
Letter To Antono Bedford
Elsbeth T. Hailes

To:
Clerk
of the District Court for District of Columbia
333 constitution Av NW
Washington DC 20001

Dear Clerk

Please find Enclose A document send to Attorney Comadwali of Virginia attorney General of VA, please attach the letter of request to my official file. Thank you

Mustafa Hassan

Mustafa HASSAN.
8245 Russell Road,
P.O. BOX 6861
Alexandrea Virgenia 22306.
too ATT: R. thomas PAYNE.H Attorfor Respondes.
Flizbeth T. HAYes Induvically.
And.
Antonio Bedford Individualy
3600 West Broad Strot
Richmou Virgenia 23230.
   Respondants).                     EXparte

Request and Demand FOR FOIA Proof
CLAIM under FOIA Code Section
21.346.1. section 21.342.
2(G)(1). section Section 21.340
set sea As Amended. The

II. A Copy of A Letter From Foxchase of Alexandria show the date, the Address the year Mr. HASSAN Apartment was Painted ON 9/13/01 please give Contractors Name Address an Telephon Numbers

III. The Name Address Telephone Number of the Contractor who Clean Mr. HASSAN Bonjede on 9/18/01.

IV. You HAVe Recived the Follow Letter Dury You FIR.

Commonwealth of Virginia Access To Justice and Rule 17. 5 U.S.C. 552. Article III See Also § 28 U.S.C. § 1251 And U.S. Const. Amdt. 11.

Comes Now, Mustafa Hassan Complainant in the Above caption Matter Respectfully.

Demanding The Following. A copy

1. Copy of the Letter recieved by Ms Hayes and Antonio Bedford From R. Thomas Day, Sr. on 1/7/2004 (HUD) Manager of Richmond Virginia.

# INVESTIGATIONS:

1. A copy of following letter from Foxchase of Alexandria & the compleent police report 6/24/03
   Pictures of RATTRAPS in compleent
   Apartmant copy dated 12/17/02.
   Copy Letter dated 6/12/02.
   Copy Letter dated 8/2/02.
   Copy of Letter dated 5/21/03.
   Copy of Letter From Foxchase Dated 6/03/03. and
2. Copy of Police Report Dated 10/16/02. Mustafa Kain
   Eric Reynolds.

# AFFIDAVIT

Mustofa Hassan AFFIRM under

28 U.S.C § 1746

that I, T. Elizbeth HAYES and Antonio Bedford have in their official position the above Information and concealing it from Assistant Attorney General R. Thomas Payne II, and if they continue to Hide and circumvalescuca in Favor they Committed Perjury.

See Exhibit (A)
(B)

Mustofa Hassan

Ex (A)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
VA State
Attorney General
Robert McDonnell
Capital St, Bowden
Richmond VA 23219

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ellett Ohrée
C. Date of Delivery
MAR 6 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Office of the Attorney General

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0002 5101 0975

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Ex (B)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
VA. Atty Gen Bob McDonell
900 E. Main St
Richmond VA 23219

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
E. Ohrée
C. Date of Delivery
3/14/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
Bob McD R

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0003 9512 4438

Domestic Return Receipt    102595-02-