UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIMCO CORP., INC., *et al.*, )<br>)<br>Defendants. ) | Civ. No. 1:06-cv-0172 EGS |

**RESPONSE OF DEFENDANTS AIMCO FOXCHASE, L.P., FOXCHASE OF VIRGINIA, AND SCOTT BADAMI TO PLAINTIFF'S MOTION FOR PRO BONO ASSISTANCE**

Defendants AIMCO Foxchase, L.P., Foxchase of Virginia, and Scott Badami (collectively "AIMCO") submit this Response to plaintiff Mustafa Hassan's motion for pro bono assistance, filed on April 24, 2006 and entered on the record on April 27, 2006.

This motion does not seeks relief from AIMCO. Therefore, AIMCO expresses no position on whether the motion should be granted or denied.

Respectfully submitted,

_____
Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami, Foxchase of Virginia, and AIMCO Foxchase, L.P.

Date: May 3, 2006

## Certificate of Service

I hereby certify that, on May 3, 2006, I caused a copy of the foregoing Response to be served by first-class mail, postage-prepaid, upon:

      Mr. Mustafa Hassan
      8245 Russell Road
      P.O. Box 6861
      Alexandria, VA  22306

      *Pro Se Plaintiff*

      Michele Caramenico, Esq.
      U.S. Dept. of Housing and Urban Development
      The Wanamaker Building, 100 Penn Square East
      11th Floor
      Philadelphia, PA 19107

      *Attorney for Robert Walker*

_____
Daniel I. Prywes