UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIMCO CORP., INC., *et al.*, )<br>)<br>Defendants. ) | Civ. No. 1:06-cv-0172 EGS |

**OPPOSITION OF DEFENDANTS AIMCO FOXCHASE, L.P., FOXCHASE OF VIRGINIA, AND SCOTT BADAMI TO PLAINTIFF'S MOTION TO STAY**

Defendants AIMCO Foxchase, L.P., Foxchase of Virginia, and Scott Badami (collectively "AIMCO") submits this Opposition to plaintiff Mustafa Hassan's "motion to stay," filed on April 24, 2006 and entered on the record on April 27, 2006.

### Argument

Plaintiff's "motion to stay" reads as follows: "Motion to stay all proceedings until court grant relief to the pro se plaintiff under Rule 60, Rule (4)(A)(A)(4)(A) Local rule 46(A) Rule 18.(A)."

AIMCO does not understand the nature or grounds of this motion, and therefore cannot respond. To the extent that the motion seeks relief from a judgment or order pursuant to Fed. R. Civ. P. 60, the motion should be denied because no judgment or substantive order has been entered in this case. The reference to other rules is confusing.

## Conclusion

For the foregoing reasons, the motion should be denied.

Respectfully submitted,

_____
Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendants Scott M. Badami,
Foxchase of Virginia, and AIMCO Foxchase, L.P.

Date: May 3, 2006

## Certificate of Service

I hereby certify that, on May 3, 2006, I caused a copy of the foregoing Opposition to be served by first-class mail, postage-prepaid, upon:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

*Pro Se Plaintiff*

Michele Caramenico, Esq.
U.S. Dept. of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
11th Floor
Philadelphia, PA 19107

*Attorney for Robert Walker*

_____
Daniel I. Prywes