## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MUSTAFA HASSAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:06-cv-0172 EGS |
| | ) | |
| AIMCO CORP., INC., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

### OPPOSITION OF DEFENDANT AIMCO FOXCHASE, L.P. , FOXCHASE OF VIRGINIA, AND SCOTT BADAMI TO PLAINTIFF'S MOTION FOR MEDIATION

Defendants AIMCO Foxchase, L.P., Foxchase of Virginia, and Scott Badami (collectively "AIMCO") submit this Opposition to plaintiff Mustafa Hassan's motion to require mediation, filed on April 25, 2006 and entered on the record on April 27, 2006.

### Argument

Plaintiff's motion to require mediation should be denied because it is premature. AIMCO has filed a motion to dismiss this action, which remains pending. One named defendant (HUD employee Robert Walker) has not even answered yet. There has also been no discovery.

Plaintiff's motion is based on Fed. R. App. P. 33, which relates to mediation conferences in cases pending before the U.S. Court of Appeals. Since this case is not on appeal and the motion was not filed in the Court of Appeals, that Rule is inapplicable.

## Conclusion

For the foregoing reasons, the motion should be denied.


Respectfully submitted,

Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami, AIMCO
Foxchase, L.P., and Foxchase of Virginia

Date:  May 3, 2006

## Certificate of Service

I hereby certify that, on May 3, 2006, I caused a copy of the foregoing Opposition to be

served by first-class mail, postage-prepaid, upon:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

*Pro Se Plaintiff*

Michele Caramenico, Esq.
U.S. Dept. of Housing and Urban Development
The Wanamaker Building, 100 Penn Square East
11th Floor
Philadelphia, PA 19107

*Attorney for Robert Walker*

Daniel I. Prywes