UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )  Civil Action No.: **1:06-cv-0172EGS**<br>  )<br>U.S. DEPT. OF HOUSING AND  )<br>URBAN DEVELOPMENT, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | |

**REPLY MEMORANDUM OF DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this reply memorandum in further support of their April 5, 2006, motion to dismiss this action.

**ARGUMENT**

In that brief, Hayes and Bedford moved this Court to dismiss this lawsuit on several grounds – lack of subject matter jurisdiction, lack of personal jurisdiction over Hayes and Bedford, improper venue, and for failure to state a claim upon which relief can be granted – under Fed. R. Civ. P. 12(b)(1-3, 6). Alternatively, Hayes and Bedford moved this Court to require Plaintiff to file a more definitive statement pursuant to Fed. R. Civ. P. 12(e). On April 25, 2006, Plaintiff Mustafa Hassan filed his motion to oppose the dismissal of this case on the above-stated grounds.

Rather than provide factual or legal support for his opposition to Hayes and Bedford's Motion to Dismiss, Plaintiff instead recites his allegations of fraud and violations of federal and

state housing laws. Plaintiff also complains about Defendant AIMCO, a private corporation, failing to comply with a Freedom of Information Act, ("FOIA"), request for documents. In addition, Plaintiff makes several incoherent references to several federal and state statutes and regulations. Absent from Plaintiff's memorandum are any facts that would tend to establish: (1) that this Court has either subject matter jurisdiction over this matter; (2)that this Court has personal jurisdiction over Hayes and Bedford; (3) that venue is proper; or (4) elements of a sustainable cause of action under the allegations in Plaintiff's Amended Complaint. Clearly, Plaintiff has ignored his burden of presenting the facts necessary to sustain a cause of action in this Court.

As cited in our Motion to Dismiss, a pleading prepared by a *pro se* plaintiff, though held to less stringent standard than those drafted by trained counsel, must contain some minimal level of factual support for its claims. Further, a pleading that fails this relaxed standard should be dismissed. Here, after two opportunities (in his Amended Complaint and memorandum in opposition) to present facts that establish jurisdiction or venue much less a cause of action, Plaintiff has failed to meet this burden. In addition, Plaintiff, who alleges fraud and "RICO" violations, has failed to plead these allegations with any specificity, contrary to Fed. R. Civ. P. 9(b). Finally, Plaintiff failed to present any argument as to why Hayes and Bedford do not deserve qualified immunity as government officials acting in their official capacity.

While Defendants Hayes and Bedford acknowledge the allowances provided *pro se* litigants, such allowances should be balanced by the time and resources the defendants in this action are required to expend to repeatedly respond to Plaintiff's incoherent, unfounded allegations and numerous subsequent filings. Because Plaintiff has now exhausted two opportunities to present the minimal facts necessary to establish jurisdiction, venue, and a cause

of action, requiring him to file a more definitive statement would only serve to prolong this groundless litigation, and therefore, Defendants' Motion to Dismiss should be granted.

WHEREFORE, Defendants Hayes and Bedford pray this Court will grant their motion to dismiss this matter.

## CONCLUSION

For the reasons cited above and in our Motion to Dismiss, Defendants Hayes and Bedford pray this Court will dismiss this action.

> Respectfully submitted,
>
> DEFENDANTS LIZBETH T. HAYES and
> ANTONIO BEDFORD, of the Virginia Fair
> Housing Office,
> By Counsel
>
> _____
> R. Thomas Payne II (VSB No.: 47272)
> Assistant Attorney General
> OFFICE OF VIRGINIA ATTORNEY
> GENERAL ROBERT F. McDONNELL
> 900 E. Main Street, 5th Floor
> Richmond, VA 23219
> (804) 692-0485 Telephone
> (804) 225-3064 Facsimile

Date: May 8, 2006

**CERTIFICATE OF SERVICE AND TRANSMISSION**

I hereby certify that I mailed a true and exact copy of the above *Reply Memorandum of Defendants Lizbeth T. Hayes and Antonio Bedford In Further Support of Motion to Dismiss* by first class mail on the 8th of May, 2006, to the following:

>Mustafa Hassan, Plaintiff *pro se*
>Post Office Box 686
>Alexandria, Virginia 22306
>
>Michelle Casamenico, Esquire
>U.S. Dep't of Housing and Urban Development
>The Wanamaker Building
>100 Penn Square East, 11th Floor
>Philadelphia, Pennsylvania 19107
>*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

>Daniel I. Prywes, Esquire
>Bryan Cave, LLP
>*Counsel for Defendants Scott M. Badami, Esq., and*
>*for AIMCO Foxchase, L.P.*

/s/ R. Thomas Payne II
R. Thomas Payne II
Assistant Attorney General