UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF HOUSING AND )<br>URBAN DEVELOPMENT, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: **1:06-cv-0172EGS** |

### DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO APPOINT COUNSEL

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion to Appoint Counsel filed on April 24, 2006, and entered on April 27, 2006.

#### ARGUMENT

Because Plaintiff's Amended Complaint is unfounded and contains no sustainable cause of action, Plaintiff's Motion to Appoint (*pro bono*) Counsel should be denied. Plaintiff has cited no valid authority supporting his motion, and his claims and subsequent filings are frivolous. Moreover, appointing counsel in furtherance of a claim which fails to establish jurisdiction or venue, much less a sustainable cause of action, serves only to waste that counsel's time as well as the resources of the taxpayers of Virginia.

## CONCLUSION

For the reasons stated above, Plaintiff's Motion to Appoint Counsel should be denied. Further, Plaintiff's Amended Complaint should be dismissed for the reasons stated in Defendants Hayes and Bedford's Motion to Dismiss.

                Respectfully submitted,

                DEFENDANTS LIZBETH T. HAYES and
                ANTONIO BEDFORD, of the Virginia Fair
                Housing Office,
                By Counsel

                */s/ R. Thomas Payne II*
                R. Thomas Payne II (VSB No.: 47272)
                Assistant Attorney General
                OFFICE OF VIRGINIA ATTORNEY
                GENERAL ROBERT F. McDONNELL
                900 E. Main Street, 5th Floor
                Richmond, VA 23219
                (804) 692-0485 Telephone
                (804) 225-3064 Facsimile

Date: May 8, 2006

### CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff's Motion to Appoint Counsel* by first class mail on the __8th__ of May, 2006, to the following:

Mustafa Hassan, Plaintiff *pro se*
Post Office Box 686
Alexandria, Virginia 22306

Michelle Casamenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and
for AIMCO Foxchase, L.P.*

_____
R. Thomas Payne II
Assistant Attorney General