UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF HOUSING AND )<br>URBAN DEVELOPMENT, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: <u>1:06-cv-0172EGS</u> |

**DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION TO STAY**

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion to Stay, filed on April 25, 2006, and entered on April 27, 2006.

<u>ARGUMENT</u>

On April 5, 2006, Hayes and Bedford filed a Motion to Dismiss, or in the alternative, Motion for a More Definitive Statement in Response to Plaintiff's Amended Complaint. On April 24, 2006, Plaintiff filed a motion "to stay all proceedings until court grant relief to the pro se plaintiff under Rule 60, Rule 4(A)(4)(A), Local Rule 46(A), and Rule 18(A). The source of these rules is unclear. Assuming these are meant to be references to the Federal Rules of Civil Procedure, Hayes and Bedford note that Rule 60 deals with relief from mistakes in judgments and orders; Rule 4 regards summons; Local Rule 46 does not exist; and Rule 18 concerns joinder of claims and remedies.

Because this motion is vague and ambiguous, Hayes and Bedford cannot formulate a response. Furthermore, the allegations contained in Plaintiff's Amended Complaint are unfounded. Thus, a stay in this matter would only serve to prolong this frivolous litigation.

## CONCLUSION

For the reasons set forth above, Plaintiff's Motion to Stay should be denied. Further, Plaintiff's Amended Complaint should be dismissed for the reasons stated in Defendants Hayes and Bedford's Motion to Dismiss. Hayes and Bedford join in any other opposition briefs filed by any other defendants in this matter.

Respectfully submitted,

DEFENDANTS LIZBETH T. HAYES and
ANTONIO BEDFORD, of the Virginia Fair
Housing Office,
By Counsel

R. Thomas Payne II (VSB No.: 47272)
Assistant Attorney General
OFFICE OF VIRGINIA ATTORNEY
GENERAL ROBERT F. McDONNELL
900 E. Main Street, 5th Floor
Richmond, VA 23219
(804) 692-0485 Telephone
(804) 225-3064 Facsimile

Date: May 8, 2006

**CERTIFICATE OF SERVICE AND TRANSMISSION**

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff Mustafa Hassan's Motion to Stay* by first class mail on the 8th of May, 2006, to the following:

Mustafa Hassan, Plaintiff *pro se*
Post Office Box 686
Alexandria, Virginia 22306

Michelle Casamenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and
for AIMCO Foxchase, L.P.*

R. Thomas Payne II
Assistant Attorney General