UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF HOUSING AND )<br>URBAN DEVELOPMENT, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: __1:06-cv-0172EGS__ |

### DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion for Sanctions filed on April 25, 2006, and entered on April 27, 2006.

#### ARGUMENT

Plaintiff Hassan's Motion for Sanctions is yet another example of the frivolous nature of this litigation. Though Plaintiff apparently limits his request for sanctions from defendants AIMCO Foxchase, L.P., it should be noted the basis for his motion is a private corporation's failure to respond to a Freedom of Information Act request.[1] Although this motion does not seek sanctions from defendants Hayes and Bedford, we feel it provides this Court with additional evidence that this Plaintiff's claims are unfounded and frivolous.

---

[1] Plaintiff is apparently seeking sanctions from AIMCO, L.P., a private entity, for alleged violations of Virginia's Freedom of Information Act, ("FOIA"), which is a "sunshine" law designed to give "the people of Commonwealth ready access to *public* records." *See,* Va. Code § 2.2-3700 et seq. (emphasis added).

## CONCLUSION

For the reasons cited above, Plaintiff's Motion for Sanctions should be denied. Further, Plaintiff's Amended Complaint should be dismissed for the reasons set forth in Defendants Hayes and Bedford's Motion to Dismiss.

Respectfully submitted,
DEFENDANTS LIZBETH T. HAYES and
ANTONIO BEDFORD, of the Virginia Fair
Housing Office,
By Counsel


_____
R. Thomas Payne II (VSB No.: 47272)
Assistant Attorney General
OFFICE OF VIRGINIA ATTORNEY
GENERAL ROBERT F. McDONNELL
900 E. Main Street, 5th Floor
Richmond, VA 23219
(804) 692-0485 Telephone
(804) 225-3064 Facsimile

Date: May 8, 2006

## CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff Mustafa Hassan's Motion for Sanctions* by first class mail on the 8th of May, 2006, to the following:

Mustafa Hassan, Plaintiff *pro se*
Post Office Box 686
Alexandria, Virginia 22306

Michelle Casamenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and
for AIMCO Foxchase, L.P.*

_____
R. Thomas Payne II
Assistant Attorney General