UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN,            )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )     Civil Action No.: <u>1:06-cv-0172EGS</u><br>                              )<br>U.S. DEPT. OF HOUSING AND   )<br>URBAN DEVELOPMENT, et al.,  )<br>                              )<br>     Defendants.             )<br>                              ) | |

**DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF/ORDER**

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion for Miscellaneous Relief, styled as a proposed order, filed on April 25, 2006, and entered on April 27, 2006.

ARGUMENT

Plaintiff's Motion for Miscellaneous Relief (the third filed within the last month) is another example of the unfounded nature of Plaintiff's claims. The motion, in the form of an order, is vague as to the relief Plaintiff seeks and from whom. This "motion" does not specify any relief sought from any of the defendants or the grounds upon which such relief should be granted. It further ignores the fact this Court has before it motions to dismiss filed by the defendants but not yet ruled upon.

Rather than file any pleading that sets forth the facts necessary to establish how this Court has jurisdiction over the subject matter or defendants, the manner in which venue is proper, or the grounds for a sustainable cause of action, Plaintiff has peppered this Court with numerous motions for relief and sanctions, each one as unfounded as the next, causing the Commonwealth to waste resources to respond to this frivolous litigation.

### CONCLUSION

Defendants Hayes and Bedford deny they are liable to Plaintiff for any relief for any reason, and respectfully request this Court deny Plaintiff's Motion for Miscellaneous Relief filed on April 25, 2006. Defendants Hayes and Bedford further pray this Court will dismiss this matter for the reasons set forth in their Motion to Dismiss. Hayes and Bedford join in any other opposition briefs filed by any other defendants in this matter.

Respectfully submitted,
DEFENDANTS LIZBETH T. HAYES and
ANTONIO BEDFORD, of the Virginia Fair
Housing Office,
By Counsel

R. Thomas Payne II (VSB No.: 47272)
Assistant Attorney General
OFFICE OF VIRGINIA ATTORNEY
GENERAL ROBERT F. McDONNELL
900 E. Main Street, 5th Floor
Richmond, VA 23219
(804) 692-0485 Telephone
(804) 225-3064 Facsimile

Date: May 8, 2006

## CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff Mustafa Hassan's Motion forMiscellaneous Relief* by first class mail on the __8th__ of May, 2006, to the following:

Mustafa Hassan, Plaintiff *pro se*
Post Office Box 686
Alexandria, Virginia 22306

Michelle Casamenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and
for AIMCO Foxchase, L.P.*

_____
R. Thomas Payne II
Assistant Attorney General