UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil Action No.: **1:06-cv-0172EGS** |
| U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, et al., | ) ) ) ) |
|     Defendants. | ) ) |

**DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION**

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion for Mediation filed on April 25, 2006, and entered on April 27, 2006.

### ARGUMENT

Defendants Hayes and Bedford object to Plaintiff's Motion for Mediation. This litigation is frivolous, and it would be improper to order mediation in a matter in which the plaintiff has failed to adequately plead grounds for jurisdiction and venue, much less a sustainable cause of action. Mediation would only serve to prolong the waste of the Commonwealth's resources to address these unfounded claims.

Moreover, in support of his Motion for Mediation, Plaintiff apparently relies on Federal Rule Appellate Procedure 33, which is inapplicable to this Court. This rule deals with matters that have been adjudicated at the district court level and are on appeal to the Courts of Appeal.

Clearly, such is not the case here, as this Court has yet had the opportunity to rule on the motions to dismiss this matter filed by several defendants.

## CONCLUSION

For the reasons cited above, Plaintiff's Motion for Mediation should be denied. Further, Plaintiff's Amended Complaint should be dismissed for the reasons stated in Defendants Hayes and Bedford's Motion to Dismiss. Hayes and Bedford join in any other opposition briefs filed by any other defendants in this matter.

>Respectfully submitted,
>
>DEFENDANTS LIZBETH T. HAYES and
>ANTONIO BEDFORD, of the Virginia Fair
>Housing Office,
>By Counsel
>
>_/s/ R. Thomas Payne_
>R. Thomas Payne II (VSB No.: 47272)
>Assistant Attorney General
>OFFICE OF VIRGINIA ATTORNEY
>GENERAL ROBERT F. McDONNELL
>900 E. Main Street, 5th Floor
>Richmond, VA 23219
>(804) 692-0485 Telephone
>(804) 225-3064 Facsimile

Date: May 8, 2006

## CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff Mustafa Hassan's Motion forMediation* by first class mail on the 9th of May, 2006, to the following:

Mustafa Hassan, Plaintiff *pro se*
Post Office Box 686
Alexandria, Virginia 22306

Michelle Caramenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and
for AIMCO Foxchase, L.P.*

_____
R. Thomas Payne II
Assistant Attorney General