United States District Court
FOR THE DISTRICT OF Columbia.

Mustafa HASSAN
PRO Se PLAINTIFF
V.

AIMCO INC. LLC ET AL
Defendant(s).

4/21/2006

Civil No. 1:06 cu 0172 EGS

Ex Parte

RECEIVED
MAY - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

ORDER FOR SANCTION and Penalty FOR Violation of 28 U.S.C. §1746. Declaration of MARTHA LONG on April 3rd 2006. Committed Perjury

Comes now Mustafa Hassan PRO Se Littigant in the above Caption Respectfully Demanding The Following.

1- That Martha Long be find guilty FOR misleading The Court by Falsifying her statement to the Court on April 3, 2006.

(1)

Miss Long intention was malicious. Intentional to Disguise the Evidence That the plaintiff wishes provide. The court (is) (HUD) Letter of 1/7/2004. Demand FOR The court to See the "Letter"

- 2 - This Letter if seen by this court will shows that All the Defendants Indivially officialey and Martha Long is in Scheeming Conspiracy to committ Fraud. Against the plaintiff and the United States Government Section 202, 811, 221D4, Section 8 Program their Scheme must not prevail. The Letter of R. Thomas DAY SR of HUD wreutten To the Defendcent(s) on 1/7/04 will PROVE FRAUD was committed.

3. This indigent PRO SE Constitutional Intrest if this well Grant the plaintiff Legal request for Legal Assisant.

All the statement sworned The The Defendants this matter is violation of 28 U.S.C. §1746. And their must denied by this Court until their is A hearing. In Open Court PRO HAC Vice.

4 All the Defendants in this matter has diflent name they Aimco. has many to confusees this Court and IRS. they call it Aimco, Aimco Corp.

Aimco corp, Aimco LLC, Aimco Holdings, Aimco FoxChase, Aimco. With All These Fictious Names, This must have A PRO HOC VICE hearing. So All The defendants Illegal Shannagans be Explain in Open court with court. Want Legal Assistant to the Plaintiff Request. The Defendant engages Blocking The Plaintiff. Requesting Penalty and Sanction on Aimco Inc STAN And Miss Martha Long. Aimco has 48 entities in 48 states And Pour-To Rico See Att. EX(A) Mustafa Hassa. See EX(b) Waiting Answer PRO SE. Exhibit (C).

AFFIDAVIT

I MUSTAFA HASSAN of Full age AFFIRM under 28 U.S.C. § 1746 that AIMCO LLC ETAL who Is holding contRACt with HUD to give Service to the PLAintiff and other United States Senior HAS Not close AimCO Inc LLC has 48 contract With U.S. Section PROgram 202, 811, 221 D4 · IN 48 states And PuerTo Rico. Address HAT LLO Address Un-Known phone Numbers 757 8204803 1/800 999 8600. 787 843 3676. 301 6914350 787 856 3720, 1888 789 8600 At All Times when Travelling

The Defendants individually stated as guess of Aimco are its affiliate for vacation for all above resons Defendant wishes to conceal these move with is illegal under HUDs. Guideline which is unEthical.

For all the above statement this court must permit a hearing in open court PRO HAC Vice so the court come Ajudicates this on Truth and Facts Not Fiction by the defendon.

I AFFIRM All the Above stated under 28 U.S.C §1746

Mustofa Hassan
PRO Se
Indigent letter Plaintiff

## Certification of Service

I Hereby certify on 4/21/206. A true copy of my motion in opposition to AIMCO Inc LLC et al was mail thru U.S. Postal Service to:

Daniel I. Prywes ESQ.
Bryan Cave LLP
700 13th Street NW 600
Washington DC, 20005.

And,

Michele Cavamouico ESQ
United States Department of Housing Development
the Wanamaker Building
100 Penn Square East, 11th Floor.
Philadelphia PA 19107.

R. Thomas Payne II ESQ
Office Attorney General
900 East Main Street.
Richmond VA 23219.

Michelle CASAMENTO ESQ.
United States Department of Housing Development
100 Penn Square East 11th Floor
Philadelphia PA 19107.

Mail on 4/21/2006