Exhibit A

Aimco Inc LLC Foxchase
Have holding in 48 States
And Porter Rico
Holden in
- Hatillo Housing Corp
   7578204803
  Address PuerTo Rico
  Zip
- Miramma Housing Complext
   787 843 3676 PuerTo Rico
  Address
  Zip
- Montbane Gargans puerTo Rico
   787 856 3720
  Address
  Zip

Exhibit (B)

"Liz Hayes"
<Liz.Hayes@dpor.virg
inia.gov>
01/28/2004 04:12 PM

To:    <ann_taylor@hud.gov>
cc:
Subject: FW: Hassan Status Update

Y!!!

-----Original Message-----
**From:** Antonio Bedford
**Sent:** Wednesday, January 28, 2004 3:55 PM
**To:** 'r.thomas_day@hud.gov'
**Cc:** John Cancelleri; Liz Hayes
**Subject:** Hassan Status Update

Mr. Day,

I have addressed the 10 issues that were presented concerning the Mustafa Hassan case. The FIR has been amended to reflect as such. I am currently waiting for a response from the respondents regarding who completed the carpet cleanings for Mr. Hassan on 9/18/01 and the painting on 9/13/01. Thanks.

Antonio Bedford
Fair Housing Investigator

? AND STILL WAITING (sic)

## Order

Upon considering the evidence presented to this court by the Pro Se indegent for consideration and for imposition of sanction and penalty on Martha Long and Aimco Inc LLC its on _____ 2006

The Court Granted Plaintiff Motion. So said the court Granted

_____
United States District For Deshula

Musenbee Hassa
Pro Se



Exhibit (B)



Daniel I. Prywes
Direct: 202.508.6094
Fax: 202.220.7394
daniel.prywes@bryancave.com

April 4, 2006

Mr. Mustapha Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA  22306

Re:   <u>Letter of March 22, 2006 to AIMCO Inc. LLC and Foxchase of Alexandria</u>

Dear Mr. Hassan:

On behalf of the AIMCO entity owning the Foxchase of Alexandria apartment complex, I am writing in response to your letter dated March 22, 2006 (but mailed on April 3, 2006). In that letter, you threaten suit if you do not receive a response within twenty days to your demand for information under FOIA (the Freedom of Information Act).

Please be advised that FOIA does not apply to the records of private firms such as the AIMCO company owning the Foxchase of Alexandria apartment complex. *See* Va. Code § 2.2.3700 *et seq*. (FOIA applies to "public records in the custody of a public body"). Therefore, you will not be receiving any response to your FOIA request.

Because FOIA does not apply, there is no basis to your threatened lawsuit or request for sanctions.

Please contact me on any further matters concerning your demands relating to FOIA.

Sincerely,

Daniel I. Prywes

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London