# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MUSTAFA HASSAN,                    )
                                   )
      Plaintiff,              )
                                   )
v.                                 )     Civ. No. 1:06-cv-0172 EGS
                                   )
AIMCO CORP., INC., *et al.*,       )
                                   )
      Defendants.            )

## OPPOSITION OF DEFENDANT AIMCO FOXCHASE, L.P. TO PLAINTIFF'S MOTION FOR SANCTIONS

      Defendant AIMCO Foxchase, L.P. ("AIMCO Foxchase") submits this Opposition to plaintiff Mustafa Hassan's motion for sanctions for "violation of 28 U.S.C. §1746."

### Argument

      When AIMCO Foxchase filed its motion to dismiss on April 10, 2006, it submitted a Declaration of Martha Long, who is a Senior Vice President of Apartment and Investment and Management Company ("AIMCO"). In her Declaration (attached as Exhibit A hereto), Ms. Long explained the corporate relationships between defendant AIMCO Foxchase and other members of the AIMCO family of companies.

      As best we can tell, Plaintiff's motion for sanctions (Document No. 37 on the docket of this case) alleges that Martha Long's Declaration was false and perjurious.

      This is a serious charge, but one completely unsupported by Plaintiff's motion. Plaintiff does not identify <u>any</u> specific statement in the Declaration that he claims was false. He also does not present any factual basis in support of his vague claim. Rather, he simply expresses his irritation (at p. 4) at the corporate relationships of AIMCO Foxchase. That irritation, however, is not grounds for any relief.

Although Plaintiff is a *pro se* party, that does not give him license to file countless, frivolous motions, or to assert claims of perjury in bad faith or recklessly without regard to Fed. R. Civ. P. 11. If the Court should not dismiss this case pursuant to the pending motions to dismiss, AIMCO Foxchase respectfully submits that the Court should warn Plaintiff that the Court may exercise its inherent sanctions powers if he continues to file frivolous and unsupported motions. In particular, the Court should warn Plaintiff that further, vexatious motions could result in an Order (a) requiring Plaintiff to move for leave of Court before filing any additional motions (including motions for sanctions), (b) awarding reasonable attorneys fees and costs against him, (c) dismissing his claims, or (d) entering other sanctions or relief as the Court may deem appropriate.

## Conclusion

For the foregoing reasons, the motion for sanctions is groundless and should be denied.

Respectfully submitted,

Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami,
Esq., AIMCO Foxchase, L.P., and Foxchase of
Virginia

Date: May 11, 2006

## Certificate of Service

I hereby certify that, on May 11, 2006, I caused a copy of the foregoing Opposition to be

served by first-class mail, postage-prepaid, upon:

>Mr. Mustafa Hassan
>8245 Russell Road
>P.O. Box 6861
>Alexandria, VA  22306
>
>*Pro Se Plaintiff*
>
>Michele Caramenico, Esq.
>U.S. Dept. of Housing and Urban Development
>The Wanamaker Building, 100 Penn Square East
>11th Floor
>Philadelphia, PA 19107
>
>*Attorney for Robert Walker*

Daniel I. Prywes

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUSTAFA HASSAN,                          )
                                         )
                Plaintiff,               )
                                         )
        v.                               )    Civ. No. 1:06-cv-0172 EGS
                                         )
AIMCO CORP., INC., *et al.*,             )
                                         )
                Defendants.              )

### DECLARATION OF MARTHA LONG

Pursuant to 28 U.S.C. § 1746, I, Martha Long, do hereby state and declare as follows:

1.      I am of legal age and competent to provide this Declaration.  If called upon to do so, I could personally testify as to the matters stated in this Declaration.

2.      At all relevant times, I have been the Senior Vice President for Partnership Administration with Apartment Investment and Management Company ("AIMCO").  In that role, I have oversight responsibility for AIMCO Foxchase, L.P.

3.      AIMCO Foxchase, L.P. is a limited partnership organized under the law of Delaware.  AIMCO Foxchase, L.P.'s mailing address is:  4582 S. Ulster Street Parkway, Suite 1100, Denver, CO 80237.  AIMCO Foxchase, L.P. owns the "Foxchase of Alexandria" apartment complex located in Alexandria, Virginia.

4.      AIMCO Foxchase, L.P.'s only business is to own Foxchase of Alexandria as well as to contract out the management of that apartment complex to a management firm. AIMCO Foxchase, L.P. does not have any offices or employees within the District of Columbia. To the best of my knowledge, AIMCO Foxchase, L.P. has not transacted any business in the

District of Columbia involving plaintiff Mustafa Hassan other than to communicate with the U.S. Department of Housing and Urban Development.

5. AIMCO Foxchase, L.P.'s General Partner is AIMCO Holdings, L.P. and its Limited Partner is AIMCO Properties, L.P. with their principal places of business at Denver, CO. The General Partner of AIMCO Foxchase, L.P. does not maintain any offices or employees within the District of Columbia. The Limited Partner does not reside in the District of Columbia nor does it maintain offices or employees there.

6. The controlling interest in AIMCO Foxchase, L.P. is indirectly owned by AIMCO, with its principal place of business in Denver, Colorado. There is no company known as "AIMCO Corp., Inc."

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on April 3, 2006