# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:06-cv-0172 EGS |
| | ) |
| AIMCO CORP., INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF MARTHA LONG

Pursuant to 28 U.S.C. § 1746, I, Martha Long, do hereby state and declare as follows:

1. I am of legal age and competent to provide this Declaration. If called upon to do so, I could personally testify as to the matters stated in this Declaration.

2. At all relevant times, I have been the Senior Vice President for Partnership Administration with Apartment Investment and Management Company ("AIMCO"). In that role, I have oversight responsibility for AIMCO Foxchase, L.P.

3. AIMCO Foxchase, L.P. is a limited partnership organized under the law of Delaware. AIMCO Foxchase, L.P.'s mailing address is: 4582 S. Ulster Street Parkway, Suite 1100, Denver, CO 80237. AIMCO Foxchase, L.P. owns the "Foxchase of Alexandria" apartment complex located in Alexandria, Virginia.

4. AIMCO Foxchase, L.P.'s only business is to own Foxchase of Alexandria as well as to contract out the management of that apartment complex to a management firm. AIMCO Foxchase, L.P. does not have any offices or employees within the District of Columbia. To the best of my knowledge, AIMCO Foxchase, L.P. has not transacted any business in the

District of Columbia involving plaintiff Mustafa Hassan other than to communicate with the U.S. Department of Housing and Urban Development.

5. AIMCO Foxchase, L.P.'s General Partner is AIMCO Holdings, L.P. and its Limited Partner is AIMCO Properties, L.P. with their principal places of business at Denver, CO. The General Partner of AIMCO Foxchase, L.P. does not maintain any offices or employees within the District of Columbia. The Limited Partner does not reside in the District of Columbia nor does it maintain offices or employees there.

6. The controlling interest in AIMCO Foxchase, L.P. is indirectly owned by AIMCO, with its principal place of business in Denver, Colorado. There is no company known as "AIMCO Corp., Inc."

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on April 3, 2006