United States District Court
For The District Of Columbia

Mustafa HASSAN
Indigent PRO Se,
Plaintiff
V.

(HUD) U.S. Dept of Urban Development et al
Robert Walker,
Defendants.

Civ-NO. 1.06cv0172 EGS

Cert. mail 7005 3110 0004 0317

RECEIVED
MAY 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION:

Motion For Summary Judgement Against Defendants HUD and Robert Walker, Violations of Rule of FRCP.

COMES NOW Mustafa HASSAN Indigent Pro Se Littigant are Respectfully Demanding Summary Judgement Against Defendants HUD and Robert Walker Balant Violating Rule of this Court

See Rule 16. Rule 30(c) Rule 31 (A) (6)(C). Rule 27. (A) (3) and (A) 4.

See NONCompliance 14(b) 24.1.(b) 29.6

All the Above Defendants were Duely Served under JS-44 and M.SM-285. The Defendants have refused and are still Refusing to Comply with Plaintiff Legal Complaint Against there their for Thei. Honorable Court has the Legal right, To grant the Pro Se Right to the. Relief Requested by Plaintiff.

## Conclusion

The defendants are iN Violation Abuse of United States section 8 Program. 202, 811, 221 D4 Funds.

Mustafa Hasn,
Indigant Pro Se,
Plaintiff.

Certificate

I Mustafa Hassan is of Full age states as follows on 12th 2006 I mail a true copy thru united State Postal Service to:

Michelle Carsamenico ESQ.
U.S. Dept of Housing and Urban Development.
The Wanamaker Building
100 Penn Square East 11th Floor.
Philadelphia PA 19107.
Counsel For Robert Walkand.
HUD.
Defendants this statement is made under 28 U.S.C. §1746.

5/12/2006.

/s/ Mustafa Hassan
Complaint
Plaintiff Pro Se

# Order

Upon Considering the Indegent PRO Se. motion For Summary Judgement against the Above Defendants Its on this DAY of ____ 2006.
This Court Grant the Plaintiff motion For Summary Judgent SO.
Said The Court Granted.
Granted:

_____
United States District Court.

Mustafa Hassan
PRO Se.