United States District Court
For The District of Columbia

Mustafa HASSAN
Pro Se Plaintiff

V.

U.S. Dept of Housing and
Urban Development, ET. AL.
And
Amico Corp. INC. ET.AL
And
T. Elisbeth Hayes Any
Antonio Bedford
Soft ~~Brown~~
Defendants.

CIV. NO- 1:06 CV0172 EGS

Ex Parte

Notice of Error

RECEIVED
MAY 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of Correction under
Under Rule 10.(E) of F.R.C.P.

Please take Notice that the
Pro Se plaintiff complaint against
All the Above Defendants in the Original
Caption complaint should have,
Citided 28 U.S.C. 1331. Not U.S.C 28
1333. See Also 28 U.S.C 1332.

And Also See JS-44.
Let the record shows that this was A Typographical Error. May The Clerk of the so Let the record show.

Mustefa Hassan
PRO Se Plaintiff.

Certificate

I Mustefa Hassan certify under 28 U.S.C §1746 on 5/14/2006 I mail A True Copy To the Following Defendants.

Adamco Inc and Scott Badesch
700 13th Street. NW.
Washington DC. 2005.
And
U.S. Dept. Of Housing Urban Development.
100 Pen SQ East
Philadelphia PA. 19107.
And
R. Thomas Payene II.
600 East Main Street.
Richmond VA 23219.
    Defendants
Dated 5/14/2006

Mustefa Hassan
PRO Se Plaintiff.