UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANT ROBERT WALKER'S
MOTION FOR ENLARGEMENT OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Robert Walker respectfully requests that the Court enlarge the time by which he must answer, move, or otherwise respond to the Complaint in this matter and oppose Plaintiff's Motion for Summary Judgment up to and including June 30, 2006.  Although the Court established a deadline for Mr. Walker to answer Plaintiff's Complaint, R. 7, Mr. Walker, a federal employee, was, in fact, never properly served pursuant to Fed. R. Civ. P. 4(i). Notably, the Attorney General and the U.S. Attorney's Office were never served as required by Fed. R. Civ. P. 4(i), and pursuant to Fed. R. Civ. P. 12(a)(3)(B), Mr. Walker is provided 60 days to answer a complaint after proper service on him or proper service on the United States attorney <u>whichever is later</u>.  There is no indication in the record that Mr. Walker has waived service as a defense to Plaintiff's Complaint.  However, given the deadline established by the Court, and without waiving any defenses, Mr. Walker

respectfully moves for an enlargement of time to respond to the Complaint up to and including June 30, 2006. No previous enlargements have been sought or granted in this matter.

Pursuant to Local Rule 7(m), the undersigned counsel telephoned the number listed on the docket for the pro se Plaintiff but was unable to reach Plaintiff at that number. Accordingly, defendant Walker is unable to present Plaintiff's position on this non-dispositive motion. In support of this Motion, defendant Walker states the following.

The enlargement is requested because Plaintiff has named Mr. Walker in his individual capacity as a defendant.[1] When he is served, it is expected that Mr. Walker will seek representation authority from the United States Department of Justice. In order to allow time for that process, the undersigned attorney requests this enlargement of time.

A proposed Order consistent with this Motion is attached.

Date: May 25, 2006                    Respectfully Submitted,


/s/ Kenneth L. Wainstein /rcl
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /rcl
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

---

[1] The undersigned attorney is representing Mr. Walker solely for the purpose of filing this enlargement. By filing of this motion, Mr. Walker does not waive any defenses that can be raised pursuant to Rule 12(b) or otherwise including immunity.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant Robert Walker's Motion for Enlargement of Time and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and first class, postage prepaid mail this <u>25th</u> day of May, 2006 to:

Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney