UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of ***Defendant Robert Walker's Motion for Enlargement of Time and Memorandum in Support Thereof,*** and for good cause shown, it is by the Court,

ORDERED that the Motion should be and is hereby granted, and thus, Defendant Robert Walker shall have up to and including June 30, 2006 to answer, move or otherwise respond to Plaintiff's Complaint and to oppose Plaintiff's Motion for Summary Judgment;

SO ORDERED.

_____    _____
DATE                         UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00172-EGS    Document 41-2    Filed 05/25/2006    Page 2 of 2

Copies to:
Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

Beverly M. Russell
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530

2