United States District Court
For The District Of Columbia

| | |
|---|---|
| Mustafa Hassan, Pro Se Plaintiff<br>V.<br>U.S. Dept. of Housing and Urban Development Et. Al.<br>And<br>Robert McDonald Commonwealth Of Virginia Attorney General<br>And<br>Frank W. Pendrotty Assistant Attorney General<br>900 East Main Street<br>6th Floor.<br>Richmond VA 23219.<br>Respondant(s). | Civil Case No: 06 0172 EGS<br><br>Ex Parte<br><br>RECEIVED<br>MAY 2 3 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

DR 3-104(C); DR 4-101(E).    Motion To Show Cause.

Demand To Show Cause Why The Indigent Plaintiff Should Not Be Given PRO BONO Assistant by the Commonwealth of Virginia As Required By Law and Statute.

The Plaintiff Says As Follows

1. MOTION TO SHOW CAUSE

The Indegent PRO Se PLAintiff is Constitutional entitles TO PRO BONO Assistant under code Virginia. § 36-96.16. § 36-96.14. (A)(B)(C)(d) and § 36-96.17. Civil action (A) (b) (C)(d). See Sect 808 42 U.S.C. 3808 Adm. (A)(b)(c) Sec. 3105, 3344, 5372, of Title 5.

2. The Indegent Pro Se Littigant has written to the respondants informing them that under the ABOVE statutes that Pro BONO relief should and must be granted No response seo. Attach Exhit (A).

Their refusal is egregious and un-Constitutional under the Equal Access under the united State Constution. § 114.6 and § 14.7.

3. See Public Services PRO BONO Rule 6.1 (A) (b) (C). Coment.

(1) (2) (3) (4) (5) (6) (7) (8) (9).

4. See Code of Virginia EC 2-27 See Rule 6.2. (A) (b).

For All the Above cited statues This Honorable court must issue.

An Order directing All the respondent, Indivaley officially and Collectely To grant PRO BONO releif the Plaitiff in this in the Intrest Of Justice.

See Executorder Sub sec. (6)
(1) Title VI.
(2) Title VIII.
(3) Section 504.

Mustafa Hassan
Indigent Pro Se
Plaintiff.

## Certificate

I Mustafo Hassan cause to Mail on 5/21/2006 through United States Postal Service A TRUE COPY of the Following:

R. Thomas Paynes III,
And,
Robert Mc Donald VA Attorney General,
And
Assistant Attorney General,
Frank W. Pedersory Asst Attorney Gen.
900 East Maine Street 6th floor,
Richmond VA 23219.

28 U.S.C. § 1746.

And,
U.S. Dept of Housing
And Urban Development
100 Penn SQ.
Philadephia Pensylvan
PA 19107.

Mustofa Hassan
Pro Se.
Indigent.
Plaintiff.