Exhibit (A) (2 pcs)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   VA. Atty Gen
   900 E. Main St
   ground floor
   Richmond VA 23219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X E. Chase

B. Received by (Printed Name)
   E. Chase

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   AB YES no RC

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number: 7004 1160 0003 9512 4438

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   VA State
   Attorney General's
   Robert McDonnell
   Capital St - Basement
   Richmond VA
   23510/14

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

B. Received by (Printed Name)
   Ellett Ohree

C. Date of Delivery
   MAR 6 2006

Service Type of the Attorney General
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number: 7005 0390 0002 5101 0975

Form 3811, February 2004   Domestic Return Receipt

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

M. Sayeed
PO Box 6861
Alexandria, VA 22306

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

B013

---

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

MUSTAFAK HASAN
8245 Russell Rd 202
Alexandria VA

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10