# Order

Upon consideration of the motion of Mustafa Hassan Pursuant to Code of the Commonwealth Virginia § 36-96.17, (A)(B)(C)(D)(E) The relief for PRO BONO Assistant is hereby Granted. It is hereby

1. The motion is Granted

2. Indegent motion For PRO BONO is Granted. So said Court. Granted

---

The Honable Emmet G. Sullivan
United State District Court

Copies

Mustafa Hassan