UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: <u>1:06-cv-0172 (EGS)</u> |
| | ) |
| U.S. DEPT. OF HOUSING AND | ) |
| URBAN DEVELOPMENT, et al., | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION TO SHOW CAUSE**

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion to Show Cause filed on May 23, 2006, and entered on May 26, 2006.

### PLAINTIFF'S MOTION FOR PRO BONO COUNSEL IS NOT SUPPORTED BY THE LAWS HE CITES.

Plaintiff Hassan's Motion to Show Cause is the latest example of the harassing nature of the suit he maintains against the above-named defendants. Plaintiff has sued the above parties alleging fraud, conspiracy, and RICO violations. *See*, Plaintiff's Amended Complaint, p. 2-3. However he now seeks "pro bono counsel" under the Virginia Fair Housing Act and other unintelligible statutes.

None of the statutes cited by the Plaintiff require Defendants or the Commonwealth of Virginia, or any other defendant for that matter, to provide Plaintiff with "pro bono counsel." The Virginia Fair Housing Law does provide that where the Virginia Real Estate Board or Fair

Housing Board refer a charge of discrimination to the Office of the Attorney General (of Virginia), the Attorney General shall commence and maintain a civil action seeking relief on behalf of the complainant in the *state* circuit court for the city, town, or county where the *unlawful discriminatory housing practice* occurred. *See*, VA. CODE ANN. § 36-96.16.A (2003) (emphasis added)[1]. Clearly, this suit is not in a state circuit court, and the issues framed by Plaintiff here are fraud, conspiracy, and RICO violations, not housing discrimination.

The remaining code sections cited by Plaintiff – "Sect 808 42 U.S.C. 3808 Adm. (A) (b) (c) (d), 3105, 3344, 5372 of Title 5" – are even more inapplicable. The citation to "Sect 808" is too vague for a response; "42 U.S.C. 3808" does not appear to be a valid section of the United States Code; and the three sections of Title 5 (of the U.S. Code, presumably) appear to deal with administrative law judges and government employees. Plaintiff also supports his request for "pro bono counsel" by citing the "Equal Access under the United States Constitution, §14.6 and § 14.7." Assuming this is a reference to the 14th Amendment, a review of that particular amendment reveals it contains only five sections, and none provide Plaintiff with the relief he seeks. Finally, there are no provisions under any "Equal Access" federal statutes that require an individual state to provide "pro bono counsel" for a plaintiff in an action against the state.

While Defendants recognize that the court may, under certain circumstances, grant pro bono counsel to an unrepresented party, Defendants contend that Plaintiff should be required to make some showing of potential merit to his claims. Defendants, for the reasons stated in their Motion to Dismiss, submit Plaintiff's claims are without merit. Therefore, Defendants Hayes and Bedford maintain that Plaintiff is not entitled to the relief he seeks.

---

[1] Plaintiff cites two other Virginia Fair Housing statutes: (1) Va. Code § 36-96.14 concerns the issuance of a Charge of Discrimination by the reviewing board; and (2) Va. Code § 36-96.17 identifies other civil actions that may be filed by the Attorney General under the Virginia Fair Housing Law. Neither provides for "pro bono counsel."

## CONCLUSION

For the reasons cited above, Defendants Hayes and Bedford respectfully pray this court to deny Plaintiff's Motion to Show Cause.

                    Respectfully submitted,

                    DEFENDANTS LIZBETH T. HAYES and
ANTONIO BEDFORD, of the Virginia Fair
Housing Office,

By: _____

R. Thomas Payne II (VSB No.: 47272)
Assistant Attorney General
OFFICE OF VIRGINIA ATTORNEY
GENERAL ROBERT F. McDONNELL
900 E. Main Street, 5th Floor
Richmond, VA 23219
(804) 692-0485 Telephone
(804) 225-3064 Facsimile

Date: June 5, 2006

## CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff Mustafa Hassan's Motion to Show Cause* by first class mail on the __5th__ of June, 2006, to the following:

Mustafa Hassan
Post Office Box 6861
Alexandria, Virginia 22306
*Plaintiff pro se*

Michelle Caramenico, Esquire
U.S. Dep't of Housing and Urban Development
The Wanamaker Building
100 Penn Square East, 11th Floor
Philadelphia, Pennsylvania 19107
*Counsel for Robert Walker*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and
for AIMCO Foxchase, L.P.*

_____
R. Thomas Payne II
Assistant Attorney General