# Exhibit "A"

# Plaintiff's Order for Sanctions and Penalty (not filed), received 05/08/2006

United States District Court
For The District Of Columbia

Mustafa Hassan
Pro Se Plaintiff          Civil Action No: 06-0172

v.

U.S. Dept. Of Housing
Urban Development, Et. Al.;          Ex parte.
Defendants.

## Order For Sanction And Penalties.

Demand For Sanction Against R. Thomas Payne II
Rules of Profession Conduct. (A) (B) (C) (e) (F) (G) (H).
And
Demand For Penalties and Sanction against
Defendant Lizbeth T. Hayes and Sanction
And Penalties Against Antonio Bedford
For Violation(s) 28 U.S.C. § 1746 by
Unlawfully Maliciously Intentionally
Sword Falsly on April 14th 2006.

Comes Now Mustafa Hassan who is
The indigent plaintiff in the above
caption matter and is in Need of

Legal Assistant. State as follows (2)

1. A Letter Written To Defendants Lizbeth T. Hayes and defendant Antonio Bedford By HUD on 1/7/204 By R. Thomas Day SR will be proof that All The Above respondant Violated This Court must Demand A Copy of such Letter the respondants so the Court Can properly Adjudicate This.

(2) On are About April 14, 2006. R. Thomas Payne II. Violated Rule 3-4(A) (b) (c) (e) (F) (G) (H) And decided with Defendant AimCO Inc LLC ET. AL To Conceal Evidence Which The Letter FROM MR DAY holds. See (b) The Defendants are He did Evides

(3) On are About April 14th 2006. R. Thomas Payne did Conceal Defendant Elizabeth T. Have and Defendant

Antonio Bedford to Violate (3) Federal and State Rules and Statutes."

(4) by doing so his council to these defendant Individually and officially Violated the Following, Federal Housing Law Act. of 1968 42 U.S.C 3601 ET SeQ. As Amended. 1991. c. 557 18 U.S.C. 208. Sec 802; 42 U.S.C. 3602 (F)(G)(i)(1)(2) Section 810 (4) Sect 100 810(A).

(5) 42 U.S.C. 3607 (2)(A)(b) Section 807 Commonwealth of Virginia State title 36 chapter 5.1. § 36.96.1. Declaration of Policies 1972. c. 591 § 36.86-8 § 1973 c. 358 1978 c. 1989 c. 88; 1991 c. 557.3. And § 36.96.1.1. 36.96.9 b 50. § 36.96.6. 36.96 § 36.96.13 Conceiton,

(6) T. Elizbeth Hayes indevially Defendant (4) Herein And defendant Antonio Bedfuo Knowingly cause to Submitted on April 14th 2006 A Bogus False and Millicious Fake statment to This Honorable court in order to conceal the Truth in HUD Letter of 1/7/2004.

(7) The Defendant and Their Lawyer by Doing Violated. They acted in A conspiracy To cover up A Crime and violates 18 VOC 135-50-220, 18 VOC 135-50-210 Plaintiff Amended complaint Against Aimco Inc LLC. was conceal from WRSBJ on 9/15/03 To help AimcoInc Prevail see 18 VOC 135-50-360.

A Rigged FIR by Defendants Hayes And Antonio Bedford.

Violates 18 VOC 135-50-400
18 VOC-135-50-420                                    (5)
Defendant Eizbeth T. Hayes
Refues To corporated with HUD
See attached Exhibit (A) this act
Violated 18 VOC-135-50-430.
For defendent(s) T. Elizbeth Haye and
Defendant Antonio Bedford Violation
Their sworn statement must be
Rejected by this court and that they
Be held for Perjury. conspiracy to
Ostruction Justice and by misleader the
Court. and Denieing the Plaintiff access.
To Due and or Equal Access Clause
28 U.S.C. § 14.6. § 14.7.

CC:
File.

Mustofa Hasan
ProSe / Indegent

# AFFIDAVIT.

That I Am of Full age 74 Years and I AFFIRd and SAY that R. Thomas Payne. Violate the Rule and guideline of Professional Conduct on April 14th 2006 and Violate the Real Estate Regulation "CRESPA" See Rule of Court Part Six section PARA 13. Rule 3.4(A).

And That Defendant Elizbeth T. Hayes Comitted Perjury intention to conceal stolen do. S. HUD Funds. And That And that Defendant Antonio Bedford Committed Perjury by conceal evidence. Which should have Been submitted on 9/15/2003 To VREB. And Conspiracy To Comitted Fraud.

Affirm 28 U.S.C §1746

Mustafa Hassan

Certification.

I certify that ON ___ 2006 I mail a true copies to the following thru United State Postal Service

R. Thomas Payne II
900 E. Main Street
Richmond VA 23219
    And.
Michelle Casamanico Esq.
U.S. Dept of Housing
100 Penn Sq East 11th Floor.
Philadelphia PA 19107
    And

Daniel I. Prywes Esq.
Counsel For Aimco Inc LLC
Scott M. Badami
700 13th Street NW,
Washington DC 20005-4600.
    Defendant(s).

Dated: 4/21/2006
And Mail

Mustofa Hassan
Pro Se
Indigent Plaintiff

United States District Court
For the District of Columbia

Mustafa HASSAN
  PRO Se                      civil No. 06-0172 EG
v. HUD ET.AL
Antonio Bedford Defendant.
T. Elizabeth Hayes Defendant.
R. Thomas Payne II Respondent

Ex parte

ORDER FOR SANction

Upon consideration of all violation Cited herein under state and federal statues the indigent Pro Se who is in Need of Legal Assistants

Respectfully Requested. that this request for Relief be granted in the Intrest of Equeal Acces. Motion Granted. So. Said The Court. Granted:

_____

United States District Co [illegible]

Musto La Hassou
Indigent PRO SE

 

Daniel I. Prywes
Direct: 202.508.6094
Fax: 202.220.7394
daniel.prywes@bryancave.com

April 4, 2006

Mr. Mustapha Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

Re: <u>Letter of March 22, 2006 to AIMCO Inc. LLC and Foxchase of Alexandria</u>

Dear Mr. Hassan:

On behalf of the AIMCO entity owning the Foxchase of Alexandria apartment complex, I am writing in response to your letter dated March 22, 2006 (but mailed on April 3, 2006). In that letter, you threaten suit if you do not receive a response within twenty days to your demand for information under FOIA (the Freedom of Information Act).

Please be advised that FOIA does not apply to the records of private firms such as the AIMCO company owning the Foxchase of Alexandria apartment complex. *See* Va. Code § 2.2.3700 *et seq.* (FOIA applies to "public records in the custody of a public body"). Therefore, you will not be receiving any response to your FOIA request.

Because FOIA does not apply, there is no basis to your threatened lawsuit or request for sanctions.

Please contact me on any further matters concerning your demands relating to FOIA.

Sincerely,

Daniel I. Prywes

Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London