**Exhibit "B"**

**Letter from Mustafa Hassan, dated 05/21/2006**

RECEIVED
MAY 2 3 2006
SP SECTION

MAY 21, 2006

TO:

R. Thomas Payne
Assistant Attorney General
Office of the Attorney General

Attach to.
FILE.

RE: HASSAN V. HUD ET. AL.
Your Later Dated 5/15/206

File No. 06-0172 EGS

Dear MR Payne.

I want to informed you that I will Not be intitated BY you are MR McDonald or Any one in that office.

I am defending my self FROM your clients who were found BY (HUD) R. Thomas DAY SR.

EXHIBIT
B
PENGAD-Bayonne, N.J.

HUD manager to be TAMpering
With my Evidence Submitted
To HAyes and Bedford on
9/10/2003 which They are
Hiding FRom the [VIREB].
Illegaly.

The Above Caption case is A
Civil Matter. The CRiminal.
case will be file Later.
Please DO Not Cite Any case
reg. Rule 4 & 2. I AM Not an
Attorney. I want Call your
attention to Rule of PRo ffesed

Goodies Rule 4.1. and Rule 4.3. FOR Your attention I will file ettic Complant With the Bar against every Attoury IN this who take Part iN Represeuting Hayee and Bedford. their VIOLatum of the commonwealt Kingini Law and Federal Stutes iN causing FAke EVidem to be be Submited to (VREB) on 9/15/03 their Conduct is and care EgRegiou.    Musla fin Hm