UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPT. OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>)<br>AIMCO CORPORATION, INC., )<br>)<br>FOXCHASE OF ALEXANDRIA, )<br>)<br>LIZBETH T. HAYES, )<br>3600 West Broad Street, 5th Floor )<br>Richmond, Virginia 23230-4917 )<br>)<br>ANTONIO BEDFORD, )<br>3600 West Broad Street, 5th Floor )<br>Richmond, Virginia 23230-4917 )<br>)<br>SCOTT M. BADAMI, )<br>)<br>and ROBERT WALKER, )<br>)<br>Defendants. ) | Civil Action No.: **1:06-cv-0172 (EGS)** |

## ORDER

After consideration of defendants Lizbeth T. Hayes and Antonio Bedford's Motion to Stay all responses to any further motions by Plaintiff until this Court has ruled on Defendants' Motions to Dismiss, and any opposing arguments and replies thereto, and the entire record of these proceedings:

IT IS HEREBY ORDERED Defendants Hayes and Bedford's Motion to Stay is granted.

```
                                        _____
                                        The Honorable Emmet G. Sullivan
                                        United States District Judge
```

Dated: _____

Copies to:

Mr. Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306
*Plaintiff pro se*

R. Thomas Payne II, Esq.
Office of Attorney General
900 E. Main Street, 5th Floor
Richmond, VA 23219
*Counsel for defendants Hayes and Bedford*

Daniel I. Prywes, Esq.
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 2005-3960
*Counsel for defendants Scott Badami and AIMCO Foxchase, L.P.*

Michele Caramenico, Esq.
U.S. Dep't of Housing and Urban Development
The Wanamaker Bldg.
100 Penn Square East, 11th Floor
Philadelphia, PA 19107
*Counsel for Robert Walker*