To: The Clerk

Cover sheet

Leave to file is Granted

[signature] 6/1/06

Dear Madam

Please find

My Notice to appeal my motion For PRO BONO Assistance Which this Court is refusing

To Move.

I am entitle TO PRO BONO Assistance All the appellees Are Lawyer and Well known they have Lawyer I am thus is Avoid of Legal Help. Please Let the court Show that I am Appealing this matter.

Mustapha Hass

Judgment Appellant.

United States District Court
For District Of Columbia

Washington D.C.

Mustafa HASSAN
PRO Se.
Appellant.                    Civil action No: 1:06cv-0172 EGS
    V.
U.S. Dept of Housing and
Urban Development, et al.
    Appelles.                 EXparte

## Notice of Appeal

Under Rule 46.(A)(d) and Sect.(A)(1) 18 U.S.C
See Local Rule Sect.(A)(1) Justice act.
18 U.S.C. § 3000A (A) (1) see Relief under Rule
Rule 3.(2)(a) I.O.P - 3-1.
Rule 27(b)(c)(F) Rule 12(d).

Comes Now mustafa HASSAN respectfully
move this Honorable Court to Answer
The Following Question.

FOR PROBONO relief up too This
date the Court below refused and
Are still refusing to grant the
Appellant relief that he is Constitutionally
Entitles under 28 U.S.C. § 14.6 and § 14.7.

4 = the Appellant is respectfully request
that this Honarable court issue an
Order directing the Lower Court to
Grant the Appellant PRO BONO Assistance
As requires by Law.

Copies to the Following. Mustafa Hassan
Appellees.                       Appellant
            Yes.                 Indigent ProSe.

Certificate

I Mustafa Hassan Hereby certify that on May 31, 2006 A True copy to the following

Michelle Caromentico ESQ
U.S. Dept Housing Urban Develop
100 Penn Square East
Philadelphia PA 19107.
And.

Daniel I PRYWES
700 13th Street NW #600
Washington DC 20005.
And.

R. Thomas Payne 11
Assistant Attorney General
900 EAST Main Street
Richmond VA 23214.
And
SCOTT M. BABANI ESQ
A Pierson FOX Chase UP Alex W.
700 13th St. NW
washen DC.
5/31/2006

Mustafa Hassan
Pro Se

Civil Action#: 060172    EGS

Plaintiff: MUSTAFA HASSAN

DEAR MUSTAFA HASSAN

In the above entitled case, please be advised that on 01/27/06, Judge Roberts endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Sullivan. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.

NANCY MAYER-WHITTINGTON, CLERK

By: M. Higgins