Cover Sheet

6/3/2006

From Mustafa Hassee
Pro Se

TO: The Clerk

Please find enclose
Plaintiff opposition to
Robert Walker motion for the
Enlargement of time.

Thank you.

Sincerely
Mustafa Hassen
Pro Se

RECEIVED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MUSTAFA HASSN                    United State District Court
PRO SE                           FOR THE DISTRICT OF COLUMBIA
PLAINTIFF,
V.
U.S. Dept Housing
and Urban Development ET AL     civil act No. 06-0172 EGS
Defendants.

**Opposed.**

Plaintiff motion in opposion to Robert Walker FOR Enlargement of time Granting. The Defendant motion would be A violation of Rule of FRAP and Civil Procedure, and would be Justifing A Double Standard.

The indegent PRO SE is Entittes to PRO BONO representation.

Comes Now Pro Se Plaintiff. Who is in opposition of Robert Warkers motion For Enlargement of Time. Plaintiff Indigent Pro Se, Plaintiff SAVS the following.

1- That All the Defendants in this Complaint before this court were Timely in their response Mr Walker. And his attorneys chose too Ignore the Law therefore Ignoree at this time of the Law should not be promitted by this or any other court. The Law must be obeyed.

2- Relief in this given to Defendant Walker would be making a mockery of the other Defendants who were timly and Would also a mockery of this court.

3- The plaintiff should be given A hearing in open court Pro Hac Vic. with an attorney as required. By Law See Equal access. To Due Process. see Rule. Fed/Procedure

Original

4- THE district court conculluane
   see the following cited LAWS.
Whose subject matter Jurisdiction
Is challenge Factual Allegation
Assue TRue. Virginia V. united States
, 926 F. Supp 537 E.D. VA. 1995.

5- This court must hold An Evidency
Hearing to determined if there is fact
wald hearing to support Jurisdiction Allegation
See Adam V. BAiN 697 F2d 1213 4th CIR 198
The
   Court must Look beond Alegation.
Facts See VA V. eneted States 926 F supp
537 (E.D. VA. 1995) The Defendant othes
6-    eugges in act of Conskina See 1 muiche 1995
See Jurisdiction Setout Shoemake V. Metre
INFO. Servs 910 F. Supp, 259 E.D. VA. 195
Unde Fed R. Civ. P. A an persento See R. Civ. 12

9. HAS sure All the defendants official Legally according to the Rules of the Court. and As required by the Rules

10. The PRO Se Litigant is entitled To Equal access As required by the Rule of Due Process.

11. This matter before this court is. Whether the United States Section 8. Program 202, 811, 22104 was Defraud Knowingly by All the Defendants in Plaintiff complaint and Whether The plaintiff were injured by their Illegal action. OR Is A cover-up?

12. Whether R. Thomas DAVIS sr Letter of 11/7/2004 is been Illegally.

HIDEN by This Defendant, Robert Walker and other Defendants so Name individley officially and Legally, in this Matter before the Court.

13- None of the Defendants in this Matter Including Robert Walker is Not entitled to relief before this court without proving via hearing Pro Hac Vice, So All relavant evidence be heard In oper Court.

Date June 3, 2006.
certification
mail to:

Mustofa Hassan.
Pro Se.
Plaintiff.

## AFFIDAVIT

I MUSTAFA HASSAN of Full age 74 yr old AFFIRM and Say that I sure a Copy of my Complaint on the United States Solicitor General at Room 5614 United States Justice Department at law I save the Defendant, And copy on United State Attorney General and Assort Attorney general. And United Justice Department. And That they must be Called to Testify in open Court And they must bring to This All Communication they received from the Compleainant/Plantiff in This matter before this Court.

28 U.S.C. § 1746.

Mustofo. Hassan.

# Conclusion

All the Defendants motions and Robert Walkers motion must be Dismissed OR The Alternative A hearing PRO Hac Vice. So that the Indegient PRO Se. Plaintiff can Resented Fact. In this Honorable Court. See 1 Miche 1995 and see Sect §14.6 and §14.7 Equal Access.

Mustafa Hashim

Certification of Service

I hereby cause to mail on 3/ 206 Through U.S. Postal Service to, Beverly M Russell Assistant US Attorney. District of Columbia. 555 4th Street NW. Washington DC. Room E. 4915. 20530.

Mustofa Hassa
Pro Se
Plaintiff.