EXhibit (A) Certification Service   EX, h. #A

I Certify on 1/31 2006 that mail A True copy To the Following Defendants Through United State Postal Service

U.S. Department of Urban Devepment Et. Al;
ALFonso Jackson Indivally,
Byron Newry Indivally,
451 Seventh Street SE
WAshington DC. 21410,

And
Wanda S. Nievies Indivally,
100 Penn Square East
Philedelphia PA 19017-3380.

And
DebRA McGhee.
10 South Howard Street.
Baltimore MD. 21201.

And.
John Cancellari
3600 West BRoad Street,
Richmond Virginia 23230.

And.

Nichols Brown,
600 East Broad Street 3 floor,
Richmond Virginia 23219.
Defendants.

And copies to:
United State Solicitor General of
United States Room 5614 Dept Justice
950 Pennsylvania Ave
Washington DC 20530-0001.
Respondent.

Signed, Date.

Copies:

Mustafa Hasser,
Plaintiff PRO Se.