# Order

Upon consideration of Indegent Pro Se plaintiff opposition to Robert Walker enlargement of time IS denied USM-285 and JS-44 must prevail motion in opposition is. Hereby Granted.

SO: SAID the court.

_____
United State District Court Judge EGS.

Mustofa Hassa
Pro Se Indigent
Plaintiff.