Cover Sheet

Dear Madam

Please find enclosed a list of potential witness that the Pro Se Indigent Litigant well call to testify Pro Hac Vic on behalf of the Plaintiff and the United States Government.

Please let my Document a part of my Legal Record.

Thank you.

Sincerely
Mustafa Hassan
Indigent Pro Se

RECEIVED
JUN - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United State District Court
FOR DISTRICT OF COLUMBIA

Mustafa Hassan
Indigent Plaintiff
V.
United Dept Housing of Urban Et AL.
Defendant(s).

CIV NO:1:06-cv-0172 EGS

United State Code sec 810 sect. 350 Ex Part title 5.
United Stat Code (c)(1)(2)(3)(E)(9)(2)(3)(A)(6)(C)(4)(5)

Request to Submit List of Witness

Plaintiff Request for the Induction of The COURT TO Submit Protencial Witness to be call To testify under 28 U.S.C. § 1746. On behalf of the Plaintiff. And the United State Govornment Sect 8 Program. 202, 811, 22104, Rule 12 (b) of FRAP.

Comes Now Mustafa the Indigent Pro Se Indigent Plaintiff requesting that this Honorable accepted the Following Protencial Witnesses be Be call to testify on the Day of Trial in open Court so All.

United State Assistant John McNulty Letter 11/10/04.

Former Attorney General John Aschaft Letter of 7/3/2003.

Turner Russell HUD Office enforcement. Letter of 3/21/05.

Commonwealth of Virginia Official will be Call To Testify AS witnesses.

Robert McDonnell VA Attorney General.

Former Virginia R. Gregory who was Assistant Attorney General Letter of 4/4 2004.

Robert Golden (HUD) VA representative

John Cancellari, House Director VA Housing

Louise Fontaine was Director

Sandra Whiteley Royall.

Camille C. Palmer.

Earlene Perkins. and

Evidence will be heard in Open Court with my Attorney Appointed by This Court All the PLAINTIFF Witnesses Can Testify under Oath, the are United State Officials.

Alfonso Gunsalas United States Attorney General.

FBI Special Agent Robert BRuckley. Philadelphia Divison

MARGAReta MAisonet U.S. Department (HUD),

William miles HUD Director.

Shiala Cain HUD.

Mary ANN Willson.

Steven Rosenbum Departmet of Jutice.

United State Sen. Arlene Spector Lette. of 12/8/04.

R. Thomas DAY SR. HUD Manager. Letter of 1/7/2004.

Ms Emily Wingfield.
Christene Martene Executive Director.
Brad E. Radar Esq. All the Above witnesses will Testify For. The Plaintiff and the United. States Government and their Contact with the Aggrieve. Complainant / Pro Se Litigant.

The Pro Se Plaintiff is Respectfully requesting that this Document be part of the Record for the Day of Trial.

Copies:
Yes To All.
Defendant(s).

Sincerly Submitted.
Mustafa Hassan
Pro Se.
Plaintiff.

## Certificate

I Mustafa HASSAN PRO Se Indigent Plaintiff Having Cause to mail A True copy on This Day of 6/10/2006 to the Following

T; Thomas PAYNE II Asst VA Attorney genl
900 E. Main Street Richmond VA 23219

And,

Daniel I. PRYWes ESQ.
700 13th Street NW
Washington DC 2005

And,

Michelle Carmanco ESQ
100 Penn Square East U.S. Dept HUD
Pheledelphee PA 17109.

And

Beverly N. Russell
Assistant Attorney General,
District of Columbia
555 4th St NW,
Washington DC 20530.

Copies To:

Legal File

Certification of Service

I hereby cause to mail on 3/ 206 Through U.S. Postal Service to, Beverly M Russell Assistant U.S. Attorney District of Columbia, 555 4th Street NW, Washington DC. Room E. 4915. 20530.

Mustofa Hassan
Pro Se
Plaintiff.

RECEIVED

JUN 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT