Mustafa Hassan
PRO Se
Indigent
    V.

U.S. Dept of Housing and
Urban Development ET AL.
Defendant.

United State District Court
FOR District of Columbia

RECEIVED
JUN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Act.No:06-0172EGS

Request for this Honorable Court to Allow the PRO Se Plaintiff submit this Enclose Document under FRAP Local Rule 10(E).

Dear Clerk

The PRO Se Plaintiff recived this Unsign Document from U.S Justice Department UN Sign and wish to have it respectfully added the the unsign File as part of Record see attached Exhebit (A)(b).

Sincerly,
Mustafa Hassan
Pro Se Litigant



## U.S. Department of Justice

Criminal Division

*Washington, DC 20530-0001*

May 26, 2006

Mr. Mustapha Syeed Hasan
8245 Russell Road
P.O. Box 6861
Alexandria, VA 22306

Dear Mr. Hasan:

    Thank you for your letter to the Assistant Attorney General. To ensure that your concerns are addressed, your letter is being forwarded to the Department of Housing for review and any appropriate action. Please understand that it may take some time to look thoroughly into the issues you have raised. Any questions regarding the status of your letter should be directed to:

        Department of Housing and Urban Development
        Office of the Inspector General
        451 7th Street, SW, Room 8256
        Washington, DC  20410-4500

    We thank you for writing to the Assistant Attorney General.

                          Sincerely,

                          Correspondence Management Staff
                          Office of Administration