# DECLARATION OF ROBERT WALKER

I, Robert Walker, under penalty of perjury declare the following:

1. I am the former Acting Director of Director of the Office of Field Oversight (OFO) in the Division of Fair Housing and Equal Opportunity. I held this position from February 21, 2004 to Mid August, 2004. The OFO is responsible for investigating allegations of misconduct on the part of HUD staff to ensure compliance with HUD's personnel standards of employee conduct.

2. I was forwarded a copy of the Amended Complaint filed by Mustafa Hassan in which I am named as a defendant. The Amended Complaint was forwarded to me by staff assistant while I was at my place of business. It appears that Pinky Elliott, a clerk in HUD's Office of General Counsel, signed for the Amended Complaint on March 20, 2006. The copy of the Amended Complaint that I received at my place of business is the only copy that I have received. Specifically, I did not receive a copy of the Amended Complaint at my home or by personal service.

3. Upon reading the Amended Complaint, I had no recollection of Mr. Hassan. I have since learned that Mr. Hassan had filed fair housing complaints with the Department. Both fair housing complaints were investigated. It was determined that Mr. Hassan had not been discriminated against by his landlord on the bases of religion, nation origin, or in retaliation for filing fair housing complaints.

4. After his fair housing complaints were closed, Mr. Hassan then requested a review of the conduct of the Department's fair housing investigators and supervisors. An internal investigation was conducted and, after our office was satisfied that there was no wrongdoing on the part of any HUD staff member, Mr. Hassan was sent a letter detailing the findings of the OFO.

5. I believe that I have been named in the present suit because my name was provided to Mr. Hassan in a letter dated March 21, 2005 wherein it is noted that his allegations of HUD staff misconduct were going to be investigated by my former office.

6. **I was not involved in any investigative process of Mr. Hassan's complaint.**

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on the 28th of June, 2006.

Robert Walker

EXHIBIT A

U.S. Dept. of Housing and Urban
Development
451 Seventh Street, S.W.
Room 5246
Washington, D.C. 20410