| **Housing Discrimination Complaint** | **U.S. Department of Housing and Urban Development** Office of Fair Housing and Equal Opportunity | OMB Approval No. 2529-0011 (exp. 4/30/2001) |
|---|---|---|

Please type or print this form    *Certify Mail NO: 7003 2260 8479 2093*

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

**This section is for HUD use only.**

Number: 
Filing Date:
(Check the applicable box) ☐ Referral & Agency (specify) ☐ Systemic ☐ Military Referral
Jurisdiction: ☐ Yes ☐ No ☐ Additional Info
Signature of HUD personnel who established Jurisdiction:

**1. Name of Aggrieved Person or Organization** (last name, first name, middle initial)(Mr.,Mrs.,Miss,Ms.)
MUSTAFA SA'ID HASSAN    Home Phone: 7/360 1927    Business Phone: N/A
Street Address (city, county, State & zip code)
8245 Russell Road #202, Tempory Address until Further Notice

**2. Against Whom is this complaint being filed?** (last name, first name, middle initial)
AIMCO LLC ET AL, Kathy Stewart, Pat Foyesinha    Phone Number: 7/823 5051
Street Address (city, county, State & zip code)
766 North Howard Street Alexandria VA, 22304

Check the applicable box or boxes which describe(s) the party named above:
☐ Builder  ☑ Owner  ☐ Broker  ☐ Salesperson  ☑ Supt. or Manager  ☐ Bank or Other Lender  ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☑ and write the name and address of the company in this space:
Name:    Address: AIMCO LLC 18795 O Bellaire street 17*F, Denver CO 88022 4959

Name and identify others (if any) you believe violated the law in this case:
Antonio Bedford, Elizabeth T. Hayes 3600 W. Broad Street Richmond VA

**3. What did the person you are complaining against do?** Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.
☐ Refuse to rent, sell, or deal with you
☑ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
☑ Other (explain)
☐ Falsely deny housing was available
☐ Advertise in a discriminatory way
☐ Engage in blockbusting
☐ Discriminate in financing
☑ Discriminate in broker's services
☑ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law    3-7-30

**4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin?** Check all that apply.
☑ Race or Color  ☐ Black  ☐ White  ☐ Other
☑ Religion (specify)
☐ Sex  ☐ Male  ☐ Female
☐ Handicap  ☐ Physical  ☐ Mental
☐ Familial Status  ☐ Presence of children under 18 in the family  ☐ Pregnant female
☑ National Origin  ☐ Hispanic  ☐ Asian or Pacific Islander  ☐ American Indian or Alaskan Native  ☑ Other (specify) West Bear

**5. What kind of house or property was involved?**
☐ Single-family house
☐ A house or building for 2, 3, or 4 families
☑ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain)

Did the owner live there? ☐ Yes ☑ No ☐ Unknown
Is the house or property ☐ Being sold? ☑ Being rented?
What is the address of the house or property? (street, city, county, State & zip code)
310 N. Howard Street Apt 103 Alexandria VA 22304

**6. Summarize in your own words what happened.** Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment. Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

Systematic Racism
All The respondant Illegally Conspired To Violate the aggrive constitutional and Civil Rights.

**6a.** When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)

**7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.**
Signature & Date: Mustafa S Hassan

Previous edition, dated, 11/92, may not be used; other editions may be used until stock is exhausted.

EXHIBIT D

attachment to "Austalla Hassan..." Housing Discrimination Complaint the Compeaint Alleges As Follows.

I - All the respondents conspired individually, collectively, officially, miliciously and Illegally Had The aggrive Evicted From his Section 8 program without giving the Aggrive the same and proper Time they give to whites and christians Accuponds to move out before Eviction their action was egregous And Discrumtory. The Aggrive was given only 4 days.

II - Antonio Bedford and Elizbeth T. Hayes, of 3600 West Broad Street Richmond VA 23230. conspired, Aurico LLC, Kathy Stewant, And Manager Sinha took part in scheme to have the aggrive evicted Illegally violating the Aggrive Civil and constitutional Rights under the Equal Acces to Due Process of Law.

III. On are About December 3rd 2003 AIMCO LLC et al was given A hand Delivered Notice Informing them that The aggrive will with hold his rent until his request Imediate request For mentenace To be Adhered to under HUD, Guideline instead of Responding To this request The Aggive were surved with A court Complaint.

IV. The complainant Again Alleges That Respondant Discrimated against Because His Ritigion Islam, His Nationality West Indiam and Because of His Race Black And Because they did not

Contued page 4 of 4

Him To have Religious Sign in His Apartment Door and in His Apartment.

**V.** This ~~please~~ Complaint Alleges The Respondant Removel the aggrivies Complainant Furnturys were Illegal And That All the respondants Individually and Collectively Pay For my Funiturs.

**VI.** That Respondants Violated HUD Rulation And Also Violated The Protectiv Disclosure act under FOIA Exentiv 6 24CFR 15.3(6). By call the GAS Company To Turn my GAS off illegall

Mustofa Hassan.
Aggriiie Compeaint