MUSTAFA S. HASSAN
145 Russell Road #202
Alexandria Virginia 22309.
Aggrive complainant.

SubJect: MUSTAFA S. HASSAN V. cathy stark
HUD Case NO: 03-03-0235-8.
FHB File NO: 20030317|.

TO: Attorney Robert Golden    Certify mail
U.S. Department of Housing HUD    Z 587 032 095
600 EAST BRoad street 3rd Floor
Richmond VA. 23219-1800

And.

General Councel ATTN: NEWRY
U.S. Department of Housing and Urban Development
Councel For Oversight Investigation
451 Seventh street S.W.
Washington DC. 20410.

Demand For This matter To Be Re-ope
And For Ms Debora Mc Gee and Her
Staffs To Recuse Themselves From

Mustafa Hassan 11/29/2004
8245 Russell Rd #202
Alexandria VA 22309
Aggrive:

RE: HUD Decision of Wanda Nevlis
Illegal Decison of 11/17/2004
And
I RE: HUD File NO: 03-03-0235-8
FHB File. 2003-03171 - See Ex(A)

Demando   EXParty

Demand For This Bogus/Fake/Rigged Obstruction Decision by A Coded Motel All The Aggrive Evidence be Answord By The Respondant Aimco Inc any Fox Chase of Alexandria and Aimco of Colorado and 766 North Howard Street Alexandria VA 22304

Comes Now Mustafa Hassan. The AggRive was Victim and still is victim of HUD.