Mustafa Hassan    11/29/2004
8245 Russell Rd #202
Alexandria VA 22309
Aggrive.

logged 12-13 Dec

RE: HUD Decision of Wanda Nevers
Illegal Decision of 11/19/2004
And
RE: HUD File No: 03-03-0235-8
FHB File. 2003-03171. See Ex(A)

## Demand    Ex Party

Demand For This Bogus/Fake/Rigged
Obstruction Decision by Acaded until
All The Aggrive Evidence be Answerd
By The Respondant Aimco Inc and
Fox Chase of Alexandria and
Aimco of Colorado and
766 North Howard Street
Alexandria VA 22304

EXHIBIT F

Comes Now Mustafa Hassan.
The Aggrive was Victim and
Still is Victim of HUD.

Official Wanda S. Nevies
Director HUD PA.

Ms Nevies Decision 11/17/2006 Must not stand it must Vacated imediately She Has No Right Cir cumventa The Aggrive Complainant Rights To have A Fair And Impartial hearing She Conspired with Pa Real estate Board Members To Circumvented my evidence Submitted To Board on 10/15/2003. She is A Social FRiend of Ramco Officials in Checking An Carlos taxi VA State

Real Estate Board Director Sue And Debra McGee ET AL..
My evidence Omitted illegally Sr. R. Thomas DAY Sr. Letter of 1/7/2004 and EX(A) See Mouring Letter of 8/20/200X EX(b).

Demand For Ms Wanda S. Neison Nicole C. Brown Debra McGee To immediately Excuse themselves Sanponte And An Impartial hearing be Held Free From Debra, Wanda, Nicole Shannayaus As Agents For Scott H. Bauclain Esq the Above HUD Official As Servant / Conduit

Surrogate of Aimco Seo Exhibit (C) they have illegally VOID my Request Amended. Complaint Included.

AimCo Inc LLC. They must be investigated

(A) Fraud (B) Perjury Official Misconduct Deceptive Decision (see EX C) and Exhibits Certif Letter they Refuses to Answer and are Still Refusing Demand For them to Answer immediately.

CC:
Jebro McGee
Janda Neves
Nicole Brown.

Mustafa Akam
Aggrived,

## CONCLUSION

HUD Case file NO: 03-03-0235 and FHB file 2003-03291 must be Re-open All Agrive Evacuement were Illegally Circumvented by HUD Officials and state officials In Conspiracy To Cover-up A CRime Against the U.S. Sect 8 Program commited by Aimco Iuv LLC ET.AL and FOX chase of Alexore the Decision of Wanda Nevis on November 19, 2004 was A Sham She has Comited PerJury Fraud and Obstruction of the Law, and must Stand to its Egregious Illegal