#1282-05



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

MAR 2 1 2005

Mr. Mustafa Hassan
8245 Russell Road, #202
Alexandria, VA 22309

      SUBJECT: Request for Reconsideration
      HUD Case Name: Hassan, Mustafa v. Steward, Cathy
      HUD Case Number: 03-03-0235-8

Dear Mr. Hassan:

  This responds to your correspondence dated July 6, 2004, to the U.S. Department of Housing and Urban Development (the Department) referred to this office by Ms. Sheila Cain, Paralegal Specialist, Office of General Counsel. The Office of Fair Housing and Equal Opportunity (FHEO) administers the Fair Housing Act (the Act).

  The Act prohibits discrimination in the sale, rental, and financing of dwellings, and in residential real-estate related transactions, based on race, color, religion, sex, national origin, disability or familial status. The Department's regulation implementing the Act can be found at 24 CFR Part 100. Additional information about the laws FHEO enforces is available at the Department's Web site at http://www.hud.gov/fhe.

  In your July 6th letter you request that the Department reopen your Title VIII complaint (#03-03-0235-8). Under Section 810(f) of the Fair Housing Act (the Act), HUD must refer complaints to State or local public agencies which 1) have jurisdiction to investigate such complaints under State or local fair housing laws; and 2) the Department has certified as being a "substantially equivalent" public agency. That certification means HUD has determined that the agency enforces State or local fair housing laws that provide rights, procedures, and remedies provided under the Act. The Virginia Real Estate Board (REB) is a HUD certified public agency. The agency administratively enforces the Virginia Fair Housing law that is substantially equivalent to the Act. Therefore, in accordance with the Act, the Office of Fair Housing and Equal Opportunity (FHEO) referred your complaint to the Virginia REB for investigation.

  The Virginia REB conducted an investigation and, based on evidence it obtained, determined that reasonable cause did not exist to believe that a discriminatory housing practice occurred. HUD's Mid-Atlantic FHEO Office then reviewed the case and determined that the Virginia REB had investigated your complaint in accordance with State law and that Virginia REB's dismissal of your complaint was supported by the case record. Upon making that determination, HUD also closed its files in the matter. Once the Department has closed its files in a case that was referred to a HUD certified State or local public agency, all requests to have that case reinvestigated or reopened must be directed to the appropriate State or local agency.

**EXHIBIT**
**G**

In light of your concern regarding the decision rendered in the case, I suggest that you write the Virginia REB and outline the reason(s) why the case should be reconsidered. The letter should be sent to the following address:

> Mr. John Cancelleri
> Investigator Supervisor
> Virginia Real Estate Board
> 3600 West Broad Street
> Richmond, VA 23230
> Tele: 804-367-8530

Aside from the above-mentioned complaint investigated by the Virginia REB, I am aware that the Department has a new Title VIII complaint filed by you based on retaliation. That complaint is being processed by the Department and at the conclusion, the Department will advise you of its findings.

With regard to your allegation of misconduct by HUD staff involved with your complaint, I have forwarded your correspondence to:

> Mr. Robert Walker
> Acting Director
> Field Oversight Staff
> Office of Fair Housing and Equal
>   Opportunity, Room 5112
> U.S. Department of Housing and
>   Urban Development
> 451 7th Street, S.W.
> Washington, DC 20410
> Telephone: 202-708-0614, Ext. 6875

I hope the information provided is helpful.

Sincerely,

Turner Russell, Director
Enforcement Support Division
Office of Enforcement