

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC 20410-2000

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

JUN - 2 2005

Mr. Mustafa Hassan
6861 Post Office Box
Alexandria, VA 22306

Dear Mr. Hassan:

Thank you for your letter of April 7, 2005, regarding the Department of Housing and Urban Development's Fair Housing and Equal Opportunity staff in the Philadelphia, Baltimore, and Richmond HUD Offices. This letter will also acknowledge receipt of your April 4, 2005 letter to Robert Walker, former Acting Director of the Office of Field Oversight.

In your letters, you request an "internal" investigation because you allege that several HUD staff violated and manipulated the law to protect staff in the Virginia Real Estate Board (VREB), a HUD partner partially funded with HUD financial assistance under the Fair Housing Assistance Program (FHAP). You also allege that HUD staff are in collusion with VREB staff because they collaborated in violating the law by making an illegal and wrongful determination in your housing discrimination complaint, HUD Case Number 03-03-0235-8 (Hassan, Mustafa v. Steward, Cathy and Foxchase of Alexandria, VA.). You request that a formal investigation be undertaken and that disciplinary action be taken against HUD staff.

Your letters were received in the Headquarters FHEO Office of Field Oversight (OFO) for review and appropriate handling. The OFO is responsible for investigating allegations of misconduct on the part of HUD Field Office staff relative to the implementation and administration of HUD's programs and activities to ensure compliance with HUD's personnel standards of employee conduct.

The OFO has looked into the above referenced allegations and conducted a thorough review of the record. Based upon this review, no evidence of misconduct on the part of HUD staff in the FHEO Philadelphia Regional Office, the FHEO Baltimore and FHEO Richmond Offices was revealed. The review also revealed that your housing discrimination complaint was handled in accordance with Department rules, regulations and policy including Fair Housing Assistance Program (FHAP) rules, regulations and policy.

Your request for a written statement is not proper at this time. We do not provide sworn written statements either refuting or denying allegations of misconduct signed or sworn to under oath. We would, however, prepare declaration statements if our HUD attorney requests them because of a court order.

www.hud.gov   espanol.hud.gov

EXHIBIT

HUD's FHEO OFO has no authority over HUD personnel other than those under the purview of the Assistant Secretary for FHEO. If you believe that you have been mistreated in regard to your professional dealings with Mr. John Cancelleri, former Fair Housing Administrator of the VREB, and would like to file a non-enforcement customer-related complaint for unprofessional conduct or other impropriety against the agency, please contact Mr. Cancelleri's supervisor in Richmond, VA by writing:

> Louise F. Ware, Director
> Department of Professional & Occupational Regulations
> Virginia Real Estate Board
> 3600 West Broad Street
> Richmond, VA 23230-4917

Enclosed is a copy of a letter from Mr. Turner Russell, Director Enforcement Support Division Office of Enforcement dated March 21, 2005, in response to your request for reconsideration of the Determination of No Reasonable Cause. Based upon a review of the case record the Determination of No Reasonable Cause is affirmed.

I hope the information provided is helpful.

Sincerely,

*Brent L Cleaver*

Linda J. Thompson, Director
Office of Field Oversight

Enclosure