

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-2000

**COPY FOR YOUR INFORMATION**

OFFICE OF FAIR HOUSING
AND EQUAL OPPORTUNITY

October 26, 2005

Mr. Mustafa Hassan
8245 Russell Road, Apt. 202
Alexandria, VA 22309

Dear Mr. Hassan:

This letter is in response to your dispute regarding the final determination of your discrimination complaint and the alleged misconduct of HUD officials. During this period of time you had conversations with various Fair Housing and Equal Opportunity (FHEO) principal staff members and received several letters in reference to the determination of your complaint. After additional intensive investigation, there was still not sufficient evidence supporting the alleged violations to find cause. Enclosed are several letters previously sent to you regarding the findings of your complaint. Therefore, the Department agrees with the final determinations pertaining to your case and will not conduct further investigations.

FHEO appreciates your cooperation in regard to our final decision.

Sincerely,

Linda Thompson
Director, Office of Field Oversight

Enclosures



www.hud.gov    espanol.hud.gov



U. S. Department of Housing & Urban Development

JUL 12 2005

Richmond Office
600 E. Broad Street, 3rd Floor
Richmond, VA 23219
1-800-842-2610

Mr. Mustafa Hassan
8245 Russell Road, Apt. 202
Alexandria, VA 22309

Dear Mr. Hassan:

On behalf of Secretary, Alphonso Jackson, thank you for your recent letter concerning conspiracy, corruption, official misconduct and conspiracy to commit fraud by HUD officials in a closed investigation.

The allegations you present in your letter are the same allegations alleged in your letters dated September 9, 2004, and December 7, 2005, to Wanda Nieves, Region III Director of Fair Housing. Ms. Nieves responded to you by letter on August 2, 2004 and August 25, 2004, regarding the investigation of your complaint and the alleged misconduct of HUD officials. Ms. Nieves explained to you in both those letters that she could not identify any laws or statutes that had been violated. Ms. Nieves further stated the Department had investigated your complaint according to the law in every respect and there was no basis for the allegations you alleged.

With respect to the investigation of your complaint by the State of Virginia, Ms. Nieves had her office conduct its own investigation into the issues raised regarding your complaint. Ms. Mary Ann Wilson, Director, Virginia State Office, also responded to and addressed the same allegations in a letter to you dated December 17, 2004.

We sincerely regret your dissatisfaction with the investigation of your complaint. However, no further action or response is incumbent upon the Department regarding your complaint or the allegations thereafter. Again, the letters from Ms. Wanda Nieves and Ms. Mary Ann Wilson respectively addressed your concerns.

Thank you for bringing this matter and your concerns to the Departments attention.

Sincerely,

William P. Miles
Director

Visit our website at www.hud.gov/virginia