

FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2005** · PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
· SEE THE REVERSE FOR MORE INFORMATION.

Box 1. Name
MOSTAFA S HASSAN

Box 2. Beneficiary's Social Security Number

Box 3. Benefits Paid in 2005
$12,338.40

Box 4. Benefits Repaid to SSA in 2005
NONE

Box 5. Net Benefits for 2005
$12,338.40

DESCRIPTION OF AMOUNT IN BOX 3
$11,400.00
$938.40
$12,338.40

DESCRIPTION OF AMOUNT IN BOX 4
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
MOSTAFA S HASSAN
PO BOX 6861
ALEXANDRIA VA 22306-0861

Box 8. Claim Number (Use this number if you need to contact SSA.)
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A

Form SSA-1099-SM (1-2006)

DO NOT RETURN THIS FORM TO SSA OR IRS

EXHIBIT

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2005** • PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
• SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| MOSTAFA S HASSAN | [redacted] |

| Box 3. Benefits Paid in 2005 | Box 4. Benefits Repaid to SSA in 2005 | Box 5. Net Benefits for 2005 |
|---|---|---|
| $12,338.40 | NONE | [redacted] |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $11,400.00 | NONE |
| Medicare premiums deducted from your benefit | $938.40 | |
| Total Additions | $12,338.40 | |
| Benefits for 2005 | $12,338.40 | |

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

MOSTAFA S HASSAN
PO BOX 6861
ALEXANDRIA VA 22306-0861

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

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A

Form SSA-1099-SM