# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendant Robert Walker's Motion to Dismiss. Upon consideration of the Motion, any opposition thereto, and the entire record herein, and for good cause shown, it is by the Court this ____ day of _____, 2006 hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that this matter, as against Robert Walker, is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

Daniel I. Prywes
BRYAN CAVE LLP
700 13th Street, N.W.
Washington, D.C. 20005

Robert Thomas Payne, II
Virginia Office of Attorney General
900 East Main Street, Fifth Floor
Richmond, Virginia 23219

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530