UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIMCO CORP., INC., *et al.*, )<br>)<br>Defendants. ) | Civ. No. 1:06-cv-0172 EGS |

**OPPOSITION OF DEFENDANTS AIMCO FOXCHASE, L.P., FOXCHASE OF VIRGINIA, AND SCOTT BADAMI TO PLAINTIFF'S SHOW-CAUSE MOTION**

Defendants AIMCO Foxchase, L.P., Foxchase of Virginia, and Scott Badami (together "AIMCO Defendants") submit this Opposition to plaintiff Mustafa Hassan's motion to show cause why sanctions should not be entered against various counsel and persons (including Mr. Prywes, the AIMCO Defendants' counsel).

## Argument

In his June 30, 2006 motion to dismiss, defendant Robert Walker (an employee of the U.S. Department of Housing and Urban Development) urged that Plaintiff's Complaint should be dismissed for various reasons. The last of these reasons was defendant Walker's contention that Plaintiff made factual misrepresentations on his *in forma pauperis* application by failing to disclose his Social Security income.

In response, on July 18, 2006, Plaintiff filed a motion to show cause why R. Thomas Payne, II (counsel to T. Lizebeth Hayes, an employee of the Commonwealth of Virginia), Daniel I. Prywes (counsel to the AIMCO Defendants) and Michelle Caramenico (an employee of the Department of Housing and Urban Development) should not be sanctioned for asserting that Plaintiff had income.

This motion should be denied as to the AIMCO Defendants, and their counsel (Mr. Prywes), because the AIMCO Defendants and Mr. Prywes made no argument about Plaintiff's *in forma pauperis* application or his sources of income. The only such contention was made by Government attorneys on behalf of defendant Walker. Plaintiff acted vexatiously in seeking relief against the AIMCO Defendants' counsel for an argument made by a different party.

## Conclusion

For the foregoing reasons, the motion should be denied.

Respectfully submitted,

Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami, Esq., AIMCO Foxchase, L.P., and Foxchase of Virginia

Date: July 27, 2006

## Certificate of Service

I hereby certify that, on July 27, 2006, I caused a copy of the foregoing Opposition to be served by first-class mail, postage-prepaid, upon:

>Mr. Mustafa Hassan
>8245 Russell Road
>P.O. Box 6861
>Alexandria, VA  22306

*Pro Se Plaintiff*

_____
Daniel I. Prywes