UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: <u>1:06-cv-0172 (EGS)</u> |
| | ) |
| U.S. DEPT. OF HOUSING AND | ) |
| URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO SHOW CAUSE

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion to Show Cause filed on July 18, 2006, and entered on July 20, 2006.

#### PLAINTIFF'S LATEST MOTION IS ABUSIVE AND VIOLATES RULE 11

Plaintiff Hassan's most recent Motion to Show Cause is indicative of his complete disregard for the judicial process and Rules of Civil Procedure. On June 30, 2006, Defendant Robert Walker, an employee of the U.S. Department of Housing and Urban Development filed a motion to dismiss Plaintiff's Amended Complaint on several grounds, including a claim that Plaintiff's allegation of poverty is untrue. Though Defendants Hayes and Bedford have challenged Plaintiff's Amended Complaint on many of the same grounds as Defendant Walker, Plaintiff's indigent status was not an issue raised by Defendants Hayes and Bedford. Nevertheless, Plaintiff's Motion to Show Cause seeks a $5,000 per day sanction and other

ridiculous relief from all parties and their counsel, even those who did not raise this issue, until they produce evidence of any income Plaintiff receives other than his Social Security funds.

Plaintiff's *pro se* status does not relieve him of his duty, under Fed. R. Civ. P. 11, to certify that his pleadings are not being presented to harass or increase the cost of litigation to other parties. Further, under Rule 11, even an unrepresented party has a duty to this Court and to the other parties to ensure that his allegations and other factual contentions have evidentiary support. Here, Plaintiff's motion seeking sanctions from a party unless they produce evidence supporting an issue they did not raise shows contempt for his obligations under Rule 11. Plaintiff's vitriol regarding the challenge of his indigent status is misplaced as to Defendants Hayes and Bedford and their undersigned counsel.

For the reasons stated in Defendants Hayes and Bedford's Motion to Dismiss, we submit Plaintiff's claims in his Amended Motion and numerous subsequent filings are without merit. Therefore, Defendants Hayes and Bedford maintain that Plaintiff is not entitled to the relief he seeks.

## CONCLUSION

For the reasons cited above, Defendants Hayes and Bedford respectfully pray this court to deny Plaintiff's latest Motion to Show Cause and to dismiss Plaintiff's Amended Complaint for the reasons cited in Defendants Hayes and Bedford's Motion to Dismiss.

        Respectfully submitted,

        DEFENDANTS LIZBETH T. HAYES and
        ANTONIO BEDFORD, of the Virginia Fair
        Housing Office,

        By: *[signature]*

>R. Thomas Payne II (VSB No.: 47272)
>Assistant Attorney General
>OFFICE OF VIRGINIA ATTORNEY
>GENERAL ROBERT F. McDONNELL
>900 E. Main Street, 5th Floor
>Richmond, VA 23219
>(804) 692-0485 Telephone
>(804) 225-3064 Facsimile

Date: July 28, 2006

### CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the above *Defendants Lizbeth T. Hayes and Antonio Bedford's Memorandum In Opposition to Plaintiff Mustafa Hassan's Motion to Show Cause* by first class mail, postage prepaid, on the __28th__ of July, 2006, to the following:

>Mustafa Hassan
>Post Office Box 6861
>Alexandria, Virginia 22306
>*Plaintiff pro se*

To be served via e-mail by the Court's electronic case filing service:

>Daniel I. Prywes, Esquire
>Bryan Cave, LLP
>*Counsel for Defendants Scott M. Badami, Esq., and*
>*for AIMCO Foxchase, L.P.*

>Beverly M. Russell, Esquire
>Assistant United States Attorney
>U.S. Attorney's Office for the District of Columbia, Civil Division
>555 4th Street, N.W., Rm. E-4915
>Washington, D.C. 20530
>*Counsel for Defendant Robert Walker*

_____
R. Thomas Payne II
Assistant Attorney General