UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ROBERT WALKER'S
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION TO SHOW CAUSE
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Robert Walker respectfully requests that the Court enlarge the time by which he must respond to Plaintiff's Motion to Show Cause up to and including August 15, 2006. The current deadline is Tuesday, August 1, 1006. No previous enlargements have been sought or granted to defendant Walker for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel telephoned the number listed on the docket for the pro se Plaintiff but was unable to reach Plaintiff at that number. Accordingly, defendant Walker is unable to present Plaintiff's position on this non-dispositive motion. In support of this Motion, defendant Walker states the following.

Defendant requests the enlargement due to the significant work-related demands on his counsel. Of particular note, over the past two weeks, defendant's counsel has

devoted significant time to discovery notably depositions and witness interviews related to <u>Fletcher v. United States Parole Commission</u>, Civil Action No. 01-0601(JDB), a case involving an Ex Post Facto claim. Specifically, as related to the <u>Fletcher</u> case, the undersigned counsel had a witness meeting on Monday, July 17, a discovery-related meeting on Wednesday, July 19, and had depositions on July 20, 21, 26 and 27. Over the past week, the undersigned counsel also had to deal with discovery-related matters in the case <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), a case involving the novel issue of whether "sex identity" or gender dysphoria is covered by Title VII of the Civil Rights Act of 1964 and <u>Ross v. United States</u>, Civil Action No. 04-1286(RBW), a medical malpractice case.

Accordingly, because of the work-related demands on his counsel as described herein, defendant Walker does not anticipate being able to file his response to Plaintiff's motion to show cause by the current deadline, and thus, moves for an enlargement of time up to and including August 15, 2006 to do so.[1]

A proposed Order consistent with this Motion is attached.

---

[1] Defendant notes that his counsel will also be on leave during the week of July 31.

Date: July 28, 2006                                    Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant Robert Walker's Motion for Enlargement of Time to Respond to Plaintiff's Motion to Show Cause and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and first class, postage prepaid mail this <u>28th</u> day of July, 2006 to:

Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney