# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of *Defendant Robert Walker's Motion for Enlargement of Time to Respond to Plaintiff's Motion to Show Cause,* and for good cause shown, it is by the Court,

ORDERED that the Motion should be and is hereby granted, and thus, Defendant Robert Walker shall have up to and including August 15, 2006 to respond to plaintiff's Motion to Show Cause;

SO ORDERED.

_____           _____
DATE                                         UNITED STATES DISTRICT JUDGE

Copies to:
Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

Beverly M. Russell
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530