ORIGAL COPY United States District Court
FOR DISTRICT OF COLUMBIA

Mustafa HASSAN
Indigent PLAintiff

V                              Civil Act 06 00176 EGS

U.S. Housing and Urban
Development ET. AL.

Defendant(S).

Leave to file is GRANTED.

EX parte.

EMMET G. SULLIVAN
Judge, U.S. District Court

DATE:

Clerk's Office is
directed to forward a
copy of this pleading to
opposing counsel.

PLAintiff motion In opposition to
Defendant Walker motion to Dismiss.
And PLAintiff motion To Imposition of
Penalties and SANCTION ON Defendant
Robert walker Violation 28 U.S.C. § 1746.

COMES NOW Indigent PRO Se plaintiff
Rise in opposition to Defendant Robert
Walker motion to Dismiss plaintiff
Legal complaint TO Due PROCESS and

Construing All relevant Allegations.
IN the Light MOST FAVORABLE to the Plaintiff
See KLOCKNER PentaPLast OF AM, INC. V.
ROTH DisPLAY CORP. 860 F. Supp. 1119
(W. D. VA. 1994). It is AN Important Sub-Divs
(b)(6) court May Consider Evidence Out side
Of the Complaint on Rule 12(b)(1). See
Carolor V. Alington Pub. Sch. Sys. 82 F. Supp
2d 561 E. D. VA. 2000. See Also Adam V.
BAIN, 697 F. 2d 1213 4 CIR 1982
Plaintiff is tilted to Relief See E.G. MAYLAN LAB Inc. V. RAJ Ma mato
et. Al. 17. F. 3d 1130.
t CIR 1993) See Desole V.
united States 947 F. 2d
169, 1171 (4 CIR. 1991)

Respect fully Submitted
Mustofa HASSAN Indigent
PRO Se PLAINtiff.

Defendant Robert walker recived many
Communications About Plaintiff, Allegateon
in his official Posation But Lied to the Court
in Violation of 28 U. S. C. § 1746 See Exhebts

Imposition Penalties and sanction
On Defendant Walker FOR lie ing and
y Mis Leading Court on June 30th 200
The PRO SE plaintiff respectfully
INformation to the Defend Walker of His duty plainti
Demandes That Defendant ReQuest FOV
Dismisal Must be denied. the Following
Is TRUE. And Challeges I the Defendant
Robert Walker, who Was informed on
On many occasion That That Aimco Inc
Fox chase of Alexandria wep
Illegaley Collecting illegal Funds
FRom The united States Section
8 PROGROM 202, 811, 221D4 He was. No 60.
He WAS
INFORM by the by the plaintiff on
On Several occasion during 2004.
45 over seght Director He didNot

United States Paid Contracted, Illegal Funds to Aimco Inc, And Fox Chas of Alexandria From 1990 to Year 2005 Monies For Work they Never did. This contract calls For the Plaintiff Carpete must be clean once Ever Your And his Apartment must be painted Once Every 3 Year. The Plaintiff Apartment Were Never Painted in 15 Years. See Exhit attach where All the defendents are. Still Waiting For the Names of the Contractors they Claim who did The work they can NOT Find Neither, Names, Addreses, or Proof That Any work was everdone (sic.) See EX(E)

Yet They illegally Closes an ON-
Going Investigation. see EX(A)(B)(C)
(D)(E)(F)(G)(H)(I)(J)(K)(L)(m)(N)(O)(P)(N)(P)
At All times Turner Russell told Robert
Walker About the ongoing Extortion
Yet walker did Nothing See Letter to
Him FROM Russell Walker Director.
Ex hibit(A)(A). Defendant Robert Walker
And All The other defendants. Were Illegally
Officially engages in Illegall Shannageen.
To Block circumvented stonewalled.
The Plaintiffs effort to recived A Copy.
of HUD R.thomas DAYse ReQuest was.
Denied. FOR A reINVestigation of State.
of virginia (VES8) INVestigation.

which he find out was BOGUS.
And Sham the Plaintiff Made Every
Effort to recive a copy And Robert.
Walker Inchivaly denied my request.
So The Plaintiff had was to Applied
under act 5 u.s.c. §552 FOIA to recicar
See attct. EX. Feb. 27, 2004 FOD FOIA Request.
EX.(Q)
This court will obsured that All There
Defendant[s]. in this Matter is request
This Dismissal — Under Fed. 12 (b)(1)(12)(b)(b)
12(b)[5] Federal Rules. The Defendant Are
TRYing Cover—up A crime in This Matter,
Honarable Judge there is A second Portion
of these Rules Here they are) The PLAINtiff
is Entitles to Evidensary Hearing is Required
The Defendant individally Robert walker
And the other Defendant[s] collectively

Is IN VIOLATION of Virginia Conspiracy Act. Citing: See "RICO" As Amended-1961, 62 Et. seQ

BRUBAKer V. City Of Richmond 943 F. 2d 1363 (4 cir 1991) Defendant Robert Walker New or should have Known that under Sect 8 PROGRam Contractors DO Not get pay For work they did Not Performed.    Conspiracy. See

REASOR V City of NORFORK 606. Supp. 788 (E.D. VA 1984).

Cohen V. VEPCO 617 F. Supp. 619 (E.D. VA. 1985).

HOVERU XVAL Inc V. BRUCK Way in CO. INC, 809 F. 2d 1039 (4 cir 1987).

And LAYVAYCORP. V. Donion Fed.
SAV. and LoAN ASS'N 830 F. 2d 522
(4 CIR. 1987). United States V.
Hirchfeld, 911 F. Supp 200 (E. D. VA
1995), IN RE ATLAS Mack & IRON
WORKS, Inc. 190 Bankr. 796
(E. D. VA 1995.
LAREmont LoPez V. Southeastern
Tidewater OPPortunity PRoJect, 916
F. Supp. 1065 (E. D. VA 1997).
Stewart V. Angelone, 186 F. R. D. 342
(E. D. VA. 1999),
BRight V. NORShiCo, 187, F. R. D.
536 (E. D. VA. 1995). The defendant motin
To Dismiss Must be denied. And the plaintif

Motion IN opposition Must Be, upheld and his motion FORSanctia Penatation For The defendant Blatant, Violation of 28 U.S.C.§1746 and, Miliciously Knowingly misleading, and Li'eing to the Court under, Oath, see attach Exhibit. The Indigent PROSe Plaintiff who, Is A Novice of the Rule of federal and, Appellate Proceedure must be given by, This Court Pro BONO Assistant. the Plaintiff raise in opposition of the, United States Justice Department, Representation of Robert Walker at, All Times, in his Position, He Was acting.

With Aimco Inc.Llc and FOX chas
of Alexandria "His action was Illegal
See Leasing Agreement Section 1.
435 C3 REI 2403 (W) PARA (1) (2) (B)
(A) (b) 4. (A) (b) 5. Sect.1. 2002
See "Rico act. (2) Section 3.202/
8 PACET Sec 1961 and § 1962
Section 811 PRA (b) Key requirement
(1) (2) (4) · The Peaintiff was Not Proper Notice
See Rule Persuant Termination Before EVICTION.
Lease (A) chapter iii) PRO whe tab
Of Lease § PROVISION (A) (b) (C) (E). U
See Chapter 8. Termination Para 3 ~
See PARA b) (C) Termination ·
    8. 1: Defendant Walker Allows
Aimco Inc And others to wsup the Guidelines
of HUD. Illegal

See Virginia V. United States

926 F. Supp. 537 (E.D. VA 1995)

- motion of the Defendant citing
  (b) (1) DO NOT GO to the merit of

The case see Shoemaker V. Metro
Info. Serve 910 F. Supp. 259
(E.D. VA. 1996),

The Defendant cited Fed. Rule 12(b)
(2) to Dismiss However This Court
attention Must bo Called to

KLOCKNER Pentaplast V. OfANN,
Inc V. ROTH Display Corp.
860 F. Supp. 1119 (WD VA 1994)
Facts considers on Ruling on Rule

Adams V. Bain 697 F.2d 1213
(4 cir 1982).

See case citing ARlington V. Pub.sch.
SYS. 82 F. Supp 2d 561 (E.D.VA.
2000).

Dismis under (6) subdivision has no
Res Judicata Effct William V.
United States, 50 F.3d 299 (4 cir 1995)

The Defendant and CO defendants
AFFAVAVits Are ALL BOGUS, and Fake
therefore This Honorable Must Opposed
These AFFADAVit entil there is An
Open hearing in open court.
For The Court to IMPOSEd
Saction and Penalties FOV.

This Court must grant the Indigen

PRO Se plaintiff The relief SORTH

Under the LAW The plaintiff is entiles

TO PRO BONO help in this matter.

It is the
Duty of the court in reviewing.

Defendant Walker request For

Dismisal. This COurt must Adhere to the Law

See Vicks V. FOOTE, INC, 898 F.

Supp. 330 (E.D. VA. 1995) AFFired

82 F.3d 411 (4 CIR 1996). cert.

The INdigent PRO Se Plaintiff

Respectfully Demands to Appear

In open COurt PRO HAC Vice,

With An attorney Appointed by this

Original

The Defendant Robert Walker and His CO, Defendants are Concealing FRAUD Against the United States Section 8 Program 202, 811, 221D4 See R. Thomas DAYSR Letter of 1/7/2004 EX(A) See EX(6) where Commonwealth Virginia Fair Housing Investigator Submitted A Hoakes Fraudulent FAKE FIR to the (VRED) on 9/15/2003 Cover-up A CRime Against PLAintiff and The United States Section 8 Prog. 202, 811, 221D4. NOW the Defaure are Asking this For help.

and to take Part IN their Illegal Shennangan. This Must oppose their Illegal effent To Dismiss Plaintiff oppose their Motion to Dismis without an Court hearing As the LAW Require and deem.

The Plaintiff car,s and Furnite was Distroy and was Illegal Evicted See EX(C) Notice of evict This was an Illegal Eviction Preperfrated by Defendaent Walker and CO defendart iN Vio Lim of HUDs Aggrement hustonia Hom

# CONCLUSION

This Court must NOT CRedited
The Defendant or his CO, defentes
CRedit For Violating the And
Falsly and miliciously Allowing
Contractor iN HUD PROgRoui to
Continue unAbated Their only Aim
Is to Cover-up And stonewall
The Evidence plaintiff pro viden
To This court it Must hearing opeu
court the plaintiff i's respectfally
Request that Communicateons defendant
Robert walker have iN his offecial
position must Tern over to this

They include the following (A)
Letter Commication From Russell
Turner, (B) Letter Commication and
E. mail CO defendant Elibeth Hays
And Antonio Bedford.

Robert Walker Persuant to
28 U.S.C. §1746 Comitted
Perjury. and did Lie.

At All time when Plaistiff thy get
Information he Put on whield
Goose Chase. see attch Exhbits.
Enclosed. Mustafa Hasan.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

MUSTAFA HASSAN
PRO SE V.
U.S. Dept OF HOUSing URBan
Development ET. AL,
    Defendant(s).

EXParte

06-172

RECEIVED

JUL 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Memorondem of Mustafa Hassan

The PRO Se HAVe resons to belive That
Many HUD officials indivially improperly,
Take Illegal Grafurities FRom Amico.
Inc and FoxChase of Alexandria in
ORder to Block, CiR cumVented anor-
going Investigation which would,
Discovered FRaud, official misconduct,
And that are Illegally knowingly
Hiding The NAmes OF BOGus
Contractors That Never Exist

And The NAMES Of The BUS DRiver
who Can Not Colorated FoX Chase
Of Alexaria, AiMCO Inc mllicious Lies
The before This Honaruble Court ASK
The defendants Govarmt Attonys
Where them are Their FAmilies
Ever Slade at AiMCO Inc Resort
In The emited OR In PuerTo RiCO?
And After two Years and mode who
Are The Contractors who Painted The
PLaeintiffs APartment iN 2001. cuepitowe,
Contracter That clean The Carpeto 2005
whot happen to the others Years ludes
Controctor For Scct 8 Program 202, 811, 221D4?
These Answers nrust be
Pre senteD to the Court.            Mustafa Hassn

Cia (Army) still As Conduit and
Surragate FOR Contractors Who
Were Extoring United States ex
8 Funds 202, 811, 221.04 The plaintiff
And the United States Government.
Are The real Victims IN This Above
Caption Matter. PAINtiff Motion For Sanction
Must be Granted And Penalties Imposed.
All The Defendcent(s) IN the Above Matter
Were working As Conduit Surragate FOR A Indo in ther
Defendant Robert Walker
Was at All Times IN Violation of
His Fiduciary and
Official and Fiduciary duties
Were at All Times Siding.

United States District Court
FOR DISTRICT OF COLUMBIA

Mustafa Hassan
PRO Se
PLAINTIFF

v.

U.S. Housing and Urban
Development. et. al.

Defendant(s).

Civil Action No. 0600172 EGS.

Ex Parte

Order

Upon reviewing All the evidence and.
Reviewing The Exhibits Verbatim in this.
Matter it is ON This date _____ 2006 this Court
FOR Good Cause Denied the Defendant.
Motion to Dismiss And Granted the PRO SE.
Motion in opposition and that it must.
Be A hearing in open Court. SO.
Ordered motion in opposition Granted.
SO ORdered.

United States District Court Judge

Mustafa Hassan
PRO SE.



## AFFADAVIT

Original.

I MUSTAFA HASSAN The
INdigent PRO Se Plaintiff
Of Full age States As Follows
That the Statement I AM Slater
IS TRue under 28 U. S. C.
1746 Robert Walker and
Codefendants Knowingly
Officialey Indivially Had
Knowledge that AimcoIncll
And FOXcase Uf Alexandri

By collecting United States monies For work they did Not entitles Too these Funds Were Extored FRom the Program Section 8 202, 811, 221 D4 FRom 1999 until the the Plaintiff Were illegally Evicted To Cover-up the Extortion They Can Not submit Any evidence to this that the work Was ever done

See attach Evidence that FRaud And Conspiracy was Committed

Was Committed From 01 28/
2004 The Defendants are
still waiteing for Evidence
that work was done on
the plaintiff apartment As
Requires The Contract With
Hud.
I Affirm And Say No work
Was done to my Apartment As
Required under Contract with
Aimco Inc ETAL the
plaintiff Never Received

Recived A copy of there
Investigation By Elibeta
Hayes or Antonio Bedfivo
Or HUD officials or Defendant
Robert Walker they have Made
Purryed statements to this
court in order to dmis leeap
The court that A crime was
Not committed infact A crime
was committed And they now
Trying To Further to Have
This Dismiss

Mustafa Hage

EXHIBITS FOR THE COURT TO REVIEW

i    Letter to Robert Walker on 4/21/2005 ?
     FROM Turner Russell Director . 2Pgs   EX(a)

ii   Letter August 24, 2004 u.s Dept HUD) EX(b),

iii  Letter of Inspector General EX(C),

iv   Letter of Thomas DAYS Rejecting the state of,
     VIRGINIA BOGUS FIR and Directing the,
     Investigator be Re open EX(d) 4Pgs.

v    E-mail of CO-Defendants T. Elizebeth HAYS,
     Defiant to Federal Guidline, EX. (e),

vi   Exhit (E) The Defendants and CO Defendts
     ARe Still Waiting For Answers which
     HAS NOT ARRIVe EX(F) (SiG) & For 2Years

vii  Letter From Margaret Mansit EX(G) Date 8/20/04

vii  Letter of Robert M. William dated 9/29/04
     Letter of Robert ASworth EX (I) [EXH]
viii
viiii To Robert walker From Turner Russell EX(J)

IX. Letter to Defendant Robert Walker FROM Turner Russell Dated March 21, 2004 3pcs Exhibit (K). EX-(K) 3 pcs

XI. Exhibit (L) Plaintiff Illegal Notice Of Eviction EX (L). 2 pcs by upheed By the Defendant(s)

XII Copy of Robert Walker Ofensive Statement under 28 U.S.C. § 1746. See Exhit (K) Exhibit (M).

XIII Letter of May 26 2006 U.S. Justice Depart No one Sign it. EX(N). (SIC)

XIV. Letter of Robert M. William Dated 9/29/2004 EX(H) Exhit (O) See Exhit (K) 3pcs.

XIV. Letter Louise Fontan Wrote by April 13 2004 Exhibit (P) EX Q FOIA

See All Other Exhit attach.

Murstakuhoo (Kaesae