UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>U.S. HOUSING AND URBAN )<br>DEVELOPMENT, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-00172(EGS) |

**DEFENDANT WALKER'S OPPOSITION TO PLAINTIFF'S
MOTION TO SHOW CAUSE**

Plaintiff, in his Motion to Show Cause, appears to request that the Court compel certain attorneys and individuals who have knowledge of this suit, including Michelle Caramenico, a law clerk with the Department of Housing and Urban Development, to produce all documents evidencing that Plaintiff violated 28 U.S.C. § 1746 by misrepresenting his income on the form to proceed in forma pauperis ("IFP") and to show cause why the attorneys or individuals should not be fined $5,000 for each day that they cannot produce evidence that Plaintiff had income other than his social security benefits. Plaintiff's motion to show cause is wholly without merit.

Defendant Walker moved to dismiss this case on multiple grounds including Plaintiff's failure to accurately respond to an inquiry regarding his income on the IFP form. See Def.'s Mot. Dismiss, pp. 12 - 13 and Ex. K and L. As noted in Defendant Walker's motion, Plaintiff received $12,338.40 in social security benefits in the year 2005 but yet answered "no" to a question on the IFP form regarding income sources. Id. Contrary to Plaintiff's allegation in his Motion to Show Cause, Defendant Walker did not assert that Plaintiff had any income other than his social security benefits but that Plaintiff's response to the inquiry regarding his income, based

on the receipt of social security benefits, was misleading. Accordingly, Plaintiff's basis for his show cause motion, i.e., that Defendant Walker provide evidence of income other than Plaintiff's social security benefits, is inapposite given the arguments before the Court. Indeed, Plaintiff's Motion to Show Cause can be construed as a concession on Plaintiff's part that he, in fact, did receive income in the form of social security benefits underscoring the propriety of dismissing this suit against Defendant Walker for failure to accurately respond to the inquiry regarding income on the IFP form.

Indeed, Plaintiff's motion falls squarely within the type of vexatious filing unacceptable even from pro se litigants. Rapoport v. Republic of Mexico, 619 F.Supp. 1476 (D.D.C. 1985)(In Rapoport, this Court referenced its advisement to the pro se plaintiff that "continued abuse of the process of the court by filing repeated and frivolous motions may bring into play the Court's power to enjoin such filings, to strike redundant and scandalous matter and to impose sanctions.") Defendant Walker respectfully requests that the Court deny Plaintiff's motion.

    Respectfully Submitted,

    /s/ Kenneth L. Wainstein /dvh
    _____
    KENNETH L. WAINSTEIN, D.C. BAR #451058
    United States Attorney

    /s/ Rudolph Contreras
    _____
    RUDOLPH CONTRERAS, D.C. BAR #434122
    Assistant United States Attorney

/s/ Beverly M. Russell

_____

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

OF COUNSEL:

Ann E. Harrison
Regional Counsel, HUD Region III

Kevin F. Carlin
Associate Regional Counsel for Litigation
 and Program Enforcement

Michele Caramenico
Law Clerk

U.S. Department of Housing and
 Urban Development
Office of Regional Counsel
Philadelphia, Pennsylvania

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant Robert Walker's Opposition to Plaintiff's Motion to Show Cause was made by the Court's Electronic Case Filing System and first class, postage prepaid mail this 14th day of August, 2006 to:

Mustafa Hassan, Plaintiff pro se
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

Service was also made by the Court's Electronic Case Filing System, this 14th day of August, 2006 to:

Counsel for Defendant Amico Corp., Inc.
Daniel I. Prywes
BRYAN CAVE LLP
700 13th Street, N.W.
Washington, D.C. 20005
daniel.prywes@bryancave.com

Counsel for Defendant T. Elizabeth Hayes
Robert Thomas Payne, II
Virginia Office of Attorney General
900 East Main Street, Fifth Floor
Richmond, Virginia 23219
rpayne@oag.state.va.us

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney