UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANT ROBERT WALKER'S
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR IMPOSITION OF PENALTIES AND SANCTIONS
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Robert Walker respectfully requests that the Court enlarge the time by which he must respond to Plaintiff's motion for imposition of penalties and sanctions up to and including September 8, 2006.  The current deadline is tomorrow, Thursday, August 24, 2006.  No previous enlargements have been sought by or granted to defendant Walker for this purpose.  Pursuant to Local Rule 7(m), the undersigned counsel telephoned the number listed on the docket for the pro se Plaintiff but was unable to reach Plaintiff at that number.[1]  Accordingly, defendant Walker is unable to present Plaintiff's position on this non-dispositive motion.  In support of this Motion, defendant Walker states the following.

---

[1] In fact, the individual on the voice mail for the number does not identify himself as "Mustafa Hassan."

On August 10, 2006, Plaintiff filed his "motion in opposition" to defendant Walker's Motion to Dismiss, and in the same document, requested sanctions and penalties against defendant Walker. Defendant Walker construed Plaintiff's "motion in opposition" as an opposition memorandum to which no reply was deemed necessary given the arguments raised therein.

However, because Plaintiff also moved for sanctions and penalties against defendant Walker, and to mitigate the possibility of Plaintiff's motion for that relief being deemed conceded (Local Rule 7(b)) notwithstanding its clear lack of merit, defendant Walker will oppose Plaintiff's motion for sanctions but respectfully requests an enlargement of time to do so because of the significant work-related demands on his counsel. Defendant Walker notes that, today, August 23, 2006, his counsel had a filing in the case, Sobin v. Bechtol, Civil Action No. 06-00594(HHK) as well as deposition preparation of three witnesses in the case, Reese v. Potter, Civil Action No. 03-1987(EGS). Additionally, earlier this week, Defendant Walker's counsel filed an opposition to a motion for injunctive relief in the case, Tereshchuk v. Bureau of Prisons, Civil Action No. 06-1031(RWR) before this Court and, on Friday, August 18, 2006, filed a motion for summary affirmance in the case, Dunning v. Quander, No. 06-5167(D.C Cir.), before the District of Columbia Circuit.

Accordingly, because of the work-related demands on his counsel as described herein, defendant Walker does not anticipate being able to file his response to Plaintiff's

motion for sanctions and penalties by the current deadline, and thus, moves for an enlargement of time up to and including September 8, 2006, to do so.

A proposed Order consistent with this Motion is attached.

Date: August 23, 2006                             Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant Robert Walker's Motion for Enlargement of Time to Respond to Plaintiff's Motion for Imposition of Penalties and Sanctions and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System and first class, postage prepaid mail this <u>23rd</u> day of August, 2006 to:

Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney