United State District Court
For District of Columbia

MUSTAFA HASSAN,
Pro Se Plaintiff Indigent

v.

U.S. Dept. Of Housing And
Urban Development et al.

Leave to file is Granted

Civil/Action no. 1:06-cv-00172-EGS
9/06/06

## MOTION

Plaintiff Indigent Pro Se motion Demand For hearing EN BANC: Citing Rule 35(b)(c) LOCR.35(b) And For Sumary Opion ender L.O.R. 363.

---

Plaintiff Alleges The Defendant. Aimco, Inc LLC and Foxchase of Alexandria and All the Defendts coluded and Conspired in deley knowingly violate the FOIA Act as Amended.

Original

1- VIOLATION of 5 U.S.C. BREACH of VIOLATION FOIA ACT (5 U.S.C. 552) See 5 U.S.C. 551(2) The Plaintiff is entitles All the requested Documents so that he's pro se Court may included these in Evidence so that the Indegent, PRO Se Plaintiff must Prevail and recived All the relief Sort IN this matter before Court. At ALL time All Defen was illegu Conventiouly, As PROXY, Surrogat and Conduit For AIMCO Inc LLC And Fox chase of Lexadrea

2. VIOLATION Of The CORPORtion Disclousure Act, see LOC. R. 26.1. The Defendants refuseing to give this information to the plaintiff and court is Federal Violation under F.R.ap. The has given Altered Evidence to the court.

3. PLAINTIFF Revoke Rule 27.(A)(1)(iii). The Defendant AimCO Inc Has Congolmakated offices in 50 state Including Pourto Rico and the U.S. Virgin Islands, yet NON of this information was Disclosed To The plaintiff or this court, their action is illegal and Egregious And must Not be Reossered

4- The Indigent PRO SE Request For Information FROM All the Defendant Officially, Individually personally continued to be refused. See Telephone Numbers Plaintiff call For Information No response. 301 691 4350, 1 800 999 8600, 1 888 789 8600.

5- Plaintiff contact Inico Tucker of 4582 So. Ulster Street #100 Denver Col. 82307 Still No response All the Defendants collectively Individually engages in illegal Shannangan To Deceive the Court to Denied the Plaintiff the relief he is entitles too.

6- The plaintiff is entitled to affirmative relief under FRAP citing Rule 27 (b) Defendant who has not yet response the plaintiff under to show cause therefor this relief must be granted on the behalf of the plaintiff.

17- Under Rule 27 (b)(F) order for procedural order be review and granted see EX(A)(B).

Date 8/21/06.

Mustafa Hassan
Pro Se Judgment.
plaintiff.

## Certification of Service

I hereby mail A True Copy to the following on 8/21/2006

To
Thomas Payne II
Office of Attorney General.
900 E. Main Street.
Richmond VA 23219.
And.
Daniel Prywes Esq
Bryan Cave
700 13th Street NW #600
Washington DC. 20005.
And.
Beverly M. Russell
U.S. Attorney Office for District
555 4th Street NW E-4910
Washington DC. 20530.
And.

Michele Cavamerico ESQ
U.S. Department Housing
the Wanamaker Building
100 Penn Square East #11
Philadelphia PA 19107.

Copies sent.
8/21/206

Mustofa Hassan
PRO SE Indigent
Plaintiff.

# PRO Se INdigent Motion FOR EN BANC And FOR Defense

## Violation of FOIA Act 552 As amended

### Order

Upon consideration of plaintiff motion FOR EN BANC and granted the plaintiff relief As required By Law.

It is on this Day of _____ 2006 august ~~the plaintiff~~ the Relief Requested is Granted so said the Court Granted.

SO SAID:

_____
United State District Court Judge

Mustafa Hassen
PRO Se Plaintiff

**CONTRACTORS RECORDS DEMANDED?**

"Liz Hayes" <Liz.Hayes@dpor.virginia.gov>
01/28/2004 04:12 PM

To:
cc:
Subject:

<ann_taylor@hud.gov>

FW: Hassan Status Update

FYI!!

-----Original Message-----

**From:** Antonio Bedford

**Sent:** Wednesday, January 28, 2004 3:55 PM

**To:** 'r.thomas_day@hud.gov'

**Cc:** John Cancelleri; Liz Hayes

**Subject:** Hassan Status Update

Mr. Day,

I have addressed the 10 issues that were presented concerning the Mustafa Hassan case. The FIR has been amended to ref, as such. I am currently waiting for a response from the respondents regarding who completed the carpet cleanings for Mr. Hassan on 9/18/01 and the painting on 9/13/01. Thanks.

Antonio Bedford

Fair Housing Investigator

U. S. Department of Housing & Urban Development

Virginia State Office
600 E. Broad Street
Richmond, VA 23219-1800
1-800-842-2610

# FOIA Service Invoice – Final

## IDENTIFICATION

1. Name: **Mustafa Sa'id Hassan**   2. Firm/Organization: **Private Citizen**   3: Date: **01/04/05**

REQUESTOR: Commercial/<u>Media-Edu-Sci</u>/**Other**   TRACKING: SIMPLE___ or COMPLEX___

## Description

4. ACORN No.: **FHEO0417306**     EXPEDITED PROCESSING REQUESTED **N/A** GRANTED **N/A**

5. Charges:

| | | |
|---|---|---|
| Reproduction: | __5__ Pages @ $.15 per page | $ __.75__ |
| Professional Search & Review | __1/2__ Hrs. @ $37 per hr. | $ __18.50__ |
| Clerical Search & Review | __-__ Hrs. @ $16.35 per hr. | $ _____ |
| Other Fees (Explain): | | $ _____ |

FEE WAIVER DETERMINATION:

Subtotal $ __19.25__

6. Deductions (List): Cost for first 100 pages – **delete credit if commercial requestor**   $ _____
   Search time (up to 2 hrs. allowed at no cost)   $ _____
7. Interest Assessed:   $ _____
   -0-
   Total Amount Due:   $ ~~19.25~~

## ** NO PAYMENT REQUIRED – BELOW COST THRESHOLD **