UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUSTAFA HASSAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0172 (EGS) |
| v. ) | |
| ) | |
| **HUD, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed three motions to appoint counsel. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court should take into account:

> (i)   the nature and complexity of the action;
> (ii)  the potential merit of the *pro se* party's claims;
> (iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
> (iv)  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3).

Applying these factors, the Court finds that the appointment of counsel is not merited at this time. It is too early in the litigation to determine whether counsel should be appointed. Defendants' dispositive motions are pending. Moreover, Plaintiff is not entitled as of right to counsel in a civil case. There are not enough members of the Civil Pro Bono Panel to appoint counsel in each case. Accordingly, it is

**ORDERED** that Plaintiff's motions to appoint counsel [3, 4, 19] are **DENIED without prejudice**.

_____/s/_____

EMMET G. SULLIVAN
United States District Court

DATE: September 7, 2006