UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ROBERT WALKER'S
MOTION FOR A PROTECTIVE ORDER
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant Robert Walker respectfully requests a protective order relieving him of his obligation to respond to any pending or further motions filed by plaintiff absent the Court's Order.[1] Since the initiation of this suit, plaintiff has filed a steady stream of motions including a Motion in which he sought sanctions against defendant[2] and another for defendant to show cause why an agency employee should not be subjected to

---

[1] Pursuant to Local Rule 7(m), the undersigned counsel telephoned the number listed on the docket for the pro se Plaintiff, and after requesting to speak with Mr. Hassan, was informed that she had the wrong number.

[2] On August 23, 2006, defendant Walker moved for an extension of time to today, September 8, 2006, to respond to Plaintiff's Motion for the Imposition of Penalties and Sanctions. However, given Plaintiff's propensity for seeking frequent relief from this Court, defendant Walker is moving for a protective order, instead of another extension, for reasons explained herein.

monetary sanctions.  The latter was based on an evidently incorrect argument that one of the defenses raised in defendant Walker's Motion to Dismiss was unsubstantiated.

Given plaintiff's evident propensity to file multiple motions of insignificant or no merit, defendant Walker respectfully requests that the Court enter the protective order as described herein.   Such an Order would be consistent with resolving this case in a manner that protects the efficiency of the adjudicatory process and avoids the Court having to rule and issue opinions on serial motions that, from past indications, will most likely be frivolous or unnecessary.

A proposed Order consistent with this Motion is attached.

Date: September 8, 2006           Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant Robert Walker's Motion for a Protective Order* was made by the Court's Electronic Case Filing System and first class, postage prepaid mail this <u>8th</u> day of September, 2006 to:

Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney