UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-00172(EGS) |
| | ) |
| U.S. HOUSING AND URBAN DEVELOPMENT, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION of *Defendant Robert Walker's Motion for a Protective Order,* and for good cause shown, it is by the Court,

ORDERED that the Motion should be and is hereby granted, and thus, Defendant Robert Walker is not obligated to respond to Plaintiff's pending or future motions or requests for relief absent instruction from this Court to do;

SO ORDERED.

_____   _____
DATE                     UNITED STATES DISTRICT JUDGE

Copies to:
Mustafa Hassan
8245 Russell Road
P.O. Box 6861
Alexandria, Virginia 22306

Beverly M. Russell
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530