UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06-cv-0172 EGS |
| ) | |
| AIMCO CORP., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION OF DEFENDANT AIMCO FOXCHASE, L.P. TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant AIMCO Foxchase, L.P. ("AIMCO") submits this Opposition to plaintiff Mustafa Hassan's proposed motion for hearing, docketed on September 7, 2006.

**Argument**

The Motion Should Be Denied

AIMCO and each of the other defendants in this case have filed dispostive motions. Until those motions are decided, there is no cause for the Court to address plaintiff's multiple and vexatious motions.

The instant motion is frivolous and vexatious. Plaintiff's motion appears to request a hearing on plaintiff's pending motion (filed on April 24, 2006) for sanctions on account of AIMCO's failure to produce documents in response to plaintiff's purported request for documents under the Freedom of Information Act ("FOIA").

Previously, on April 28, 2006, AIMCO filed an opposition to plaintiff's sanctions motion explaining that AIMCO is a private party not subject to the Freedom of Information Act. (*See* Document No. 25 on the docket.) FOIA applies only to information held by an "agency" of the federal government. 5 U.S.C. § 552(a) ("Each agency shall make available to the public

information as follows")(emphasis added.)  Moreover, this is not a suit for enforcement of the Freedom of Information Act.  For both reasons, the instant motion for a "hearing" should be denied because the underlying motion – seeking sanctions for failure to comply with FOIA – is frivolous.

### Conclusion

For the foregoing reasons, the motion for a hearing should be denied.

Respectfully submitted,

_____
Daniel I. Prywes (D.C. Bar No. 342394)
Bryan Cave LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 508-6094 telephone
(202) 508-6200 facsimile

Attorneys for Defendant Scott M. Badami, Esq., and for AIMCO Foxchase, L.P.

Date:  September 13, 2006

**Certificate of Service**

I hereby certify that, on September 13, 2006, I caused a copy of the foregoing Opposition to be served by first-class mail, postage-prepaid, upon:

>Mr. Mustafa Hassan
>8245 Russell Road
>P.O. Box 6861
>Alexandria, VA  22306
>
>*Pro Se Plaintiff*

_____
Daniel I. Prywes