UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA HASSAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No.: <u>1:06-cv-0172 (EGS)</u> ) |
| U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, et al., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS LIZ HAYES AND ANTONIO BEDFORD'S OPPOSITION TO PLAINTIFF'S MOTION FOR HEARING**

Defendants Liz Hayes, ("Hayes"), and Antonio Bedford, ("Bedford"), submit this memorandum in opposition to Plaintiff Mustafa Hassan's Motion for Hearing filed on September 6, 2006 [Document 57].

**PLAINTIFF'S MOTION IS ABUSIVE AND SHOULD BE DENIED**

As this Court noted in its Order of September 7, 2006, Defendants currently have filed dispositive motions. Just as it would be premature to appoint pro bono counsel for plaintiff at this time, a hearing on the issue raised by Plaintiff's motion is premature. Moreover, for the reasons cited in Defendant AIMCO Foxchase, L.P.'s opposition to this motion by Plaintiff, it appears the issue raised by Plaintiff is frivolous.

For the reasons cited above, Plaintiff's motion for hearing should be denied.

Respectfully submitted,

DEFENDANTS LIZBETH T. HAYES and
ANTONIO BEDFORD, of the Virginia Fair
Housing Office,

By: /s/ R. Thomas Payne II
R. Thomas Payne II (VSB No.: 47272)
Assistant Attorney General – II
OFFICE OF VIRGINIA ATTORNEY
GENERAL ROBERT F. McDONNELL
900 E. Main Street, 5th Floor
Richmond, VA 23219
(804) 692-0485 Telephone
(804) 225-3064 Facsimile

Date: September 13, 2006

### CERTIFICATE OF SERVICE AND TRANSMISSION

I hereby certify that I mailed a true and exact copy of the foregoing *Defendants Lizbeth T. Hayes and Antonio Bedford's Opposition to Plaintiff Mustafa Hassan's Motion for Hearing* by first class mail, postage prepaid, on the __14th__ of September, 2006, to the following:

Mustafa Hassan
Post Office Box 6861
Alexandria, Virginia 22306
*Plaintiff pro se*

To be served via e-mail by the Court's electronic case filing service:

Daniel I. Prywes, Esquire
Bryan Cave, LLP
*Counsel for Defendants Scott M. Badami, Esq., and for AIMCO Foxchase, L.P.*

Beverly M. Russell, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia, Civil Division
*Counsel for Defendant Robert Walker*

/s/ R. Thomas Payne II
R. Thomas Payne II
Assistant Attorney General – II