Original

# United States District Court
# For District Columbia

Mustafa Hassan
Plaintiff Pro Se

v.

HUD. ET AL.
Defendants.

Civ. No. 1:06-cv0172 EGS

RECEIVED
SEP 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Court Violation of Local Rule 83(11)(3)(6)

## Motion For Reconsideration

Mustafa Hassan motion under law for Reconsideration of the court decision of September 7, 2006. Court notes

The plaintiff is entitled to Equal access to due process and Equal Justice. Pursuant to the case cited

1. Under 1st, 5th, 14th Amendment to the United States Constitution 1964, 1965 Civil Rights Act. As Amended" Plaintiff citing Both Federal and

and the State Verginal state LAWS.

2. See Virginia State Bar Legal Guidelines Rights FOR plaintiff Rights TO PRO BONO representation Before This court.

3. Citing Rule 6.1.(A)(b)(c) PARA (1) (2)(3)(4)(5)(6)(7)(8). See Virginia Code comparason.

4. See Rule 6.2.(A)(b)(C) Comment PARA (1)(2)(3) see Code Comparison PARA (1)(2) See Also Rule 6.5.(1)(2)(3) Emphasis Comment PARA (1)(2)(3)(4)(5).

5. See U.S. Rule of civil of civil Procedures.

Rule 30. INFORMOS Pauporis ander 18 U.S.C. §3006A.

6. This court decison of September 7, 206 was Arbutory and Illegal and egregious and wongfull.

7. The Plaintiff requesting the following reliefs that this court Revist the Above decision Denning acces of PRO BONO ASSISTancet

8. under Rule 28 U.S.C. §1915(e)(s)(1) Rule 83. (1)(b)(3) The Plantoff constitutional Rights were usupt By the court. Tho is still enteles To protect in court of LAW. The Peaintiff rights were Abrogated UNJustey.

9. The Plaintiff is Also request that full court TRibunal review Plaintiff request FOR this court To Put Aside this illegal decision of 9/7/2006. Plaintiff challenges the court decision.

10. All the defendants offecial, Professionally are LAWyes and are been represented by LAWyer yet this court has denied Plaintiff 3 motion FOR Pro BoNo even illegal NON-citizens are given PRo BoNo Assistants FOR the Above case cited Plaintiff Relief must be Granted.

Mustafa Hassan
Indigent PRO SE

September 14, 2006

## Certification of Service

I Hereby certify I mail A True Copy to the Following Defendants individually and collectively on 9/14/2006.

Daniel I. Prywes Esquire
1700 13th Street N/W
Washington DC. 20005

And

Robert Thomas Payne II
900 Eastman Street, Office of VA Attorney General
Richmond VA 23269 5th Floor

And

Beverly M. Russell, US Attorney General of [illegible]
555 4th Street NW Rm E4915
Washington DC 20530

And

U.S. Department Housing Urban Development
100 Penn Sq East
Philadelphia PA. 19007     Defendants

United States District Court
For District Of Columbia

Mustafa Hassa
Plaintiff Pro Se

V.

U.S. Housing and Urban
Developement ET.AL.
Defendants.   Civil Action N° 06-00172 EGS)

## Order.

This matter comes before the court by the Pro Se Plaintiff motion to Reconsider the decision of 9/7/2006, so the Full court could Review the Plaintiff request such decision which the Plaintiff challenges, on considering Plaintiff motion and For Good cause Plaintiff motion is Granted, this court on ___ day of ___ 2006, ordered the motion Granted. So. Said the court. _____
United State District Court Judge

Mustafa Hasn Plaintiff
Pro Se