UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUSTAFA HASSAN,

Plaintiff,

v.

U.S. HOUSING AND URBAN
DEVELOPMENT, et al.,

Defendants.

Civil Action No. 06-0172 (EGS)

ORDER

In accordance with the Memorandum Opinion issued this 28th day of ~~October~~ September, 2006, it is

ORDERED that defendant Amico Corp., Inc.'s motion to dismiss and, in the alternative, for a more definite statement [12] is GRANTED. It is

FURTHER ORDERED that defendants Antono Bedford and T. Elibeth Hayes' motion to dismiss or, in the alternative, motion for a more definite statement [13] is GRANTED. It is

FURTHER ORDERED that defendant Robert Walker's motion to dismiss [49] is GRANTED. It is

FURTHER ORDERED that defendant Robert Walker's remaining motions [41][44][53][56][59] are DENIED AS MOOT. It is

FURTHER ORDERED that plaintiff's motion for summary judgment [39] is DENIED. It is

FURTHER ORDERED that plaintiff's remaining motions [4][14][19][20][21][22][24][37][42][47][48][50][57][62] are DENIED AS MOOT.

This case is DISMISSED.

                                                         _____
                                                         EMMET G. SULLIVAN
                                                         United States District Judge

DATE: 9/28/06